OAO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of DELAWARE

| | |
|---|---|
| JEFFREY D. HILL,<br><br>    Plaintiff,<br>v.<br><br>NEW CASTLE COUNTY POLICE DEPARTMENT<br>a division of New Castle County; and NEW CASTLE<br>COUNTY, a municipal corporation, | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: 07-228 |

TO: New Castle County
  New Castle County Government Center
  87 Reads Way
  New Castle, DE 19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Timothy J. Wilson, Esquire
Martin & Wilson, P.A.
1509 Gilpin Avenue
Wilmington, DE 19806

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**           APR 30 2007
_____   _____
CLERK                   DATE

_[signature]_
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/4/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| RON LENNON | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED NEW CASTLE CO AT 87 READS WAY, NEW CASTLE, DE 19720 AT 8:28AM PERSON ACCEPTING: SUSAN L DIAZ

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/4/07       *Ronald F. Lennon*
           Date            Signature of Server

230 N MARKET ST, WILM DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

OAO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of DELAWARE

JEFFREY D. HILL,

    Plaintiff,

v.

NEW CASTLE COUNTY POLICE DEPARTMENT
a division of New Castle County; and NEW CASTLE
COUNTY, a municipal corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-228

TO: New Castle County
  New Castle County Government Center
  87 Reads Way
  New Castle, DE 19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Timothy J. Wilson, Esquire
Martin & Wilson, P.A.
1509 Gilpin Avenue
Wilmington, DE 19806

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**
_____
CLERK

APR 30 2007
_____
DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 5/4/07 |
| NAME OF SERVER (PRINT) RON LENNON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED NEW CASTLE CO AT 87 READS WAY, NEW CASTLE, DE 19720 AT 8:28AM PERSON ACCEPTING: SUSAN L DIAZ

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/4/07       *Ronald F. Lennon*
　　　　　　　　Date　　　　　　Signature of Server

230 N MARKET ST, WILM DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.