OAO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
------------------------------------------------District of DELAWARE-------------------------------------------------

JEFFREY D. HILL, :
: 
       Plaintiff, :   **SUMMONS IN A CIVIL CASE**
       v. :
:   CASE NUMBER: 0 7 - 2 2 8
NEW CASTLE COUNTY POLICE DEPARTMENT :
a division of New Castle County; and NEW CASTLE :
COUNTY, a municipal corporation, :

TO:   New Castle County Police Department
       New Castle County Government Center
       87 Reads Way
       New Castle, DE  19720

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Timothy J. Wilson, Esquire
Martin & Wilson, P.A.
1509 Gilpin Avenue
Wilmington, DE  19806

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                APR 3 0 2007

_____              _____
CLERK                                                     DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 5/4/07 |
| NAME OF SERVER (PRINT) RON LENNON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED NEW CASTLE CO POLICE DEPT AT 87 READS WAY, NEW CASTLE DE 19720 AT 8:28AM PERSON ACCEPTING: SUSAN L DIAZ

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/4/07
        Date

Signature of Server: Ronald F. Lennon

Address of Server: 230 N Market St, Wilm DE 19801

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

OAO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of DELAWARE

JEFFREY D. HILL,

      Plaintiff,

      v.

NEW CASTLE COUNTY POLICE DEPARTMENT
a division of New Castle County; and NEW CASTLE
COUNTY, a municipal corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 0 7 - 2 2 8

TO:   New Castle County Police Department
       New Castle County Government Center
       87 Reads Way
       New Castle, DE 19720

      **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Timothy J. Wilson, Esquire
Martin & Wilson, P.A.
1509 Gilpin Avenue
Wilmington, DE 19806

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

APR 3 0 2007

_____      _____
CLERK                                                           DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 5/4/07 |
| NAME OF SERVER (PRINT) RON LENNON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED NEW CASTLE CO POLICE DEPT AT 87 READS WAY, NEW CASTLE DE 19720 AT 8:28AM PERSON ACCEPTING: SUSAN L DIAZ

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/4/07
              Date

Signature of Server: Ronald F. Lennon

Address of Server: 230 N Market St, Wilm DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.