IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JEFFREY D. HILL,** : | |
| : | |
| **Plaintiff,** : | |
| : | C.A. No. 07-228 (GMS) |
| v. : | |
| : | JURY TRIAL DEMANDED |
| **NEW CASTLE COUNTY POLICE** : | |
| **DEPARTMENT, a division of New** : | |
| **Castle County; and NEW CASTLE** : | |
| **COUNTY, a municipal corporation,** : | |
| : | |
| **Defendants** : | |

## STIPULATION FOR EXTENSION OF TIME

The parties, by and through their attorneys, hereby stipulate and agree to an extension of three weeks for Defendants to file a response to the Complaint to June 14, 2007. Defendants are seeking this request in order to accumulate documents and interview witnesses in order to provide a response to the numerous allegations contained in the Complaint. This process is expected to take some time due to the history of this matter, and because the Police Department is in the process of moving to a new location.

| | |
|---|---|
| MARTIN & WILSON, P.A. | NEW CASTLE COUNTY – LAW DEPARTMENT |
| By */s/ Timothy J. Wilson*_____ | By */s/ Megan Sanfrancesco*_____ |
| Timothy J. Wilson (# 4323) | Megan Sanfrancesco (#3801) |
| 1509 Gilpin Avenue | 87 Reads Way, New Castle, DE 19707 |
| Wilmington, DE 19806 | (302) 395-5142 |
| (302) 777-4680 | *Attorney for Defendants New Castle County* |
| *Attorney for Plaintiff* | *Police Department and New Castle County* |

Dated: May 16, 2007

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet

**Christopher A. Coons**
County Executive



**Gregg E. Wilson**
County Attorney

**OFFICE OF LAW**
May 16, 2007

**VIA HAND DELIVERY**
The Honorable Gregory M. Sleet
U.S. District Court of Delaware
844 N. King Street, Lock Box 19
Wilmington, DE 19801

      RE:   *Hill v. New Castle County, et al.*
             C.A. No. 07-228 (GMS)

Dear Judge Sleet:

      This letter is submitted in support of the parties' stipulation to extend the date in which to file an answer or other responsive pleading in the above-captioned matter. According to Docket No. 3, the time currently set for Defendants' response is May 21, 2007. However, Defendants were not served with the Complaint until May 4, 2007 (as indicated in the Returns of Service contained in Docket Nos. 3 and 4). Therefore, the response date should actually be May 24, 2007.

      Defendants are seeking this request in order to accumulate documents and interview witnesses in order to provide a response to the numerous allegations contained in the Complaint. Given the history of this matter and the fact that the Police Department is in the process of moving to a new location, this process is expected to take some time.

      Counsel is available to discuss this matter with Your Honor at your convenience.

                                      Respectfully,

                                      MEGAN SANFRANCESCO
                                      First Assistant County Attorney
                                      (I.D. No. 3801)
                                      *Attorney for Defendants*

cc:    Timothy J. Wilson, Esq.
         Clerk of the Court (via e-filing only)

87 READ'S WAY, NEW CASTLE, DE 19720                PHONE: 302-395-5130      FAX: 302-395-5150