IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL,<br><br>**Plaintiff**<br><br>vs.<br><br>NEW CASTLE COUNTY POLICE DEPARTMENT, a division of New Castle County; and NEW CASTLE COUNTY, a municipal corporation,<br><br>Defendants. | C.A. No. 07-228 (GMS)<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, Esquire do hereby certify that a true and correct copy of the Plaintiff's Motion for Leave of Court to Amend the Complaint was filed and serve via electronic filing on September 21, 2007 to the following:

Megan Sanfrancesco, Esquire
New Castle County Law Department
87 Reads Way
New Castle, DE 19707

MARTIN & WILSON, P.A.

/s/ Timothy J. Wilson
Timothy J. Wilson, Esquire (#4323)
Jeffrey K. Martin, Esquire (#2407)
1508 Pennsylvania Avenue
Wilmington, Delaware 19806
(302) 777-4681 Telephone
(302) 777-5803 Facsimile
twilson@martinandwilson.com
jmartin@martinandwilson.com
*Attorneys for Plaintiff*