

Jeffrey K. Martin, Esquire*

Timothy J. Wilson, Esquire*

*Licensed in DE, PA and NJ

1508 Pennsylvania Avenue
Wilmington, DE 19806
Telephone: (302) 777-4681
Facsimile: (302) 777-5803
www.martinandwilson.com

October 1, 2007                                              twilson@martinandwilson.com

### *Via Electronic Filing*

The Honorable Gregory M. Sleet
U. S. District Court for the District of Delaware
844 North King Street,
Wilmington, DE 19801


**RE:    Proposed Scheduling Order**
        **Hill vs. New Castle County, C.A. No. 07-228 (GMS)**


Dear Chief Judge Sleet:

     The proposed scheduling order in the above-captioned matter was filed electronically with the Court today. That proposed order incorporates the dates that you supplied during our Rule 16 teleconference on Friday September 28, 2007. The one caveat to these dates is the date that the Joint Proposed Pretrial Order is to be due, October 5, 2008. Upon reviewing the 2008 calendar, we discovered that October 5 falls on a Sunday. Therefore, instead of troubling the Court with this minor issue, we changed the due date for that filing to the following day, October 6, 2008. If Your Honor finds this date unacceptable, I will gladly make the appropriate changes to the proposed scheduling order.

     Counsel has conferred and agreed upon this proposed scheduling order and are available at Your Honor's convenience should you have any questions or concerns.

Respectfully yours,

TIMOTHY J. WILSON

TJW:njj
Encl.
cc:    Clerk of the Court (by e-file)
cc:    Megan Sanfrancesco, Esquire (by e-file only)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JEFFREY D. HILL,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **C.A. No. 07-228 (GMS)** |
| **v.** | : | |
| | : | **JURY TRIAL DEMANDED** |
| **NEW CASTLE COUNTY POLICE** | : | |
| **DEPARTMENT, a division of New** | : | |
| **Castle County; and NEW CASTLE** | : | |
| **COUNTY, a municipal corporation,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## SCHEDULING ORDER

This _____ day of _____, 2007, the Court having conducted a

Rule 16 Scheduling Conference pursuant to Local Rule 16.2(b) on September 28, 2007,

and the parties having determined after discussion that the matter cannot be resolved at

this juncture by settlement, voluntary mediation or binding arbitration;

IT IS ORDERED that:

1.    **Rule 26(a) Initial Disclosures:**  Unless otherwise agreed to by the parties,

they shall make their initial disclosures pursuant to Federal Rules of Civil Procedure

26(a) on or before **October 22, 2007**.

2.    **Joinder of Other Parties and Amendment of Pleadings**:  All motions to

join other parties and amend the pleadings shall be filed on or before **February 29, 2008**.

The parties agree that the setting of this date in no way waives any potential affirmative

defenses of Defendants pertaining to, *inter alia*, applicable statutes of limitation.

3.    **Discovery**:  All discovery in this case shall be initiated so that it will be

completed on or before **June 30, 2008**.

a.      **Discovery and Scheduling Matters:**  Should counsel find they are unable to resolve a discovery or scheduling matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the teleconference, the parties shall file with the court, via electronic means (CM/ECF), a **joint, non-argumentative** letter agenda not to exceed two (2) pages outlining the issues(s) in dispute.  A sample letter can be located on this court's website at www.ded.uscourts.gov. After the parties have had (3) discovery teleconferences, they will be required to file a joint letter showing good cause why the court should permit a fourth discovery teleconference.  Should the court find further briefing necessary upon conclusion of the telephone conference, unless otherwise directed, the party seeking relief shall file with the court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention.  The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES.**  The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of the service of the answering letter.

3.      **Confidential Information and Papers filed under Seal:**  Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a propose form of order and submit it to the court within ten (10) days from the date of this order.  When

2

filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

If, after making a diligent effort, the parties are unable to agree on the contents of the joint, proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 3(a).

4.    **Settlement Conference:**  Pursuant to 28 U.S.C. § 636, this matter is referred to the United States Magistrate for the purpose of exploring the possibility of a settlement.  If the parties agree that the possibility of settlement may be enhanced by such referral, the parties shall contact Magistrate Judge Thynge to schedule a settlement conference with counsel and clients.

5.    **Case Dispositive Motions:**  All case dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before **July 15, 2008**.  Briefing will be presented pursuant to the court's Local Rules, unless the parties agree to an alternative briefing schedule. Any such agreement shall be in writing and filed with the Court for the Court's approval.  Any request for extensions of time as set forth in this Scheduling Order **must** be accompanied by an explanation or your request will be denied.

6.    **Applications by Motion:**  Except as provided in this Scheduling Order or for matters relating to scheduling, any application to the Court shall be by written motion filed, via electronic means (CM/ECF).  Unless otherwise requested by the Court, counsel shall **not** deliver copies of papers or correspondence to Chambers.  Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

3

7.    **Oral Argument:**    If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to Local Rule 7.1.4.

8.    **Pretrial Conference:**    On **October 27, 2008**, beginning at **9:30 a.m.**, the Court will hold a Pretrial Conference in Chambers with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial Order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). A sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov. Thirty (30) days before the joint Proposed Pretrial Order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. Defendants' counsel shall, in turn, provide to plaintiff's counsel any comments of the plaintiff's draft as well as the information defendant proposes to include in the proposed pretrial order. **Motions _in Limine_:** No party shall file more than five (5) motions _in Limine_. Briefs (opening, answering and reply) on all motions _in Limine_ shall be filed by **October 6, 2008**. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages. Briefing of Motions _in Limine_ will be presented as follows: opening briefs shall be due on **September 15, 2008**, answering briefs shall be due on **September 29, 2008**, and reply briefs shall be due on **October 6, 2008**. The parties shall file with the court the **joint** proposed final pretrial order with the information required by the form of final pretrial Order which can be located on this court's website at www.ded.uscourts.gov on or before **October 6, 2008**.

4

9.    **Trial:**    This matter is schedule for a **four (4)** day jury trial beginning at **9:30 a.m.** on **November 17, 2008**.

10.    **Scheduling:**    The parties shall contact chambers at (302) 573-6470, only in situations where scheduling relief is sought and only then when ALL participating counsel is on the line for purposes of selecting a new date.

_____

UNITED STATES DISTRICT JUDGE