IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JEFFREY D. HILL,** : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 07-228 (GMS) |
| v. : | |
| : | JURY TRIAL DEMANDED |
| **NEW CASTLE COUNTY POLICE** : | |
| **DEPARTMENT, a division of New** : | |
| **Castle County; and NEW CASTLE** : | |
| **COUNTY, a municipal corporation,** : | |
| : | |
| Defendants : | |

## CERTIFICATE OF SERVICE

I, Megan Sanfrancesco, Esquire, hereby certify that on January 5, 2007, I electronically filed the

within "Defendants Response to Plaintiff's Motion to Amend" with the Clerk of the Court using

CM/ECF which will send notification of such filing to counsel as follows:

> Timothy J. Wilson, Esquire
> Martin & Wilson, P.A.
> 1508 Pennsylvania Avenue
> Wilmington, DE 19806

> NEW CASTLE COUNTY LAW DEPARTMENT
>
> By:/s/ *Megan Sanfrancesco*_____
> Megan Sanfrancesco (MS8482)
> First Assistant County Attorney
> 87 Reads Way, New Castle, DE 19720
> (302) 395-5142
> *Attorney for Defendants*