IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL,<br><br>    Plaintiff<br><br>vs.<br><br>NEW CASTLE COUNTY POLICE DEPARTMENT, a division of New Castle County; and NEW CASTLE COUNTY, a municipal corporation,<br><br>    Defendants. | C.A. No. 07-228 (GMS)<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, TO WIT, THIS  2nd  day of  Oct. , 2007, this Court having duly considered Plaintiff's Motion for Leave of Court to File an Amended Complaint, and there being no opposition thereto;

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave of Court to File an Amended Complaint is GRANTED.

_____
JUDGE



FILED

OCT -- 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE