IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL, | : |
| | : |
| **Plaintiff,** | : |
| | : C.A. No. 07-228 (GMS) |
| v. | : |
| | : **JURY TRIAL DEMANDED** |
| NEW CASTLE COUNTY, a municipal | : |
| corporation, SGT. ANDREA HYDEN, | : |
| in her individual capacity; CAPT. | : |
| MARK HITCH, in his individual | : |
| capacity; and CAPT. QUINTON | : |
| WATSON, in his individual capacity, | : |
| | : |
| **Defendants.** | : |

## NOTICE OF SERVICE

I, Megan Sanfrancesco, First Assistant County Attorney, hereby certify that on October 19, 2007, have caused two (2) true and correct copies of Defendants' Rule 26 Disclosures to be delivered by U.S. first class mail, postage prepaid to counsel at the following address:

> Timothy J. Wilson, Esquire
> Jeffrey K. Martin, Esquire
> Margolis & Edelstein
> 1508 Pennsylvania Avenue
> Wilmington, DE 19806

I further certify that I electronically filed the Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel as listed above.

/s/ *Megan Sanfrancesco*
Megan Sanfrancesco (I.D. #3801)
New Castle County Law Department
87 Reads Way
New Castle, DE 19707
(302) 395-5130
*Attorney for Defendants*
