IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL, | : |
| Plaintiff, | : |
| v. | : C.A. No. 07-228 (GMS) |
| | : JURY TRIAL DEMANDED |
| NEW CASTLE COUNTY POLICE DEPARTMENT, a division of New Castle County; and NEW CASTLE COUNTY, a municipal corporation,[1] | : |
| Defendants | : |

## NOTICE OF DEPOSITION OF PLAINTIFF, JEFFREY D. HILL

TO:   Timothy J. Wilson, Esquire
      Martin and Wilson
      1508 Pennsylvania Avenue
      Wilmington, DE 19806

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, by and through their undersigned attorneys will take the deposition of Plaintiff Jeffrey D. Hill on December 3, 2007 at 9:30 a.m. at the New Castle County Law Department located at the New Castle County Government Center, 87 Reads Way, New Castle, DE 19720. The deposition shall be continued thereafter until terminated by counsel for the Defendants at a date and time convenient to the parties. The deposition will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery

---

[1] Although the Court granted Plaintiff's Motion to Amend the Complaint on October 2, 2007, the Amended Complaint has not been filed or served on any defendants as of this date.

of evidence and for use at trial.

NEW CASTLE COUNTY LAW DEPARTMENT

/s/   *Megan Sanfrancesco*
Megan Sanfrancesco,
First Assistant County Attorney
(DE Bar I.D. #3801)
87 Reads Way, New Castle, DE 19720
Tel: (302)395-5130
*Attorney for Defendants*

DATED: October 26, 2007

cc: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL,<br><br>    Plaintiff,<br><br>v.<br><br>NEW CASTLE COUNTY POLICE DEPARTMENT, a division of New Castle County; and NEW CASTLE COUNTY, a municipal corporation[1],<br><br>    Defendants | :<br>:<br>:<br>:   C.A. No. 07-228 (GMS)<br>:<br>:   JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2007, the foregoing Notice of Deposition of Plaintiff Jeffrey D. Hill was delivered via electronic filing and hand delivery to counsel listed below:

> Timothy J. Wilson, Esquire
> Martin and Wilson
> 1508 Pennsylvania Avenue
> Wilmington, DE 19806

> NEW CASTLE COUNTY LAW DEPARTMENT

>     /s/    *Megan Sanfrancesco*
> Megan Sanfrancesco,
> First Assistant County Attorney
> (DE Bar I.D. #3801)
> 87 Reads Way, New Castle, DE 19720
> Tel: (302)395-5130
> *Attorney for Defendants*

DATED: October 26, 2007

---

[1] Although the Court granted Plaintiff's Motion to Amend the Complaint on October 2, 2007, the Amended Complaint has not been filed or served on any defendants as of this date.