IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JEFFREY D. HILL,** : | |
| : | |
| Plaintiff, : | |
| : | C.A. No. 07-228 (GMS) |
| v. : | |
| : | JURY TRIAL DEMANDED |
| **NEW CASTLE COUNTY POLICE** : | |
| **DEPARTMENT, a division of New** : | |
| **Castle County; and NEW CASTLE** : | |
| **COUNTY, a municipal corporation[1],** : | |
| : | |
| **Defendants** : | |

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2007, I caused two copies of the foregoing "Defendants' First Request for Production of Documents Directed to Plaintiff" to be served on his counsel at the address below via hand delivery:

> Timothy J. Wilson, Esquire
> Jeffrey K. Martin, Esquire
> Law Office of Martin and Wilson
> 1508 Pennsylvania Avenue
> Wilmington, DE 19806

NEW CASTLE COUNTY LAW DEPARTMENT

/s/ Megan Sanfrancesco

MEGAN SANFRANCESCO,
First Assistant County Attorney (I.D. #3801)
87 Reads Way, New Castle, DE 19720
Tel: (302)395-5130
*Attorney for Defendants*

---

[1] Although the Court granted Plaintiff's Motion to Amend the Complaint on October 2, 2007, the Amended Complaint has not been filed or served on any defendants as of this date.