OAO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of DELAWARE

JEFFREY D. HILL,

        Plaintiff,

v.

NEW CASTLE COUNTY POLICE DEPARTMENT
a division of New Castle County; and NEW CASTLE
COUNTY, a municipal corporation,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   07-228 GMS

TO: Capt. Mark Hitch
    New Castle County Government Center
    87 Reads Way
    New Castle, DE 19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Timothy J. Wilson, Esquire
Martin & Wilson, P.A.
1508 Pennsylvania Avenue
Wilmington, DE 19806

an Amended Answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____
CLERK

10/26/07
_____
DATE

_____
(By) DEPUTY CLERK

OAO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/29/07 |
| NAME OF SERVER (PRINT) MICHAEL POWERS | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable discretion then residing therein. age and

Name of person with whom the summons and

☒ Other (specify): PERSONALLY SERVED Capt. MARK HITCH AT NEW CASTLE Co Police AT 3601 N DuPont HIGHWAY, NEW CASTLE, DE 19702 AT 10:55 AM PERSON ACCEPTING: PSA SHERRON L. SCHORATI

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/29/07
           Date

Signature of Server: Michael Powers

Address of Server: 230 N Market St, Wilm DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.