IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JEFFREY D. HILL,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 07-228 (GMS) |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| **NEW CASTLE COUNTY POLICE** | : | |
| **DEPARTMENT, a division of New** | : | |
| **Castle County; and NEW CASTLE** | : | |
| **COUNTY, a municipal corporation,** | : | |
| | : | |
| Defendants | : | |

## VACATION AND RE-NOTICE OF DEPOSITION OF PLAINTIFF, JEFFREY D. HILL

TO:   Timothy J. Wilson, Esquire
      Martin and Wilson
      1508 Pennsylvania Avenue
      Wilmington, DE 19806

PLEASE TAKE NOTICE that the Defendants hereby vacate the deposition of Jeffrey D. Hill which was scheduled for December 3, 2007. Pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants, by and through their undersigned attorneys will now take the deposition of Plaintiff Jeffrey D. Hill on Tuesday, **December 18, 2007 at 9:30 a.m.** at the New Castle County Law Department located at the New Castle County Government Center, 87 Reads Way, New Castle, DE 19720. The deposition shall be continued thereafter until terminated by counsel for the Defendants at a date and time convenient to the parties. The deposition will be recorded stenographically and/or videographically and/or audiographically,

before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

                NEW CASTLE COUNTY LAW DEPARTMENT

                /s/   *Megan Sanfrancesco*
                Megan Sanfrancesco,
                First Assistant County Attorney
                (DE Bar I.D. #3801)
                87 Reads Way, New Castle, DE 19720
                Tel:  (302)395-5130
                *Attorney for Defendants*

DATED: November 2, 2007

cc: Wilcox & Fetzer

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **JEFFREY D. HILL,** : | |
| : | |
| **Plaintiff,** : | |
| : | C.A. No. 07-228 (GMS) |
| v. : | |
| : | JURY TRIAL DEMANDED |
| **NEW CASTLE COUNTY POLICE** : | |
| **DEPARTMENT, a division of New** : | |
| **Castle County; and NEW CASTLE** : | |
| **COUNTY, a municipal corporation,** : | |
| : | |
| **Defendants** : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2007, the foregoing Notice of Deposition of Plaintiff Jeffrey D. Hill was delivered via electronic filing (CM/ECF) and U.S. First Class mail, postage prepaid to counsel listed below:

>  Timothy J. Wilson, Esquire
>  Martin and Wilson
>  1508 Pennsylvania Avenue
>  Wilmington, DE 19806

NEW CASTLE COUNTY LAW DEPARTMENT

>  /s/   *Megan Sanfrancesco*
>  Megan Sanfrancesco,
>  First Assistant County Attorney
>  (DE Bar I.D. #3801)
>  87 Reads Way, New Castle, DE 19720
>  Tel:  (302)395-5130
>  *Attorney for Defendants*

DATED:  November 2, 2007