IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL,<br><br>　　　　Plaintiff<br><br>vs.<br><br>NEW CASTLE COUNTY, a municipal Corporation, SGT. ANDREA HYDEN, in her individual capacity; CAPT. MARK HITCH in his individual capacity; and CAPT. QUINTON WATSON, in his individual capacity,<br><br>　　　　Defendants. | C.A. No. 07-228 (GMS)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that a true and correct copy of the foregoing *Plaintiff's Answers to Defendants' First Request for Production of Documents* was sent via U.S. Mail postage pre-paid on November 16, 2007 to the following:

Megan K. Sanfrancesco, Esquire
New Castle County Law Department
87 Reads Way
New Castle, DE 19720-1648

                                  MARTIN & WILSON, P.A.

                                  TIMOTHY J. WILSON, ESQUIRE
DE Bar I.D. No.: 4323
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4680
twilson@martinandwilson.com
*Attorney for the Plaintiff*

DATED: November 16, 2007