IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| JEFFREY D. HILL,<br><br>    Plaintiff<br><br>vs.<br><br>NEW CASTLE COUNTY, a municipal corporation, SGT. ANDREA HYDEN, in her individual capacity; CAPT. MARK HITCH in his individual capacity; and CAPT. QUINTON WATSON, in his individual capacity,<br><br>    Defendants. | C.A. No. 07-228 (GMS)<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S AMENDED RULE 26(a) DISCLOSURES

I.

(33)  James Unger, Officer, New Castle County Police Department
(34)  Fred Calhoun, Sergeant, New Castle County Police Department, FOP Board member
(35)  Frank Cooke, Corporal, New Castle County Police Department, FOP Board member
(36)  Eric Roberts, Corporal, New Castle County Police Department
(37)  Chris Shannahan, Corporal, New Castle County Police Department
(38)  Mike Eckerd, Officer, New Castle County Police Department
(39)  John Malik, Attorney for Sgt. Hyden during Grievance Procedure

II.

   (19)  Memorandum dated May 4, 2004, from Sergeant Nicole Hyden to Captain Mark Hitch

                                                **MARTIN & WILSON, P.A.**

                                                */s/ Timothy J. Wilson*

                                                **TIMOTHY J. WILSON, ESQUIRE**
                                                DE Bar I.D. No.: 4323
                                                1508 Pennsylvania Ave
                                                Wilmington, DE 19806
                                                (302) 777-4680
                                                twilson@martinandwilson.com
                                                *Attorney for the Plaintiff*

DATED: November 21, 2007

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, Esquire do hereby certify that a true and correct copy of the *Plaintiff's Amended Rule 26 (a) Disclosures* was filed and served via electronic filing on November 21, 2007 to the following:

Megan Sanfrancesco, Esquire
New Castle County Law Department
87 Reads Way
New Castle, DE 19707

                                              MARTIN & WILSON, P.A.

                                              TIMOTHY J. WILSON, ESQUIRE
                                              DE Bar I.D. No.: 4323
                                              1508 Pennsylvania Ave
                                              Wilmington, DE 19806
                                              (302) 777-4680
                                              twilson@martinandwilson.com
                                              *Attorney for the Plaintiff*

DATED: November 21, 2007