IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL,<br>　　　Plaintiff<br><br>　　　vs.<br><br>NEW CASTLE COUNTY, a municipal corporation, SGT. ANDREA HYDEN, in her individual capacity; CAPT. MARK HITCH in his individual capacity; and CAPT. QUINTON WATSON, in his individual capacity,<br>　　　Defendants. | C.A. No. 07-228 (GMS)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that a true and correct copy of the foregoing *Plaintiff's First Set of Interrogatories Directed to Defendant New Castle County* and *Plaintiff's First Set of Requests for Production of Documents Directed to Defendant New Castle County* was sent via U.S. Mail on May 29, 2008 to the following attorney of record:

Megan K. Sanfrancesco, Esquire
New Castle County Law Department
87 Reads Way
New Castle, DE 19720-1648

                                              MARTIN & WILSON, P.A.

                                              */s/ Timothy J. Wilson*

                                              **TIMOTHY J. WILSON, ESQUIRE**
                                              **JEFFREY K. MARTIN, ESQUIRE**
                                              DE State Bar I.D. No.: 4323
                                              DE State Bar I.D. No.: 2407
                                              1508 Pennsylvania Ave
                                              Wilmington, DE 19806
                                              (302) 777-4680
                                              twilson@martinandwilson.com
                                              jmartin@martinandwilson.com
                                              *Attorneys for the Plaintiff*

DATED:       May 29, 2008