IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL,<br>      Plaintiff<br><br>vs.<br><br>NEW CASTLE COUNTY, a municipal corporation, SGT. ANDREA HYDEN, in her individual capacity; CAPT. MARK HITCH in his individual capacity; and CAPT. QUINTON WATSON, in his individual capacity,<br>      Defendants. | C.A. No. 07-228 (GMS)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that a true and correct copy of the foregoing Plaintiff's First Set of Interrogatories Directed to Defendant Sgt. Andrea Hyden was sent via U.S. Mail on May 29, 2008 to the following attorney of record:

Megan K. Sanfrancesco, Esquire
New Castle County Law Department
87 Reads Way
New Castle, DE 19720-1648

MARTIN & WILSON, P.A.

*[signature]*

**TIMOTHY J. WILSON, ESQUIRE**
**JEFFREY K. MARTIN, ESQUIRE**
DE State Bar I.D. No.: 4323
DE State Bar I.D. No.: 2407
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4680
twilson@martinandwilson.com
jmartin@martinandwilson.com
*Attorneys for the Plaintiff*

DATED:   May 29, 2008