IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL,<br>      Plaintiff<br><br>vs.<br><br>NEW CASTLE COUNTY, a municipal corporation, SGT. ANDREA HYDEN, in her individual capacity; CAPT. MARK HITCH in his individual capacity; and CAPT. QUINTON WATSON, in his individual capacity,<br>      Defendants. | C.A. No. 07-228 (GMS)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that a true and correct copy of the foregoing *Plaintiff's First Set of Interrogatories Directed to Defendant Capt. Quinton Watson* was sent via U.S. Mail on May 30, 2008 to the following attorney of record:

Megan K. Sanfrancesco, Esquire
New Castle County Law Department
87 Reads Way
New Castle, DE 19720-1648

[SIGNATURE ON NEXT PAGE]

**MARTIN & WILSON, P.A.**

/s/ Timothy J. Wilson  #4323
**TIMOTHY J. WILSON, ESQUIRE**
**JEFFREY K. MARTIN, ESQUIRE**
DE State Bar I.D. No.: 4323
DE State Bar I.D. No.: 2407
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4680
twilson@martinandwilson.com
jmartin@martinandwilson.com
*Attorneys for the Plaintiff*

DATED:    May 30, 2008