IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL,<br>      Plaintiff<br><br>vs.<br><br>NEW CASTLE COUNTY, a municipal<br>corporation, SGT. ANDREA HYDEN,<br>in her individual capacity; CAPT.<br>MARK HITCH in his individual capacity;<br>and CAPT. QUINTON WATSON,<br>in his individual capacity,<br>      Defendants. | C.A. No. 07-228 (GMS)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that a true and correct copy of the foregoing ***Plaintiff's First Set of Interrogatories Directed to Capt. Mark Hitch*** was sent via U.S. Mail on May 30, 2008 to the following attorney of record:

Megan K. Sanfrancesco, Esquire
New Castle County Law Department
87 Reads Way
New Castle, DE 19720-1648

[SIGNATURE ON NEXT PAGE]

                                            MARTIN & WILSON, P.A.

                                            /s/ Timothy J. Wilson  #4323
                                            **TIMOTHY J. WILSON, ESQUIRE**
                                            **JEFFREY K. MARTIN, ESQUIRE**
                                            DE State Bar I.D. No.: 4323
                                            DE State Bar I.D. No.: 2407
                                            1508 Pennsylvania Ave
                                            Wilmington, DE 19806
                                            (302) 777-4680
                                            twilson@martinandwilson.com
                                            jmartin@martinandwilson.com
                                            *Attorneys for the Plaintiff*

DATED:      May 30, 2008