IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JEFFREY D. HILL,** : | |
| : | |
| **Plaintiff,** : | |
| : | C.A. No. 07-228 (GMS) |
| v. : | |
| : | JURY TRIAL DEMANDED |
| **NEW CASTLE COUNTY POLICE** : | |
| **DEPARTMENT, a division of New** : | |
| **Castle County; and NEW CASTLE** : | |
| **COUNTY, a municipal corporation,** : | |
| : | |
| **Defendants** : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2008, I caused two copies of the foregoing "Defendants' First Set of Interrogatories Directed to Plaintiff Jeffrey D. Hill" to be served on his counsel at the address below via hand delivery:

>Timothy J. Wilson, Esquire
>Jeffrey K. Martin, Esquire
>Law Office of Martin and Wilson
>1508 Pennsylvania Avenue
>Wilmington, DE 19806

NEW CASTLE COUNTY LAW DEPARTMENT

_____/s/_____ *Megan Sanfrancesco*
MEGAN SANFRANCESCO,
First Assistant County Attorney (I.D. #3801)
87 Reads Way, New Castle, DE 19720
Tel: (302)395-5130
*Attorney for Defendants*