## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL, | : |
| | : |
| **Plaintiff,** | : |
| | : C.A. No. 07-228 (GMS) |
| v. | : |
| | : **JURY TRIAL DEMANDED** |
| NEW CASTLE COUNTY POLICE | : |
| DEPARTMENT, a division of New | : |
| Castle County; and NEW CASTLE | : |
| COUNTY, a municipal corporation, | : |
| | : |
| **Defendants** | : |

## JOINT PROPOSED CONFIDENTIALITY STIPULATION AND ORDER

Pursuant to Federal Rules of Civil Procedure 26(c) and 37, the parties hereby agree and stipulate that this Joint Proposed Confidentiality Stipulation and Order ("Order") will control the use and dissemination of certain Confidential Information. This Order consists of the following terms:

1. Any Confidential Information disclosed pursuant to this agreement shall be available only to this Court, counsel of record and the members and employees of their firms, the parties to this action and experts retained by the parties in this litigation. At the conclusion of the litigation, the parties shall promptly destroy or return all Confidential Information provided pursuant to the terms of this Order.

2. The only permitted use of any Confidential Information disclosed pursuant to this Order will be for the litigation of this matter, specifically discovery, trial preparation, and trial. Counsel shall address the use and disclosure of all Confidential Information produced or disclosed pursuant to this Order at trial in the Pretrial Order.

3. Confidential Information disclosed pursuant to this agreement shall consist of any information for which there is a good faith basis to believe that the information contains

nonpublic, confidential, proprietary, commercially sensitive, trade secret or other information for which there is a legitimate privacy interest or which would be otherwise privileged as set forth by 11 *Del. C.* § 9200, et. seq. Said information includes, but is not limited to, any file or contents of any file generated by the New Castle County Human Resources Department, Executive Office, or the Office of Professional Standards of the New Castle County Police Department.

      4.      All Confidential Information disclosed under this Order shall be stamped with the legend "Confidential Information" and shall note the applicability of this Order at the time of disclosure. Inadvertent failure to designate materials as Confidential Information at the time of disclosure may be remedied by supplemental written notice. If such notice is given, all Confidential Information so designated shall be fully subject to this Order from the date such notice is received as if they had been initially designated as Confidential Information.

      5.      Any papers containing Confidential Information subject to this Order which a party chooses to file with the Court shall be filed under seal with a legend that identifies this Order.

      6.      Should any inadvertent or unauthorized disclosure occur, counsel hereby agrees to immediately take any and all necessary steps to remedy such unauthorized disclosures. Counsel shall notify opposing counsel of the inadvertent or unauthorized disclosure along with the steps taken to remedy same.

      7.      If any party seeks to designate something as Confidential Information which is outside of the defined scope of Confidential Information set forth in paragraph 3 above, if the parties are not first able to reach agreement, the party seeking the designation shall petition the Court to have it declared Confidential.

8.    Any individual who shall be provided Confidential Information subject to this Order shall be informed of the applicability of the Order and be bound by the same confidentiality restrictions contained therein.

Being duly sworn according to law, the parties hereby stipulate, depose, and state that the information contained herein is true, correct and constitutes the full and total agreement of the parties in the above-captioned matter.

Dated: June 11, 2008                                NEW CASTLE COUNTY LAW DEPARTMENT

/s/ *Megan Sanfrancesco*
MEGAN SANFRANCESCO,
First Assistant County Attorney, (I.D. No. 3801)
New Castle County Law Department
87 Reads Way
New Castle County, Delaware 19720
(302) 395-5130
*Attorney for Defendants Sgt. Nicole Hyden, Capt. Mark Hitch, Capt. Quinton Watson and New Castle County*

MARTIN & WILSON, P.A.

/s/    *Timothy J. Wilson*
TIMOTHY J. WILSON, ESQ. (I.D. No. 4323)
1508 Pennsylvania Avenue, Suite 1C
Wilmington, DE 19806
Tel: (302)777-4681
*Attorney for Plaintiff, Jeffrey D. Hill*

IT IS SO ORDERED this _____ day of _____, 2008.

_____
THE HONORABLE

3