## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JEFFREY D. HILL,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **C.A. No. 07-228 (GMS)** |
| **v.** | : | |
| | : | **JURY TRIAL DEMANDED** |
| **NEW CASTLE COUNTY POLICE** | : | |
| **DEPARTMENT, a division of New** | : | |
| **Castle County; and NEW CASTLE** | : | |
| **COUNTY, a municipal corporation,** | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Jeffrey D. Hill ("Plaintiff"), by and through her undersigned attorneys, will take the depositions the following listed-below individuals by oral testimony before an officer duly authorized to administer an oath, commencing on **Monday, June 30, 2008 beginning at 9:30 a.m. and continuing thereafter until completed,** at the offices of Megan K. Sanfrancesco, Esquire, New Castle County Law Department, 87 Reads Way, New Castle, DE 19720-1648. The depositions shall continue thereafter until terminated by counsel for the Plaintiff. The depositions will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

Sgt. Andrea Hyden

Capt. Mark Hitch

Capt. Quinton Watson

MARTIN & WILSON, P.A.

TIMOTHY J. WILSON, ESQ.
1508 Pennsylvania Avenue
Wilmington, DE  19806
(302)  777-4681
E-mail twilson@martinandwilson.com
*Attorney for Plaintiff*

DATED:  June 13, 2008
cc:      Wilcox & Fetzer

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JEFFREY D. HILL,                         :
                                         :
     Plaintiff,                        :
                                         :        C.A. No. 07-228 (GMS)
v.                                       :
                                         :        **JURY TRIAL DEMANDED**
NEW CASTLE COUNTY POLICE                 :
DEPARTMENT, a division of New            :
Castle County; and NEW CASTLE            :
COUNTY, a municipal corporation,         :
                                         :
     Defendants.                       :

### CERTIFICATE OF SERVICE

I, Timothy J. Wilson, do hereby certify that the attached documents were electronically

filed via EMF/CM on June 13, 2008 to the following:

Megan K. Sanfrancesco, Esquire
New Castle County Law Department
87 Reads Way
New Castle, DE 19720-1648

                           **MARTIN & WILSON, P.A.**

                           **TIMOTHY J. WILSON, ESQ.**
                           1508 Pennsylvania Avenue
                           Wilmington, DE  19806
                           (302)  777-4681
                           E-mail twilson@martinandwilson.com
                           *Attorney for Plaintiff*

Dated:  June 13, 2008