IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL, | : |
|       Plaintiff, | :   C. A. No. 07-228 (GMS) |
| | : |
| v. | :   JURY TRIAL DEMANDED |
| | : |
| NEW CASTLE COUNTY, a municipal corporation, SGT. ANDREA HYDEN, in her individual capacity, CAPT. MARK HITCH in his individual capacity, and CAPT. QUINTON WATSON, in his individual capacity, | : |
|       Defendants. | : |

## NOTICE OF SERVICE

I, Timothy J. Wilson, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of **Plaintiff's Answers To Defendants First Set Of Interrogatories** were served by hand delivery to the following:

    Megan K. Sanfrancesco, Esquire
    New Castle County Law Department
    87 Reads Way
    New Castle, DE 19720-1648

                              MARTIN & WILSON, P.A.

                              /s/ Timothy J. Wilson

                              TIMOTHY J. WILSON, ESQUIRE
                              JEFFREY K. MARTIN, ESQUIRE
                              DE State Bar I.D. No.: 4323
                              DE State Bar I.D. No.: 2407
                              1508 Pennsylvania Ave
                              Wilmington, DE 19806
                              (302) 777-4680
                              twilson@martinandwilson.com
                              jmartin@martinandwilson.com
                              *Attorneys for the Plaintiff*

DATED: July 1, 2008