IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JEFFREY D. HILL,** : | |
| : | |
| **Plaintiff,** : | |
| : | C.A. No. 07-228 (GMS) |
| v. : | |
| : | JURY TRIAL DEMANDED |
| **NEW CASTLE COUNTY POLICE** : | |
| **DEPARTMENT, a division of New** : | |
| **Castle County; and NEW CASTLE** : | |
| **COUNTY, a municipal corporation,** : | |
| : | |
| **Defendants** : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2008, I caused two copies of the foregoing:

Responses to Plaintiff's First Set of Interrogatories By Defendant New Castle County

Defendant New Castle County's Response to Plaintiff's First Set of Requests for Production of Documents Directed to Defendant New Castle County

Defendant Sgt. Andrea Hyden's Response to Plaintiff's First Set of Requests for Admissions

Defendant Sgt. Andrea Hyden's Answer to Plaintiff's First Set of Interrogatories Directed to Defendant Sgt. Andrea Hyden

Defendant Capt. Mark Hitch's Answers to Plaintiff's First Set of Interrogatories Directed to Defendant Capt. Mark Hitch

Defendant Capt. Quinton Watson's Answer to Plaintiff's First Set of Interrogatories Directed to Defendant Capt. Quinton Watson

to be served on his counsel at the address listed below via hand delivery:

> Timothy J. Wilson, Esquire
> Jeffrey K. Martin, Esquire
> Law Office of Martin and Wilson
> 1508 Pennsylvania Avenue
> Wilmington, DE 19806

NEW CASTLE COUNTY LAW DEPARTMENT


_____/s/_____ _Megan Sanfrancesco_
MEGAN SANFRANCESCO,
First Assistant County Attorney (I.D. #3801)
87 Reads Way, New Castle, DE 19720
Tel:  (302)395-5130
*Attorney for Defendants*