IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL,<br><br>    Plaintiff,<br><br>v.<br><br>NEW CASTLE COUNTY, a municipal corporation, SGT. ANDREA HYDEN, in her individual capacity, CAPT. MARK HITCH in his individual capacity, and CAPT. QUINTON WATSON, in his individual capacity,<br><br>    Defendants. | C. A. No. 07-228 (GMS)<br><br>JURY TRIAL DEMANDED |

## VERIFICATION

JEFFREY D. HILL, being duly sworn according to law, depose and state that:

1. I am the Plaintiff in the above-captioned action;

2. I have reviewed the foregoing *Plaintiff's Answers To Defendants' First Set Of Interrogatories* and that said answers are full and complete and true and correct to the best of my knowledge, information and belief.

_____
JEFFREY D. HILL

**STATE OF DELAWARE** )
                               ) SS.
**NEW CASTLE COUNTY** )

This instrument was acknowledged before me, a Notary Public, on July 2nd, 2008.

_____(SEAL)
Notary Public
My commission expires: 10/26/20__