IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL,<br>    Plaintiff<br><br>    v.<br><br>NEW CASTLE COUNTY, a municipal corporation, SGT. ANDREA HYDEN, in her individual capacity; CAPT. MARK HITCH in his individual capacity; and CAPT. QUINTON WATSON, in his individual capacity,<br>    Defendants. | C.A. No. 07-228 (GMS)<br><br>JURY TRIAL DEMANDED |

### DEFENDANTS' MOTION TO FILE A BRIEF IN EXCESS PAGINATION

Defendants' New Castle County, Sgt. Andrea Hyden, Capt. Mark Hitch and Capt. Quinton Watson, by and through undersigned counsel, hereby moves this Court for leave to file a brief in excess pagination. Local Rule 7.1.3(4) limits opening briefs to 40 pages. The Hon. Gregory M. Sleet's "New Rule Regarding Page Limits on Briefing" limits opening briefs to 20 pages. In this case, Defendants' opening brief in Support of its Motion for Summary Judgment is fact intensive and requires those facts to be presented to the Court in the body of the brief, thus requiring additional length.

Accordingly, Defendants request leave of the Court to file their Opening Brief in Support of Motion for Summary Judgment not to exceed 43 pages.

NEW CASTLE COUNTY LAW DEPARTMENT

_____/s/_____ *Megan Sanfrancesco*
MEGAN SANFRANCESCO, (DE I.D. #3801)
First Assistant County Attorney
87 Reads Way, New Castle, DE 19720
Tel: (302)395-5130

*Attorney for Defendants New Castle County, Sgt. Andrea Hyden, Capt. Mark Hitch and Capt. Quinton Watson*