**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| JEFFREY D. HILL,<br>    Plaintiff<br><br>        vs.<br><br>NEW CASTLE COUNTY, a municipal corporation, SGT. ANDREA HYDEN, in her individual capacity; CAPT. MARK HITCH in his individual capacity; and CAPT. QUINTON WATSON, in his individual capacity,<br>    Defendants. | C.A. No. 07-228 (GMS)<br><br>JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiff's Motion for Leave to File A Brief in Excess Pagination, it is hereby ORDERED AND DECREED that said motion is **GRANTED**.

_____
GREGORY M. SLEET
United States District Court Judge