

Jeffrey K. Martin, Esquire*

Timothy J. Wilson, Esquire*

*Licensed in DE, PA and NJ

1508 Pennsylvania Avenue
Wilmington, DE 19806
Telephone: (302) 777-4681
Facsimile: (302) 777-5803
www.martinandwilson.com

July 17, 2008

twilson@martinandwilson.com

*Via Electronic Filing*

The Honorable Gregory M. Sleet
U. S. District Court for the District of Delaware
844 North King Street,
Wilmington, DE 19801

**RE:    Proposed Scheduling Order**
          **Hill vs. New Castle County**, C.A. No. 07-228 (GMS)

Dear Chief Judge Sleet:

This is in response to Defendants' Motion to File a Brief in Excess Pagination filed with the Court on July 15, 2008. Plaintiff does not object to Defendants' Motion and believes that he may be required to make the same request prior to filing his Answering Brief.

I am available at Your Honor's convenience should you have any questions or concerns.

Respectfully submitted,

TIMOTHY J. WILSON

TJW:
cc:    Clerk of the Court (by e-file)
cc:    Megan Sanfrancesco, Esquire (by e-file only)