IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL,<br><br>    Plaintiff,<br><br>v.<br><br>NEW CASTLE COUNTY, a municipal corporation, SGT. ANDREA HYDEN, in her individual capacity, CAPT. MARK HITCH in his individual capacity, and CAPT. QUINTON WATSON, in his individual capacity,<br><br>    Defendants. | C. A. No. 07-228 (GMS)<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION TO FILE A BRIEF IN EXCESS PAGINATION**

Plaintiff, Jeffrey D. Hill, by and through undersigned counsel, hereby moves this Court for leave to file a brief in excess pagination. Local Rule 7.1.3(4) limits answering briefs to 40 pages. The Hon. Gregory M. Sleet's "New Rule Regarding Page Limits on Briefing" limits answering briefs to 20 pages. In this case, Plaintiff's Answering Brief in Opposition of Defendants' Motion for Summary Judgment is fact intensive and requires those facts to be presented to the Court in the body of the brief, thus requiring additional length.

Accordingly, Plaintiff requests leave of the Court to file its Answering Brief in Opposition of Defendants' Motion for Summary Judgment not to exceed 44 pages.

                                          MARTIN & WILSON, P.A.

                                          /s/ TIMOTHY J. WILSON
                                          TIMOTHY J. WILSON   (Bar ID 4323)
                                          JEFFREY K. MARTIN  (Bar ID 2407)
                                          1508 Pennsylvania Avenue
                                          Wilmington, DE 19806
                                          302-777-4681
                                          twilson@martinandwilson.com
                                          jmartin@martinandwilson.com
DATED: July 29, 2008                       *Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL, | : |
| | : C. A. No. 07-228 (GMS) |
| Plaintiff, | : |
| | : JURY TRIAL DEMANDED |
| v. | : |
| | : |
| NEW CASTLE COUNTY, a municipal corporation, SGT. ANDREA HYDEN, in her individual capacity, CAPT. MARK HITCH in his individual capacity, and CAPT. QUINTON WATSON, in his individual capacity, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Timothy J. Wilson, Esquire do hereby certify that a true and correct copy of the Plaintiff's Motion To File A Brief In Excess Pagination was filed and serve via electronic filing on July 29, 2008 to the following:

Megan Sanfrancesco, Esquire
New Castle County Law Department
87 Reads Way
New Castle, DE 19707

                                             MARTIN & WILSON, P.A.

                                             /s/ TIMOTHY J. WILSON
                                             **TIMOTHY J. WILSON**    (Bar ID 4323)
                                             **JEFFREY K. MARTIN**    (Bar ID 2407)
                                             1508 Pennsylvania Avenue
                                             Wilmington, DE 19806
                                             302-777-4681
                                             twilson@martinandwilson.com
                                             jmartin@martinandwilson.com
                                             *Attorneys for Plaintiff*

DATED: July 29, 2008