IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL,<br><br>    Plaintiff,<br><br>v.<br><br>NEW CASTLE COUNTY, a municipal corporation, SGT. ANDREA HYDEN, in her individual capacity, CAPT. MARK HITCH in his individual capacity, and CAPT. QUINTON WATSON, in his individual capacity,<br><br>    Defendants. | C. A. No. 07-228 (GMS)<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiff's Motion for Leave to File a Brief in Excess Pagination, it is hereby ORDERED AND DECREED that said motion is **GRANTED**.

GREGORY M. SLEET
United States District Court