*Jeffrey D. Hill v. New Castle County, et al.*
C. A. No. 07-228 (GMS)
Plaintiff's Answering Brief In Opposition Of Defendants' Motion For Summary Judgment

## APPENDIX - TABLE OF CONTENTS

| APPENDIX | DOCUMENT |
|---|---|
| A - Part 1 | Deposition of Plaintiff, Jeffrey D. Hill, December 18, 2007 |
| A - Part 2 | Deposition of Plaintiff, Jeffrey D. Hill, December 18, 2007 |
| A - Part 3 | Deposition of Plaintiff, Jeffrey D. Hill, December 18, 2007 |
| B | Affidavit of Plaintiff, Jeffrey D. Hill |
| C | New Castle County Police Department Standard Operating Procedure Mounted Patrol Unit |
| D | Excerpts from Deposition of Defendant, Andrea Hyden, June 30, 2008 |
| E | Corporal Darla Hoff's time sheets and overtime records for the period 4/12/2002 through 4/9/2006 |
| F | Memorandum of Defendant, Mark Hitch dated February 1, 2006 |
| G | Plaintiff, Jeffrey D. Hill's Employee Performance Reports for 2003 through 2006 |
| H | New Castle County Division of Police, Traffic Directive 61, Section L.2.-3 |
| I | New Castle County Internal Operating Procedures, Traffic Services Unit, Section 5 |
| J | Deposition of Defendant, Quinton L. Watson, June 30, 2008 |
| K | Mounted Unit Statistics for the period October 2004 through August 2005 |
| L | Deposition of Defendant, Mark Hitch, June 30, 2008 |
| M | Memorandum from Major Stuart A. Snyder, Acting Chief of Police to All Police Personnel regarding Personnel Transfers dated March 13, 2006 |
| N | Grievances FOP 06-06, 06-07 and 06-08 |
| O | Step 1 Grievance Decision dated April 24, 2006; Step 2 Grievance Decision dated July 14, 2006 and Step 3 Grievance Decision dated November 9, 2006 |
| P | Charge of Discrimination dated September 12, 2006 |
| Q | U. S. Equal Employment Opportunity Commission Notice of Right To Sue dated May 31, 2007 |
| R | Defendants' Answer To Amended Complaint |
| S | Plaintiff, Jeffrey D. Hill's December 15, 2005 Memorandum to Captain Mark Hitch |