*Jeffrey D. Hill v. New Castle County, et al.*
C. A. No. 07-228 (GMS)
Plaintiff's Answering Brief In Opposition Of Defendants' Motion For Summary Judgment

# APPENDIX A
# PART 2

Jeffrey D. Miiil   Sanfrancesco

53

1  chief of police.

2    Q.   So you had a step 1 grievance that he presided

3  over?

4    A.   Yes.

5    Q.   How about aside from that?

6    A.   He was the officer that I -- I should say the

7  colonel.  He was the colonel that I originally drafted

8  a memo requesting that the department investigate the

9  first memo with truthfulness in conduct towards a

10  subordinate.

11    Q.   When you say you directed a memo to him, was

12  this a memo requesting that he or someone investigate

13  Sergeant Hyden, when you say truthfulness toward a

14  subordinate.

15    A.   I was requesting that the Internal Affairs

16  Division do that.

17    Q.   Do you recall the date of this memo?

18    A.   Not off the top of my head.

19    Q.   Did he take any action with respect to that

20  memo?

21    A.   He responded to it, but, no, he did not take

22  any action.

23    Q.   What was his response?

24    A.   I don't have the document in front of me, but

Jeffrey D. Hill - SanFrancesco

54

1    it was to the nature of he felt it was unethical at

2    the time to respond to my allegations.

3       Q.    Why was that?

4       A.    I believe it said something because I was in a

5    grievance process at the time.

6       Q.    Had you concluded step 1 by that time?

7       A.    Yes.    That was after step 2.

8       Q.    Did you eventually go to step 3 of the

9    grievance procedure?

10      A.    Yes.

11      Q.    Were the grievance proceedings still ongoing at

12   that point?

13      A.    From a union standpoint we didn't know.  We had

14   requested a step 3.  We had not found out if we were

15   going to be granted one.

16      Q.    Do you have any reason to believe that you

17   would not be granted a step 3 hearing?

18      A.    No.

19      Q.    And aside from what we've discussed, Lieutenant

20   Colonel McClaren, was he aware of any other issues

21   that are contained in the complaint?

22      A.    Being that he was the chief of the police, I

23   would tend to believe he has a lot of knowledge of the

24   complaint, I would think.

55

1    Q.    Captain Debra Reece?

2    A.    She was the captain in charge of the Southern

3    Patrol District now.

4    Q.    And what can she tell us about the matters

5    contained in the complaint?

6    A.    Like Sergeant McKenna, she knew that I had a

7    problem over at the mounted.  And like I said, in a

8    brief conversation I told her that -- I remember

9    something along the nature, I had -- I was having

10   problems with Sergeant Hyden.

11   Q.    Did you initial indicate the conversation with

12   about your problems with Sergeant Hyden or did she

13   come to you?

14   A.    I don't recall.

15   Q.    Did you ever have any other conversations with

16   her about Sergeant Hyden or the matters in the

17   complaint?

18   A.    Not that I can recall, no.

19   Q.    Would Captain Reece have an opportunity to have

20   supervised you during your time at Southern Patrol?

21   A.    She has always been the commander of Southern

22   Patrol since I've -- this last time out of the

23   mounted, since I've been there.

24   Q.    Captain Elmer Setting?

56

1    A.    He is the -- he was the commander of the

2    mounted unit when I was first in there.

3    Q.    How long was he commander?  Do you remember the

4    years.

5    A.    2001, 2002, around that time frame.

6    Q.    And was it after Captain Setting left that

7    Sergeant Hyden came in?

8    A.    No.

9    Q.    It was after Captain Setting?

10   A.    There was captain -- he was then Lieutenant

11   Setting.  Then there was a short time period when

12   Lieutenant Crowell was the mounted commander.  I don't

13   recall how long that was.  Months.  And then, from

14   him, Sergeant Hyden.

15   Q.    You said it's Lieutenant Setting?

16   A.    No.  It was lieutenant.  Now it's captain.

17   Q.    I thought I was getting those backwards.

18         What else can he tell us about the matters

19   that are contained in the complaint?

20   A.    When I first -- he was in charge of the

21   mounted.  When I originally made my complaint, that

22   was to him verbally.  I told him I was having problems

23   and I briefly described some of my problems to him

24   over the phone.

57

1    Q.    And we'll get into this during the course of

2    the deposition.

3    A.    Okay.

4    Q.    Have you had any conversations with Captain

5    Setting regarding the matters contained in the

6    complaint since you initially made that complaint to

7    him?

8    A.    I do recall seeing him at headquarters when I

9    was working up in his district, and I remember the

10   conversations were I was puzzled as to why I was

11   transferred out.  I remember relating that to him.

12   Q.    Did he have a response to you regarding your

13   transfer?

14   A.    No.  Not that I recall he didn't.

15   Q.    Have you talked to him since that time?

16   A.    I remember seeing him here -- I'm sorry -- at

17   the new county police headquarters when I was up when

18   I had applied for another position, another position

19   within the department.  That was -- I think it was the

20   end of last summer.

21   Q.    And did you discuss the matters in the

22   complaint with him then?

23   A.    No.

24   Q.    Sergeant Daniel Yeager, he is no longer with

1    the county, is that correct?

2    A.    Yes.

3    Q.    And why is he listed here?

4    A.    He was present with Sergeant Gregory when the

5    Internal Affairs Division took my statement about the

6    complaint I made of Sergeant Hyden.

7    Q.    Aside from his involvement in the professional

8    standards investigation, have you ever had any other

9    conversation with him about the matters contained in

10   there?

11   A.    No.

12   Q.    The people who were listed in item 17 through

13   22, it says that they are either formerly or currently

14   employed with the mounted unit.  Those are William

15   Brown, David "Doc" Devine, Andrew Guyton, James

16   Hennessey, Darla Hoff, and Rosemarie Williams.

17             What would Officer Brown tell us about the

18   matters contained in the complaint?

19   A.    I can't speak for Officer Brown.

20   Q.    Have you had an opportunity to talk with

21   Officer Brown about your complaint against Sergeant

22   Hyden?

23   A.    We have spoke.

24   Q.    Has he ever shared his opinions regarding that

1   complaint or offered you any advice regarding that

2   complaint?

3   A.    No advice that I can recall.

4   Q.    What about, has he had any opinions on what you

5   had to say?

6   A.    If I can recall, I believe a while back he did.

7   His opinion was he felt that I didn't deserve to be

8   transferred out of the mounted unit.

9   Q.    Corporal Devine, where does he work now?

10  A.    He actual -- I works in the patrol division.

11  Q.    SPU?

12  A.    Yes.

13  Q.    Do you see him often down at SPU?

14  A.    Not that often.

15  Q.    Have you ever talked to Corporal Devine about

16  the matters contained in the complaint?

17  A.    Briefly.

18  Q.    And why would he be listed here aside from the

19  fact that you both worked in the mounted unit?

20  A.    Right.  He was in the mounted unit.  I'm sorry.

21  Park/mounted when I was there, and it's my belief that

22  he has some -- he could have witnessed some of the

23  treatment, I guess, things that were done and said by

24  Sergeant Hyden.

60

1    Q.    Have you ever discussed with him whether or not

2    he witnessed some of that alleged treatment?

3    A.    I don't think I did.

4    Q.    How long was he in the park/mounted unit?

5    A.    He was there before I came on board, so I'm not

6    exactly sure.

7    Q.    What were the circumstances leading to him not

8    being in the mounted unit, if you know?

9    A.    He was transferred out.  When I spoke -- I did

10   speak with him briefly, and it was his belief to me --

11   he related to me that he felt he was transferred out.

12   One of the primary reasons was because of a vacation

13   that he refused to withdraw.

14   Q.    Do you know the circumstances of that?

15   A.    I believe he had said that his wife had paid

16   for a very expensive -- I believe it was elk hunting

17   trip out west somewhere, and it was paid for.  And at

18   least a year in advance, if not more.  He said that it

19   happened to be on one of the -- part of the vacation

20   was during -- I believe it was a weekend where we had

21   an event in Carousel Park.  I think it was a Sleep

22   Under the Stars for the kids.

23           He said that the Sergeant Hyden wanted him

24   to withdraw his vacation to attend that function.  He

1   said -- I believe he had said, when he refused to do

2   so and explained the circumstances, she still wanted

3   him to withdraw the vacation.

4      Q.   What happened?

5      A.   With what?

6      Q.   Did he go on the vacation?

7      A.   Yes.  He went on the vacation.

8      Q.   So how was this whole incident related to his

9   transfer?

10     A.   How was he --

11     Q.   When I had asked you earlier why he was

12  transferred out, you said you felt he was transferred

13  out because of a vacation that he that refused to

14  withdraw.  I'm trying to --

15     A.   That was one of the things that was his -- I

16  guess I didn't speak with him at great length about

17  why he felt he was transferred.

18     Q.   Was this your opinion as to why he was

19  transferred?

20     A.   No.  He did verbalize that to me, yes.

21     Q.   Was he transferred because he didn't withdraw

22  his vacation.  Is that --

23     A.   You'd have to ask him that.  I don't know why

24  he was transferred.  His belief was -- in my opinion,

Jeffrey D. Hill - Sanfrancesco

62

1   was that was one of the primary reasons why he was

2   transferred.  I don't know if it is his opinion it was

3   the sole reason or not.

4      Q.    Do you have any knowledge as to Sergeant

5   Hyden's involvement in his transfer?

6      A.    I don't know.

7      Q.    Would there have been any other reasons, to

8   your knowledge, that Corporal Devine would have been

9   transferred from the park/mounted unit?

10     A.    I don't know.

11     Q.    Did you work with him while he was there?

12     A.    Not very often, no.

13     Q.    Did you ever work with him?

14     A.    I don't believe I ever actually went out on

15  patrol with him.  I may have when they were training

16  riders, but I don't recall going on patrol for any

17  period of time with him, no.

18     Q.    Did you have any knowledge of his work

19  performance or how others perceived his work

20  performance?

21     A.    I don't know how other people perceived his

22  work performance.

23     Q.    Have you ever had a conversation with anybody

24  about it?

63

1    A.   Possibly, but I'm not sure.

2    Q.   And could you describe his work performance at

3    all?

4    A.   I don't have direct knowledge of his work

5    performance.

6    Q.   Approximately how long was he in the unit prior

7    to his transfer?

8    A.   Like I said, he was in the parks unit prior to

9    me being transferred into the mounted unit.  He was in

10   the parks unit.  He was then at one point in time --

11   he and another officer were cross trained to also ride

12   the horses.  So I don't know what his length of time

13   was.  I don't know.

14   Q.   Officer Andy Guyton, what can he tell us about

15   the matters in the complaint?

16   A.   He's a member of the mounted unit, who has, my

17   belief, witnessed some of the actions taken by

18   Sergeant Hyden.

19   Q.   Did you ever discuss these alleged actions by

20   Sergeant Hyden with Officer Guyton?

21   A.   I believe I did, yes.

22   Q.   What types of things did you discuss with him?

23   A.   Exact detail, I don't know.  I don't recall.  I

24   remember saying I felt that some of her actions were

Jeffrey D. Hill - Sanfrancesco

64

1    wrong and unfair, but the exact body of the

2    conversations, I don't recall.

3        Q.    Did Officer Guyton have a response?

4        A.    I believe that he had told -- he had responded

5    with he at times had felt the same way.

6        Q.    What do you mean by "had felt the same way"?

7        A.    He didn't really elaborate.  He just felt that

8    sometimes that he was treated differently by Sergeant

9    Hyden as well.

10       Q.    Did he say how he was treated differently?

11       A.    I don't recall if he gave me examples or not.

12       Q.    What about Officer Hennessey?

13       A.    He was also a member of the mounted unit and

14   witnessed -- I believe he witnessed some of the

15   actions taken by Sergeant Hyden.

16       Q.    Again, did you ever have discussion with him

17   about some of these alleged actions that were taken by

18   Sergeant Hyden?

19       A.    Direct actions, no.  Briefly, yes.  Same thing

20   I told him that I felt, you know, that things -- I was

21   treated differently for reasons.

22       Q.    And did he agree with you?

23       A.    He didn't say anything.

24       Q.    He didn't offer an opinion one way or the

Jeffrey D. Hill   SanFrancesco

65

1    other?

2      A.    I don't recall him offering an opinion one way

3    or the other.

4      Q.    How long have you known Officer Hennessey?

5      A.    Probably about -- if I had to guess, maybe 14,

6    15 years.

7      Q.    Do you socialize or did you socialize with him

8    outside of the mounted unit while you were there?

9      A.    Yes.

10     Q.    What about Officer Guyton and Officer Brown?

11     A.    Officer Guyton, yes.  Officer Brown, I mean, we

12   had seen each other off duty, going on a ski trip

13   together.  I don't socialize with him that much.

14     Q.    Would you consider yourself to be friends with

15   Officer Guyton and Officer Hennessey?

16     A.    Yes.

17     Q.    Do you still talk to Officers Brown, Guyton or

18   Hennessey?

19     A.    Very rarely.

20     Q.    When was the last time you spoke to Officer

21   Brown?

22     A.    Actually he was working night shift.  I believe

23   it was a -- it was a few weeks ago, and he heard me on

24   the radio.  And he just called to say hi.  I said,

1    "Hey, how your doing?"  Just called -- it was a brief

2    conversation because I believe I was busy working.

3        Q.    What about Officer Guyton?

4        A.    Every now and then we touch base on the phone,

5    see what each other's doing, maybe get together.

6        Q.    When's the last time you got together with

7    Officer Guyton?

8        A.    I believe it's been a while.  Few times after

9    the transfer out of the mounted unit, but it's been a

10   long -- it was a while ago.

11       Q.    What did you do when you went out?

12       A.    We went out and had a drink.

13       Q.    How about Officer Hennessey, same with him or

14   no?

15       A.    I've -- we've talked a few times.  I have seen

16   him at different areas, but...

17       Q.    This is since the transfer?

18       A.    This is since the transfer, yes.

19       Q.    Actually, did you ever live with Officer

20   Hennessey?

21       A.    Yes.

22       Q.    When was that?

23       A.    Prior to him becoming a police officer, he was

24   working -- I believe he worked for Canada Dry, and he

67

```
 1   stayed in a townhouse I had in New Castle.  The years,

 2   like I said, it was before he was an officer, so it

 3   was a while ago.

 4     Q.   How long did you guys live together?

 5     A.   I don't recall.  Maybe a year.  Or so.

 6     Q.   Would you consider him somewhat of a close

 7   friend?

 8     A.   Yes.

 9     Q.   What about Corporal Hoff, did you consider her

10   a close friend?

11     A.   Yes and no.  Yes, I've known her for a long

12   time.  We haven't ever been real close personal

13   friends, no.

14     Q.   How would you describe your relationship with

15   her?

16     A.   I -- occasionally we cross our path at work.

17   That's about it.

18     Q.   Why is she listed here in terms of matters

19   contained in the complaint?

20     A.   She also has direct knowledge, in my opinion,

21   of the incidents that were occurring in the complaint

22   with Sergeant Hyden.

23     Q.   Can you tell me what type of knowledge or what

24   type of incidents she might have had knowledge about?
```

Jeffrey D. Hill - Sanfrancesco

68

1    A.    She was in the mounted unit when I was having

2    these problems.  So exactly what she's witness to,

3    you'd have to ask her, but I believe she's involved

4    with some of the incidents as well as witness the

5    incidents.

6    Q.    Do you believe that Officers Brown, Guyton, and

7    Hennessey, and Corporal Hoff would support the

8    allegations that are contained in the amended

9    complaint?

10    A.    I don't know.

11    Q.    Have you ever talked to them to find out

12    whether or not they agree with the allegations

13    contained in the complaint?

14    A.    I don't think I have.

15    Q.    What about Rosemarie Williams, was she there

16    while you were on the mounted unit?

17    A.    On two different occasions, yes.

18    Q.    What would she have to tell us?

19    A.    She was there when I first got transferred into

20    the mounted unit.  She was transferred out of the

21    mounted unit while I was there, then transferred back

22    in on the day that I was transferred out.

23    Q.    Were you ever transferred out of the mounted

24    unit prior to your transfer in March of 2006?

69

1    A.    I'm sorry.  Repeat that again.

2    Q.    Prior to your final transfer out of the mounted

3    unit in March of 2006?

4    A.    Right.

5    Q.    Were you ever transferred out of the mounted

6    unit for any reason, temporary or otherwise?

7    A.    Yes.

8    Q.    When was that?

9    A.    The summer after we graduated from mounted

10   training, I'm not -- the year, I guess it had to be

11   2000 -- summer of -- I believe it was 2001.

12   Q.    Where were you transferred?

13   A.    There was -- I was transferred as well as other

14   officers to patrol.

15   Q.    Do you know why?

16   A.    I believe the reason they said, because they

17   were very short-handed during the summer and they

18   needed officers to assist.

19   Q.    And how did you get transferred back into the

20   mounted unit?

21   A.    At the end of the summer.

22   Q.    Was it understood that at the end of the summer

23   you would go back to mounted?

24   A.    Yes.

1     Q.    In your amended Rule 26 disclosure you listed

2   Officer James Unger.  Why is he listed?

3     A.    He was present at the stables every so often.

4   He also would go on different assignments with us, I

5   guess you could say, to different parts for -- he

6   would travel with us at times, whether it be mounted

7   competitions -- I believe I recall him travelling with

8   us to Washington D.C. for a parade.

9     Q.    Was he part of the mounted unit or what?

10    A.    No.  He's not part of the mounted unit.

11    Q.    Is this sort of like the other officer we were

12  discussing that maybe was a former mounted officer

13  that would still come and help out?  I'm not sure --

14    A.    That as well as he had a relationship with

15  Corporal Hoff.

16    Q.    What type of relationship?

17    A.    Well, I don't know other than Corporal Hoff

18  would frequently refer to him as her man.

19    Q.    So they were dating?

20    A.    To my knowledge, yeah, right.

21    Q.    And would he have anything to tell us about

22  Corporal Hoff relative to the matters contained in the

23  complaint?

24    A.    He was present, like I said, at different -- he

1    was also at the 2005 competition.  So he was there as

2    well as other officers.

3        Q.   Did you ever discuss with him the events that

4    occurred at the 2005 competition?

5        A.   I don't -- I don't recall if I did or not.

6        Q.   Aside from the fact that he dated Corporal

7    Hoff, could he tell us anything else?

8        A.   I don't know.  You'd have to ask him that.

9        Q.   Sergeant Fred Calhoun, why is he listed?

10       A.   He is on the -- he, as well as Officer Unger

11   travelled with us to different events.  Same -- I'll

12   go over them again.  The competition, I know he was at

13   the 2005 competition.  I believe he travelled to D.C.

14   with us, those are two examples.  I believe he's also

15   on the union board which is where I was filing my

16   grievances.  So it is my belief and my understanding

17   he possibly had some say in whether -- on my grievance

18   process.  I don't know for sure.  But that would be my

19   opinion if he's on the union board.

20       Q.   Did you ever have any indication that he was

21   involved in your grievance process?

22       A.   He's on the union board, so it would be my

23   impression that he would have input.

24       Q.   Do you have any issue with Sergeant Calhoun's

Jeffrey D. Hill - Sanfrancesco

72

1    involvement in that process, any complaints about

2    Sergeant Calhoun's involvement in that process, if

3    any?

4       A.    Not to my knowledge.

5       Q.    What about Frank Cook?

6       A.    He also is on the union board, and he was also

7    present during a meeting I had with the union with

8    reference to -- I was attempting to retain counsel for

9    a -- for my step.  I believe it was 2 and 3.  I'm not

10   sure.  At least 3 hearing.

11      Q.    How was he involved?

12      A.    He's on the board that hears the request.

13      Q.    Did he make any decision with respect to your

14   request, or did the board?

15      A.    He made -- well, there was a decision made on

16   the board.  He also -- he pulled me aside and spoke to

17   me about it as well.

18      Q.    What did he say?

19      A.    He said that he felt that I needed to know that

20   my grievance was not a popular grievance.

21      Q.    How so?

22      A.    That's what I asked him.  He did not elaborate.

23   He just said, you need to know.  I asked him a second

24   time who was this not popular with.  And he just

73

1   smiled at me and said something to the effect that

2   it's not popular.  He didn't really elaborate.  He

3   just wanted to let me know that it was not a popular

4   grievance.  I said, "Are you talking about the staff

5   members, staff?"  He just kind of looked at me and

6   would not elaborate on who he felt it wasn't popular

7   with.

8      Q.   When you said staff member, did you have a

9   particular staff member in mind?

10     A.   No.

11     Q.   Did he have any conversations with you relative

12  to your efforts in filing the grievance?

13     A.   I'm sorry.  Repeat that.

14     Q.   Did he have any conversations with you relative

15  to your efforts in filing the grievance or securing

16  counsel or any other matters that the FOP would be

17  involved in?

18     A.   He did not -- to my knowledge, his position on

19  the union board, he didn't have any direct impact on

20  whether or not I filed.  He was on the board which

21  makes the decisions.  Some of those decisions were

22  made without me being present.  So I don't know what

23  his involvement was exactly.

24     Q.   Did you have any opinion as to Corporal Cook's

Jeffrey D. Hill - Sanfrancesco

74

1  involvement in this process, meaning, did you have any

2  disagreements or concerns or problems with his

3  involvement in the process?

4      A.    After his comment, I was hoping he had no input

5  because he made it clear to me that, in my opinion, he

6  did not -- he didn't think I should be making the

7  grievance when he made that comment about he felt it

8  wasn't popular.

9      Q.    Aside from that.

10     A.    Not to my knowledge.

11     Q.    What about Chris Shanahan?

12     A.    He is an officer to my knowledge that had a

13  direct conflict with Robert Merrill, Bob Merrill out

14  of Carousel Park.

15     Q.    What was the nature of that conflict?

16     A.    To my knowledge, he had some type of dispute at

17  a Sleep Under the Stars where Mr. Merrill ran over his

18  feet with a vehicle.

19     Q.    What does that have to do with any of the

20  matters contained in the complaint?

21     A.    Robert Merrill was present and also in charge

22  of the park for a good portion of the last year or so

23  when I was there.  So he as well could have -- like I

24  said, he, Bob Merrill was maybe -- possibly witnessed

Jeffrey D. Hill - Sanfrancesco

75

1   some of the actions taken by Sergeant Hyden.

2       Q.   Did he witness any actions that were taken by

3   you relative to your time on the mounted unit?

4       A.   Did who?

5       Q.   Bob Merrill.

6       A.   I'm sorry.  Repeat that question.

7       Q.   Did he ever have any chance to witness any

8   actions that were taken by you or any performance

9   issues by you relative to your time on the mounted

10  unit?

11      A.   My performance as an officer in the mounted

12  unit, like my work?  You're going to have to

13  elaborate.  I don't --

14      Q.   Did you ever have any interaction with Bob

15  Merrill while you were a member of the mounted unit?

16      A.   Yes.

17      Q.   What was the interaction?

18      A.   Saw him every day because he was in charge of

19  the park itself.

20      Q.   Did you ever have any disagreements with Bob

21  Merrill?

22      A.   Yes.

23      Q.   And can you explain the nature of that

24  disagreement?



Jeffrey D. Hill - Sanfrancesco

76

1    A.    It's my belief that he felt at one time --

2    well, he verbalized this to me one day that he felt I

3    was talking about him in the mounted office about an

4    issue with our -- something about our tack room.

5    Q.    When did this conversation take place or when

6    was it that you, I guess, made some --

7    A.    I don't know the exact month.  It was winter.

8    It was the winter right before I was transferred.

9    Q.    So was it 2006?

10    A.    I believe so.

11    Q.    Why don't you tell me what happened.

12    A.    Okay.  I had completed a day of working on

13    patrol, and I was back at the stables, doing duties

14    around the farm.  I recall I was in the -- I don't

15    want to say courtyard.  It's the like the public

16    courtyard out front.  And I noticed Bob walking very

17    quickly across the courtyard yelling in my direction,

18    something of the nature as "I want to talk to you

19    right now."  And I do -- I was taken off guard

20    because, when he approached me, I recall he was very

21    upset, angry.  His whole face was red.  And he started

22    blurting out, "I don't appreciate you talking about

23    me."

24    Q.    Now, at this point what was his title with

77

1   respect to Carousel?

2     A.    He is the park manager, I guess you would call

3   him.

4     Q.    Is he involved in any way with the executive

5   office?

6     A.    I believe he is connected with the executive

7   office, yes.

8     Q.    Do you know if he was executive assistant or

9   general manager at the time?

10    A.    I think I've heard him refer to hisself as

11  Mr. Coons' executive assistant, yes, something of that

12  nature.  Yes.

13    Q.    I'm sorry to interrupt you.

14    A.    That's okay.  Where was I?

15    Q.    You were talking about how he had come up to

16  you in the courtyard.

17    A.    Yes.  Initially I didn't -- when I saw him

18  coming at me, I didn't know why he was yelling.  As he

19  got closer, he said, "I understand you have a problem

20  with me."  And I remember saying something, what's

21  that?  And he said, "I heard you" -- something of the

22  nature "I heard you were talking about me this morning

23  and you were" -- I think he used fucking, saying, fuck

24  me and all that stuff and about him.

Jeffrey D. Hill - Sanfrancesco

78

1    Q.    He was saying that you were using that

2    language --

3    A.    Yes.  Yes.

4    Q.    -- regarding him?

5    A.    Regarding him.

6    Q.    And were you?

7    A.    I do not believe I directly said it about Bob

8    Merrill.  And that's when I started to understand the

9    conversation that he was referring to, and I assumed

10   that at that point in time he was talking about the

11   conversation that morning I was having in the office

12   with some other members of the mounted unit.  And it

13   was --

14   Q.    What was that?

15   A.    -- involving -- we have a fairly large room.

16   We call it the tack room where we keep all our

17   equipment.  When I say that, I mean tack equipment,

18   horse saddles, gear, pretty much everything that we

19   use within the mounted unit.  And as large as that

20   room is, we still barely fit everything in there.

21          And I believe Corporal Hoff had said --

22   when I came in that morning, I remember her -- I

23   believe something -- I believe it was her.  Something

24   about, can you believe Bob wants to take our tack room

1    and give us the closet next to the tack room, which

2    was converted from a bathroom to a storage room for

3    the civilian side.  I remember I was -- I remember I

4    was kind of like, wow, wow.  I knew there's no

5    possible way we could fit all our gear into that room.

6    And I believe I used a profanity.  Something along the

7    lines of "Fuck this.  Why would he do that."

8              And there have been other times that it

9    seemed to me as well as other members of the unit that

10   Bob was always trying to push the mounted unit around,

11   so...

12   Q.   Have there been other examples that you can

13   tell me about how he tried to do that?

14   A.   Yes.

15   Q.   All right.  After we're done --

16   A.   After we are done with this?

17   Q.   -- done with this story, we'll go back to this.

18   A.   So I assumed at that point in time that was the

19   conversation he -- I don't know if he felt he

20   overheard it.  He wasn't in the office, so I don't

21   recall what -- I asked -- I recall asking him, "Well,

22   what do you think I said?  I will tell you what I

23   said.  If you -- I stand by my decision."  He said,

24   "You know what you said."  And I had said, "Yeah, I

Jeffrey D. Hill - Sanfrancesco

80

1   do, Bob, and obviously it's different than what you're

2   believing."  And he then responded with, "You're not a

3   man.  Fuck you and the boat you rode in on."

4           At that time I kind of -- like I said,

5   he's -- he was in a position where I wasn't sure what

6   was going to happen next.  I was standing there in a

7   public area, full uniform, and I wasn't -- I was

8   threatened almost to the point where I felt -- I

9   didn't know if he was ready to tangle with me and

10  fight or what.  So I said, "Bob, I think we should end

11  this conversation.  I really do."  And I said, "I

12  don't appreciate the way you're talking to me.  We

13  should end this conversation."  He then said, "Well,

14  that's okay.  And you end it if you want."  Something

15  along the lines of "I've already made a complaint to

16  your captain."

17  Q.   So did you end the conversation on an amicable

18  note or no?

19  A.   Later we did because, when he said that, I

20  recall saying, "Well, that's fine, Bob, but next time

21  you think you hear something I said, why don't you

22  come to me first and we can probably clarify it"

23  because it was my opinion that he was believing I said

24  something other than what I said.  He believed I was

1    talking directly about him.  And I was talking

2    about -- it was my -- I was trying to relay

3    information.  I was talking about the circumstances of

4    the tack room.

5       Q.   Were you talking about a decision that he had

6    made or was going to make?

7       A.   I was talking about a decision he was going to

8    possibly make, yes.

9       Q.   By him?

10      A.   That was my impression.

11      Q.   Who was present when you were making these

12   comments?

13      A.   I believe it was Corporal Hoff and Officer

14   Brown.

15      Q.   After the conversation that you had with Bob

16   Merrill, did he, in fact, make a complaint to your

17   sergeant?

18      A.   I know he said he made a complaint to the

19   captain.  I don't know if he made one directly to the

20   sergeant or not.

21      Q.   Who was your captain at the time?

22      A.   That was -- I believe it was Hitch, Captain

23   Hitch.

24      Q.   At some point in your complaint process you had

Jeffrey D. Hill - Sanfrancesco

82

1    a meeting with Captain Hitch and Sergeant Hyden, is

2    that correct?

3    A.    Yes.

4    Q.    January 2006, somewhere around that time?

5    A.    Yes.

6    Q.    Was this after that meeting or before?

7    A.    I believe it was after.

8    Q.    Did Captain Hitch ever talk to you about the

9    incident with Bob Merrill?

10    A.    You know what?  I don't recall if he did.  I

11    know Sergeant Hyden did.

12    Q.    What happened as a result of Sergeant Hyden

13    talking to you about that?

14    A.    What do you mean what happened?

15    Q.    What did she say to you?

16    A.    She asked me to document what happened, and I'd

17    explained to her -- I believe I explained to her that

18    I was unsure because I felt -- because Bob Merrill had

19    come to me later that day and apologized, so I felt it

20    was -- I thought it was, like I said, squashed at that

21    time, so -- but I said, okay, and I believe I

22    verbalized it to her as well but I'm not 100 percent

23    sure.

24    Q.    What did he apologize to you for?

Jeffrey D. Hill - Sanfrancesco

83

1    A.    The use of his language towards me and the

2    way -- and I guess, I would assume the manner in which

3    he was confronting me and the language he used towards

4    me and the comments he was using.

5    Q.    When he used this language and these comments

6    was anybody else present?

7    A.    Not that I'm aware of, no.

8    Q.    What were some other examples of Bob Merrill

9    pushing the unit around that you referred to earlier?

10   A.    There was circumstances where I believe he was

11   always -- people were always -- and I believe even as

12   well as Sergeant Hyden, there was some friction

13   between her and Mr. Merrill just because it was -- he

14   was always -- seemed to be that he was always -- he

15   was trying to make decisions about the mounted unit

16   that weren't his place I guess would be a good way to

17   put it.

18              One particular incident he had with

19   another officer in the mounted unit was Officer

20   Guyton.

21   Q.    What happened?

22   A.    At that day I don't know where everybody was.

23   I know Sergeant Hyden was in meetings.  And I walked

24   into the office.  I heard some screaming and yelling.

Jeffrey D. Hill - Sanfrancesco

84

 1   I walked into the office.  And it's Bob Merrill

 2   yelling at Officer Guyton.  And I recall -- when I

 3   walked in, I was kind of taken aback.  I don't know

 4   what had happened.  And like I say, he was yelling and

 5   screaming.  I don't know exactly what he was yelling

 6   and screaming.  I don't recall.  He was yelling.  And

 7   as he exited the office I remember him saying, I need

 8   to talk to you.  I need -- I already called the

 9   colonel and I need to talk to Sergeant Hyden right now

10   and immediately, and you're in trouble and he was

11   just -- he was yelling all this at Officer Guyton.

12   And I was -- like I said, I walked in.  Very quickly I

13   said, "Andy, is everything all right?"  And he was

14   just -- I remember him saying to Bob, it's not -- I

15   don't know what you're saying.  Something along the

16   lines as, I don't -- if you weren't there, I don't

17   understand what the complaint is.  As Bob exited the

18   office yelling and screaming, real quick I said,

19   "Andy, what's going on?"  He said something about one

20   of the barn managers felt he was speeding into work in

21   his police car.

22            So I was aware that he had had a previous

23   problem with Officer Guyton about his horse almost

24   dying.  So, as Bob was walking across the courtyard, I

Jeffrey D. Hill - Sanfrancesco

85

1    went out and I said, I requested, I said, "Bob, come

2    back.  Let's talk about this.  What's going on?"  And

3    I intervened and asked him to come back to the office.

4    And I said, "What's -- let's try to iron this out.

5    What's going on?"  I only did that -- I just felt like

6    Andy, he doesn't -- he doesn't speak -- I doesn't talk

7    a whole lot about things.  As a senior member of the

8    unit, I thought I could be helpful without him trying

9    to drag Sergeant Hyden out of the meeting.

10             And the two of them talked.  And it seemed

11   like everything kind of calmed down.  And later that

12   day Bob had thanked me for intervening and trying to

13   assist in just something that he blew way, way out of

14   control.

15   Q.    When did this incident happen with him and

16   Andy?

17   A.    I don't know exactly when.  It was -- I don't

18   recall exactly when it happened.

19   Q.    Was it after the incident that you had with Bob

20   Merrill?

21   A.    No.

22   Q.    It was --

23   A.    I'm sorry.  It was prior to that.

24   Q.    Possibly 2005, if the thing that happened with

Jeffrey D. Hill - Sanfrancesco

86

1    you took place in, say, early 2006, would it be fair

2    to say it was sometime in 2005 or before that?

3    A.    Probably 2005.

4    Q.    Well, actually it would have had to have

5    happened in 2005, right, because his administration

6    didn't take office until 2005, right?

7    A.    Okay.  I think.

8    Q.    You've been here too.

9    A.    I think that's accurate, yes.

10   Q.    Mike Eckerd, what can he tell us, number 38?

11   A.    Okay.  Mike Eckerd is an officer who, as well

12   as Chris Shanahan had an incident with Bob Merrill.

13   Q.    What was Mike Eckerd's incident with Bob

14   Merrill?

15   A.    That was when I was still in the mounted unit,

16   and from my belief, it was a very similar incident to

17   Officer Shanahan where Mike Eckerd was working an

18   extra duty job for a Sleep Under the Stars, and if I

19   recall, one of the entrances to the park was blocked

20   off with cones and flares to funnel everybody coming

21   to the park through a certain entrance.  And I believe

22   Mike was working that gate when Bob Merrill in his

23   vehicle ran over all the cones and flares or something

24   of that nature and sort of stormed the entrance.  When

Jeffrey D. Hill - SanFrancesco

87

1    Mike stopped him, I guess very verbally -- "What are

2    you doing?  You're running over everything."  And if I

3    recall correctly, his response -- Bob's response was

4    something of the nature that "This is my park.  I'll

5    do what I want."

6    Q.    And do you recall the time period when this

7    happened?

8    A.    It was a Sleep Under the Stars, so it had to be

9    either fall or spring Sleep Under the Stars I would

10   assume.  I would guess maybe 2005.

11   Q.    Aside from all the people that we just

12   discussed and aside from your family possibly, are

13   there any other people who would have knowledge of the

14   matters contained of in the complaint?

15   A.    Not that I can recall.

16   Q.    Did you ever discuss the allegations that were

17   contained in the complaint with your co-workers,

18   either while you were on the mounted unit or while you

19   were at SPU during working hours?

20   A.    There were times when people would ask me what

21   happened quite frequently.  A lot of people would ask

22   me what happened, and I would give them my opinion.  I

23   wouldn't go into a dissertation on every detail of

24   every thing.  And my opinion was what my opinion was.

Jeffrey D. Hill - Sanfrancesco

88

1    Q.    Was that the only time you discussed it when

2    someone asked you a question of what happened or did

3    you ever initiate a conversation about matters

4    contained in the complaint?

5    A.    I don't recall if I initiated them or people

6    asked.

7    Q.    Earlier I had asked you, you know, when you

8    thought your problems, your issues with Sergeant Hyder

9    started, and I believe you said it was at the end of

10   2004, is that correct?

11   A.    That's the first incident that I can recall

12   where we had a -- I guess you could call it a fairly

13   major conflict.

14   Q.    What was that?  What happened back then?

15   A.    On the day that we are talking about -- I don't

16   know exactly what day -- Sergeant Hyden was on

17   vacation.

18   Q.    Can you give me an approximate time period in

19   2004 that this was?

20            MR. MARTIN:  Off the record.

21            (Discussion off the record.)

22   BY MS. SANFRANCESCO:

23   Q.    December 2004?

24   A.    December 2004, yes.

Jeffrey D. Hill - Sanfrancesco

89

1    Q.    Sergeant Hyden was on vacation and what

2    happened?

3    A.    I was the acting supervisor that day.

4    Q.    Sergeant Hyden asked you to be acting

5    supervisor?

6    A.    I believe so.

7    Q.    Okay.

8    A.    I recall we were getting ready to -- we were

9    preparing to go out on patrol.  And I believe it was

10    Officer Brown told me that I -- I think he said he had

11    a -- he just got off the phone with Conrad.  I believe

12    his last name is DeMatteas and I don't know how to

13    spell it.  He works as our, I guess, our liaison

14    between the motor garage area and works with our

15    vehicles, coordinates things with the vehicles

16    themselves.

17              He had -- Officer Brown had told me

18    that -- you know, I don't recall if he spoke with

19    Conrad or I did.  I believe it was just Bill that

20    spoke with -- I'm sorry -- Officer Brown that spoke

21    with Conrad that two vehicles -- two vehicle's radar

22    units were scheduled for calibration that morning at

23    the Duncan Road office and that those two radar units

24    happened to be his, Officer Brown's, and mine.

Jeffrey D. Hill - Sanfrancesco

90

1    Q.    These were, you said, vehicle radar units,

2    correct?

3    A.    It's the -- yeah -- radar units that are in the

4    vehicles.  Each officer is assigned a vehicle so

5    you're also -- that radar unit is assigned to you.

6    Q.    Okay.

7    A.    And --

8    Q.    Now, before you continue, prior to receiving

9    this call from Conrad, what was the mounted unit's

10    assignment for that day?

11    A.    We called it the DOR area.

12    Q.    What does DOR stand for?

13    A.    I believe it stand for Dunleaf, Overview

14    Gardens, Rose Gate, that whole area in the northern

15    Route 9 area of New Castle County.

16    Q.    And how did the mounted unit get to being

17    assigned to this area?

18    A.    I believe the colonel had asked the sergeant,

19    Sergeant Hyden, for us to target that area.

20    Q.    How long was this to be your assignment, the

21    mounted unit?

22    A.    I don't remember.

23    Q.    Do you recall whether or not it was the type of

24    assignment that you were there until further notice or

Jeffrey D. Hill - Sanfrancesco

91

1    maybe for two days you're going to be in this

2    particular area?

3      A.    Like I said, I know we were assigned to patrol

4    that area that day.  I don't recall the length of time

5    we were going to be there.

6      Q.    And so what happened as a result of Officer

7    Brown getting that call?

8      A.    Well, being the acting supervisor, he told me

9    about it.  And I recall going -- immediately going

10   to the -- we have a desk calendar in the office, and

11   everything that we do, every parade we're scheduled

12   for, every event we're schedule for, every event we

13   are scheduled for is written on that calendar.  So I

14   recall looking at the calendar and I saw nothing of

15   the -- nothing about the radar being calibrated, and I

16   recall asking Bill, do you know how we were -- what

17   was the circumstances because he had spoke with

18   Conrad.  And I believe Bill, Officer Brown had stated

19   that Conrad said he'd made -- he made the appointment

20   through Officer Hennessey.

21     Q.    Did Conrad say when that was?

22     A.    Yeah.  I don't believe I spoke with Conrad.

23     Q.    I'm sorry.  Did Officer Brown ever tell you?

24     A.    Just that it was previously scheduled.

Jeffrey D. Hill - Sanfrancesco

92

1    Q.    Did that appointment -- was it reflected on the

2    calendar?

3    A.    It was not on the calendar.

4    Q.    So what happened?

5    A.    Well, knowing that each radar unit is

6    calibrated once a year in the company outside of the

7    state, and I've been through it before, I decided

8    that -- what I did was I decided me and Bill -- being

9    that Duncan Road was on our way to the assignment and

10   not far from the stables, I directed everybody else

11   other than myself and Officer Brown to the DOR area

12   for patrol duties.

13   Q.    Who else was working that day?

14   A.    I don't recall.  I know Corporal Hoff, Officer

15   Brown.  I don't believe Officer Hennessey was or I --

16   my belief is I probably would have asked him if he

17   knew about that -- if he remembered scheduling that

18   with Conrad.  So I don't recall who else was out

19   there.

20   Q.    Do you remember if Officer Guyton was there?

21   A.    Possibly.

22   Q.    So you were on your way to the assignment and

23   you just stated that Duncan Road was on the way.

24   A.    I made a decision.  I told everybody else in

Jeffrey D. Hill - Sanfrancesco

93

1  the unit to respond out there and begin the patrol

2  duties and that, as soon as myself and Officer Brown

3  completed the vehicle calibration, we would meet up

4  with them over there.  And just from past knowledge of

5  doing the vehicle calibrations, I knew it took

6  approximately usually anywhere between an hour or two.

7      Q.   Had Sergeant Hyden left you any instructions

8  for that day?

9      A.   To patrol the DOR area.

10     Q.   Did you leave the mounted unit and then go to

11  Duncan Road to get the units calibrated?

12     A.   Yes.  Me and Officer Brown did.

13     Q.   What time did you leave?

14     A.   I don't recall.  It was in the morning.

15  Somewhere after eight o'clock, usually when we report

16  to the office.  I don't recall the exact time we were

17  there.

18     Q.   Did the rest of the mounted unit report to the

19  DOR air at the same time that you left, or beforehand?

20     A.   I don't recall if exactly it was before or

21  after.  It was probably around the same time.  I don't

22  recall.

23     Q.   Was it your understanding that, while you were

24  getting the radar units calibrated, that the rest of

Jeffrey D. Hill - Sanfrancesco

94

1    unit was at the DOR area?

2    A.   Yes.

3    Q.   How long were you at the garage at Duncan Road?

4    A.   I believe -- I believe it was approximately an

5    hour and a half or so.

6    Q.   Did you get the units calibrated?

7    A.   Yes.

8    Q.   What did you do after you got the units

9    calibrated?

10   A.   Responded over to the DOR area.

11   Q.   Did you go straight to the DOR area from the

12   garage?

13   A.   Actually it was from Duncan Road, the Duncan

14   Road office, but I believe we did.

15   Q.   Could you have calibrated these radar units at

16   another time?

17   A.   It is my belief that, no.  They were scheduled

18   from this company, and it was my belief that they

19   needed -- it was previously scheduled, and my fear was

20   that if I -- if we rescheduled, then the certificate

21   may lapse and then any possible testifying in court on

22   any ticket you may have given via the radar would be

23   inadmissible.  So I felt it was very important.

24   Q.   Now, these were the radar units in your vehicle

Jeffrey D. Hill - Sanfrancesco

95

1    and Officer Brown's vehicle, correct?

2      A.    I'm pretty sure, yeah.

3      Q.    And how often did you and Officer Brown run

4    radar from your vehicles?

5      A.    I don't recall how often we did that.

6      Q.    Do you have any knowledge of records that might

7    be kept regarding how often you did that?

8      A.    Repeat that question.

9      Q.    Are there any records indicating when you would

10   have used your radar system in the car?

11     A.    Possibly.

12     Q.    Do you know where those records are?

13     A.    Do I know where they are?

14     Q.    What they are called or where they are at?

15     A.    They would be, I assume, radar logs.

16     Q.    While you are on the mounted patrol unit, did

17   you run radar frequently from your vehicle?

18     A.    No.  Not frequently.

19     Q.    When you said the certificates would lapse,

20   what does that mean?

21     A.    Okay.  I know that the certificates are good

22   for a year.  I don't know the exact dates.  I didn't

23   look at the exact radar logs and say, "This is the

24   date that they expired," but my impression is, if they

96

1   expire, that any ticket you may give with that radar

2   unit would possibly be inadmissible if the radar units

3   are not calibrated and those certificates are not kept

4   up-to-date.  It is my impression that that's why they

5   schedule it a certain time.

6     Q.   So after you were at Duncan Road, you responded

7   to the DOR area where everybody else was, is that

8   correct?

9     A.   Yes.

10     Q.   What happened upon getting to the DOR area?

11     A.   I recall being immediately contacted by

12   Corporal Hoff.

13     Q.   What did she say?

14     A.   That Sergeant Hyden wanted to speak with me

15   immediately, that I needed to call her at home.

16     Q.   Did she say why?

17     A.   I don't recall if she said why.

18     Q.   Did you call Sergeant Hyden at home?

19     A.   Yes.

20     Q.   The complaint says that upon information and

21   belief Sergeant Hyden asked Corporal Hoff to call her.

22   Is that your belief?

23     A.   Being that Corporal Hoff is the one that

24   confronted me and told me that Sergeant Hyden wanted

97

1   me to contact her at home, it's my belief that -- yes.

2   Q.   Did you ever find out one way or the other

3   whether that actually occurred?

4   A.   I don't think I did.

5   Q.   Then what happened?

6   A.   I contacted Sergeant Hyden at home by

7   telephone.

8   Q.   What did she say?

9   A.   She explained how I -- her displeasure at the

10  fact I had the radar units calibrated and that I

11  was -- had a whole unit -- something along the lines

12  of her displeasure about that.  We were assigned to

13  the DOR area.  Why did I have the whole unit doing

14  vehicle calibrations.  And I explained that it wasn't

15  the whole unit doing vehicle calibrations.  It was

16  only two units that were due for calibration, myself

17  and Officer Brown.

18          The conversation from Sergeant Hyden to

19  myself, in my opinion, got a little heated.  Raising

20  her voice, yelling on the phone.  I was just trying to

21  explain to her that it was my belief that these

22  units -- it was very important and that's why we did

23  it, but that the other units had responded out to the

24  patrol area.

Jeffrey D. Hill - Sanfrancesco

98

1    Q.    Why did you think Sergeant Hyden was upset?

2    A.    I could not immediately understand why because,

3    as well as the unit being in the DOR area, this was

4    another function that, in my opinion, needed to occur.

5    It was previously scheduled.  So there was some

6    confusion on my part as to why she was so angry about

7    the vehicles going to be calibrated by me and Officer

8    Brown.

9    Q.    You had stated earlier that Colonel McAllister

10   had assigned the mounted patrol to the DOR area, is

11   that correct?

12   A.    That's correct.

13   Q.    And do you have an understanding as to why he

14   wanted the mounted patrol unit at the DOR area?

15   A.    Repeat that again.

16   Q.    Do you have an understanding as to why Colonel

17   McAllister wanted the mounted patrol unit at the DOR

18   area?

19   A.    I would assume it was a high crime area.  They

20   wanted it patrolled.

21   Q.    So was there anything else said during your

22   conversation with Sergeant Hyden on the telephone?

23   A.    There was a lot said from her towards me, just

24   explaining her displeasure and felt that I had done

Jeffrey D. Hill - Sanfrancesco

99

1    the wrong thing.  And like I said, I explained on a

2    couple of occasions, I believe, during that

3    conversation that the unit was there.  We're there

4    now.  That the conversation on the phone -- the longer

5    we were on the phone discussing it, took away from our

6    time getting out there.  And I was confused on why she

7    was so, in my opinion, so angry about it, that

8    decision I had made.

9    Q.    Do you recall at what time this conversation

10   took place?

11   A.    It was I think it was late morning, but exact

12   time I don't know.

13   Q.    Do you recall if you and Officer Brown had gone

14   to lunch by that time?

15   A.    I don't recall.

16   Q.    Do you recall if you and Officer Brown had gone

17   to lunch before you responded to the DOR area?

18   A.    I don't -- I don't recall.

19   Q.    How did you leave the conversation with

20   Sergeant Hyden?

21   A.    I don't recall how it ended, just that she had

22   explained it and her displeasure and that was it.

23   Q.    Did she give you any other directions prior to

24   the end of the conversation?

Jeffrey D. Hill - Sanfrancesco

100

1    A.    I don't recall if she did.

2              MR. MARTIN:   Is this a good time to break

3    for lunch?

4              MS. SANFRANCESCO:   I am almost done.

5    Probably have a few more questions.   Then maybe after

6    this topic we can break.   Is that good?

7              MR. MARTIN:   If that's okay with the

8    witness?   Are you okay?

9              THE WITNESS:   That's fine.

10              MR. MARTIN:   I'm sorry.   I thought you had

11    finished with that incident.

12              MS. SANFRANCESCO:   No.   I'm sorry.

13    BY MS. SANFRANCESCO:

14    Q.    Did Sergeant Hyden give you any instructions

15    about meeting with the unit that day?

16    A.    If I recall, when we got back to the stables, I

17    don't recall if it was me or somebody else who

18    answered the phone.   I'm not exactly sure.   But being

19    that she wanted the unit to stay until she came in off

20    vacation to talk to us.

21    Q.    She had a vacation day, but do you know where

22    she was?

23    A.    My understanding was she was at home, but I

24    can't say for sure.

Jeffrey D. Hill - Sanfrancesco

101

1    Q.    Who did she ask to have the unit wait for her

2   at the end of day?  Who did she tell you that to?

3    A.    I don't recall.

4    Q.    I'm asking because paragraph 24 of the amended

5   complaints states that "following her call to Sergeant

6   Hyden, Corporal Hoff approached Corporal Hill and told

7   him that Sergeant Hyden wanted him to telephone her at

8   home immediately.  During this conversation Sergeant

9   Hyden expressed her anger and displeasure with

10  Corporal Hill's decision to have the radar units

11  calibrated, At times raising her voice.  She

12  instructed Corporal Hill to hold the entire unit over

13  after hours for a meeting with her.  Does this refresh

14  your recollection at all?

15   A.    Repeat the last --

16          MR. MARTIN:  May he actually read it?

17   Q.    Yes.  It's paragraph 24, the last sentence.

18          MR. MARTIN:  Take your time.

19   A.    Okay.

20   Q.    Do you recall Sergeant Hyden asking you --

21   A.    I believe it was me.  To my best recollection

22  it was me on the phone, but I can't be 100 percent

23  sure.

24   Q.    Do you recall the unit meeting at the end of

Jeffrey D. Hill - Sanfrancesco

102

1   the day and Sergeant Hyden coming in?

2   A.   I recall us waiting for Sergeant Hyden to get

3   there, yes.

4   Q.   Where did you meet?

5   A.   It was in the mounted office, Carousel Park.

6   Q.   Do you recall who you were waiting with or who

7   was there during the meeting?

8   A.   Everybody else in the mounted unit.

9   Q.   That worked that day?

10   A.   I believe so.

11   Q.   What did Sergeant Hyden say when she got there?

12   A.   She expressed her displeasure at the fact that

13   we were not in the DOR area like previously

14   instructed.  Now, while she was stating these facts,

15   everybody was, like I said, from that day, I believe,

16   was in the office.  The majority of her displeasure,

17   in my opinion, was focussed on me because I was the

18   one who the eye contact was on, in my opinion the eye

19   contact was on most of the time.  So I mean, I

20   understood that it was a fact that me and Officer

21   Brown had done this, but my feeling was at that time

22   that it was directed at myself.

23   Q.   What about Officer Brown, did you feel that she

24   directed any of that at Officer Brown?

Jeffrey D. Hill - Sanfrancesco

103

1    A.    There was a point where Officer Brown -- I

2    recall him speaking up and saying he felt something

3    along the lines of he didn't understand because he

4    thought we had to get that done.  But the majority of

5    it, I felt, was directed at myself.

6    Q.    Was any of it directed at the rest of the unit?

7    A.    When it was relayed, it was relayed in a manner

8    of which, in my opinion, it was a unit.  I want the

9    unit there, the unit that, but it was my opinion that

10   it was directed more so at myself.

11   Q.    If you could take a look at paragraph 28 of the

12   amended complaint and just read through that

13   paragraph.

14   A.    Mm-hmm.

15   Q.    That states that "Sergeant Hyden held a private

16   meeting with Corporal Hill, again, reprimanding him

17   for going forward with the calibrations."

18   A.    Okay.

19   Q.    Who initiated this private meeting?

20   A.    I believe I initiated the meeting and asked if

21   I could speak with her after the unit had left.

22   Q.    And how long did that meeting last?

23   A.    I don't recall.  Maybe approximately 15

24   minutes.  I don't recall exactly how long.

Jeffrey D. Hill - Sanfrancesco

104

1    Q.    What was your intention on initiating that

2    private meeting?

3    A.    I had felt that, like I said earlier, that her

4    complaint was primarily directed at me and that I was

5    trying to get clarification on that, if that was her

6    intent then.    I made that decision.    I felt it was the

7    right decision to make.    And I stand by that decision.

8    So that -- I was trying to understand that.

9    Q.    What did she say?

10    A.    I recall her repeating that the whole unit was

11    supposed to be in the DOR area.    I don't recall

12    getting any clarification on my comments.    So it was

13    kind of a general "I want the unit in the DOR area.

14    The unit should have been in the OR area."    And the

15    conversation that I wanted to have, I didn't get

16    any -- I didn't get the clarification that I thought I

17    would get.    So I just wanted to make it clear that I

18    felt it was the right decision to make.

19    Q.    And paragraph 29 of the complaint says, "Upon

20    information and belief, Sergeant Hyden's anger over

21    this very minor issue is attributable to her feeling

22    threatened by a male performing her job."

23         Is this your opinion?

24    A.    Yes.



Jeffrey D. Hill - Sanfrancesco

105

1   Q.   Can you explain what that means?

2   A.   Exactly what it says.  I just feel that she

3   took exception to more -- I felt that she exaggerated

4   the issue more than needed to be.  I felt it was a

5   very minor issue, the fact that we did this.  I felt

6   it was a right decision to make.  And I felt that, if

7   it would have been someone other than myself who was a

8   male officer, that she would have possibly handled the

9   incident a lot differently.

10   Q.   If this was Officer Hennessey, do you think she

11   would have handled the incident differently?

12   A.   I don't know.

13   Q.   Well, Officer Hennessey is a male such as

14   yourself, correct?

15   A.   Correct.

16   Q.   Do you think she would have handled it

17   differently if it was Corporal Hoff or any other

18   female?

19   A.   Possibly.

20   Q.   But it's your belief that she felt threatened

21   by a male performing her job.  Can you elaborate on

22   that, or no?

23   A.   Once again, like I just explained, I felt that

24   the fact that I made this decision -- it was a