*Jeffrey D. Hill v. New Castle County, et al.*
C. A. No. 07-228 (GMS)
Plaintiff's Answering Brief In Opposition Of Defendants' Motion For Summary Judgment

# APPENDIX A
# PART 3

Jeffrey D. Hill - Sanfrancesco

106

1    decision that was made out of the realm of exactly

2    what was done, but during -- as in this capacity of

3    this job, sometimes you have to improvise, and there's

4    certain things that have to be done outside the scope

5    of -- there's priority issues and thing.  That's the

6    nature of this job.  Things change from time to time.

7    And they change on a drop of a hat.  Like I said, I --

8    in my opinion, a very minor issue that was blown out

9    of proportion by Sergeant Hyden, and I felt it was

10   done also because I am a male performing her job.

11       Q.   And so just to clarify, you think that, if it

12   was a female, her reaction would have been different?

13       A.   Possibly.

14       Q.   Possibly.  Do you think if it was Officer

15   Guyton that her reaction would have been different?

16       A.   Possibly.

17            MS. SANFRANCESCO:   I think now is a good

18   place to stop.

19            (Discussion off the record.)

20            (Luncheon recess taken.)

21   BY MS. SANFRANCESCO:

22       Q.   You know you're still under oath right?

23       A.   Yes.

24       Q.   When you eventually responded to the DOR area

107

1   from Duncan Road were you on horseback or in your car?

2       A.   If I remember correctly, I believe we were in

3   cars.  We went over there and they took our horses

4   over there, if I remember correctly.  I'm trying to

5   remember exactly.  But I think they took me and

6   Brown's horse over there.  I'm not 100 percent sure.

7   We went over in cars because the units are actually

8   mounted -- the radar units are actually mounted inside

9   the cars.  So they stay with that particular vehicle.

10  So we did go from the -- in the vehicles from there to

11  the DOR.

12      Q.   So you don't have any recollection of going

13  back to Carousel to get your horses; you think they

14  already brought them there for you, if you remember?

15      A.   Yeah.  I don't remember.

16      Q.   When I had asked you before about your problems

17  with Sergeant Hyden, when they started, you indicated

18  that was back in December of 2004, and in the

19  complaint it references the fact that you hadn't had

20  any problems with your performance evaluations until

21  December of 2004.  Is that your opinion that you

22  hadn't had any problems with performance evaluations

23  until December of 2004?

24      A.   Are we talking about as capacity of a mounted

Jeffrey D. Hill - Sanfrancesco

108

1    officer, or are you talking about -- is that what

2    you're talking about?

3        Q.    No.   In any capacity as a county police

4    officer?

5        A.    I don't recall every evaluation over the last

6    15 to 16 years.   There may have been some issues

7    within the -- within the actual evaluation, but they

8    were all satisfactory or above.   I guess there's

9    categories which any evaluation -- which I'm sure

10   you've looked at, but at the end there is -- either

11   it's unsatisfactory or it's satisfactory there's got

12   to be a conclusion to each of those.   And they were

13   satisfactory or above.   I don't recall every

14   evaluation I've ever had, though.

15       Q.    Do you recall what any issues with prior

16   performance evaluations might have been?

17       A.    No.

18       Q.    Is it your opinion that Sergeant Hyden doesn't

19   like you?

20       A.    It was my opinion, yes.

21       Q.    What is that based on?

22       A.    It was based on the things that I've listed as

23   well as things I've witnessed.

24       Q.    The things that you've listed, you mean what's

Jeffrey D. Hill - Sanfrancesco

109

1  contained in the complaint?

2    A.    In the complaint, right.

3    Q.    And we'll go into those in more detail.

4    A.    Okay.

5    Q.    Explain your relationship with Sergeant Hyden

6  from the time -- because you were already in the

7  mounted unit by the time she got there, right?

8    A.    Yes.

9    Q.    So explain your relationship with her from the

10  time you got there to the time that you were

11  transferred from the mounted unit?

12    A.    I'm sorry.  Explain what?

13    Q.    Your relationship with her.  How would you

14  describe your relationship with her when she first got

15  there?

16    A.    I don't recall having any problems when she

17  first got there.  The first -- like I said, the first

18  issue I can reflect back on is the December 2004

19  issue, and in my opinion, from then on, it went -- it

20  gradually went downhill.

21    Q.    Did you talk to her on a daily basis prior to

22  that time, prior to December 2004?

23    A.    I would -- probably.

24    Q.    Did you have a good working relationship with

Jeffrey D. Hill - Sanfrancesco

110

1   her?

2   A.   I don't recall having a bad one.  So, yes,

3   prior to that date I would say I had a working

4   relationship with her, yes.

5   Q.   Did you ever joke around with her?

6   A.   I don't recall if I ever really had any joking

7   conversation with her at all.

8   Q.   Are you the type of person that does joke

9   around, or no?

10   A.   Sometimes.

11   Q.   Is that sort of the atmosphere of the unit?  Is

12   it the type of unit that does joke around with each

13   other or not?

14   A.   At times.

15   Q.   And when does that happen?

16   A.   When, what time of the day?

17   Q.   Like give me some examples of how that

18   occurred?

19   A.   Somebody might say something in a joking

20   fashion, and you know, I can't reflect on every issue.

21   Q.   While you were working together during the day,

22   in the stables, I mean --

23   A.   Both.

24   Q.   What about during role call?

111

1     A.    I'm sure there has been joking circumstances,

2   yes, but I can't reflect on any one.

3     Q.    When you're out on the street with someone, do

4   you typically pair up when you go out?

5     A.    At least in a pair, yes.

6     Q.    And do you talk to the person, do you joke

7   around with that person during the day when you're out

8   with them?

9     A.    Sometimes.

10    Q.    Did you ever work for a female supervisor prior

11   to Sergeant Hyden?

12    A.    Yes.

13    Q.    Who was that?

14    A.    The only female supervisor I can directly

15   remember working for was Sergeant Riddell.

16    Q.    Do you remember when that was?

17    A.    It was in Southern Patrol. It was before the

18   mounted. I don't remember what year. At least a

19   couple years or so before I went into mounted.

20    Q.    Can you spell Sergeant Riddell's last name?

21    A.    I believe it's R-i-d-d-e-l-l.

22    Q.    So it was only one female supervisor prior to

23   Sergeant Hyden?

24    A.    As a direct supervisor, yes. I mean, there's

Jeffrey D. Hill - Sanfrancesco

112

1   been females within the chain of command, but as a

2   direct supervisor, she's the only one I can recall

3   working for.

4      Q.    Explain the relationship between Sergeant Hyden

5   and Corporal Hoff when you were in the unit, the

6   mounted patrol unit.

7      A.    They appeared to be very friendly with each

8   other.

9      Q.    Did Sergeant Hyden appear to be friendlier with

10  Corporal Hoff as opposed to any other member of the

11  mounted patrol unit?

12     A.    Yes.

13     Q.    How so?

14     A.    Just -- it appeared to be just the -- some of

15  the stuff that was -- I want to say some of the

16  assignments, maybe they were offered or some of the --

17  just seemed like the communication was better with her

18  than with other officers.

19     Q.    When you talk about some of the assignments

20  that were offered, can you give me an example?

21     A.    Assignments of -- like I said, when I say

22  assignments is a very broad thing.  It might have been

23  whether or not she worked, what she was working, where

24  she was working the assignment, whether or not she was

Jeffrey D. Hill - Sanfrancesco

113

1  afforded to come in on the weekends maybe and do some

2  extra stuff for either pay or comp time.

3     Q.    When you say whether or not she was afforded to

4  come in on the weekend?

5     A.    Right.   Right.

6     Q.    Did Sergeant Hyden not offer other people in

7  the unit chances to come in on the weekend or chances

8  for comp time?

9     A.    At times, yes.   The way I recall finding out

10  was usually Corporal Hoff will -- for example, might

11  come in on a Monday.   Kind of in a sort of way

12  bragging about she was able to do this, she was able

13  to do this on the weekend, and she got called in to

14  maybe take care of something at the stables, something

15  of that nature.

16     Q.    Were you available for work on the weekends?

17     A.    At times, yes.

18     Q.    So would there have been times when Corporal

19  Hoff would have been available and you wouldn't have

20  been available?

21     A.    I don't know that.   I don't know her schedule

22  when she's off.

23     Q.    So is it possible, then, since you don't know?

24     A.    I guess it's possible.

Jeffrey D. Hill - Sanfrancesco

114

1    Q.   Do you feel that Sergeant Hyden gave other

2  members of the mounted unit different opportunities

3  than she gave to you aside from Corporal Hoff?

4    A.   Possibly, but none that I recall at this time.

5    Q.   Have you ever been disrespectful to Sergeant

6  Hyden?

7    A.   To my knowledge, no.

8    Q.   Have you ever said anything, negative things

9  about her to others in the unit?

10    A.   Explain that again.

11    Q.   Have you never made any negative comments about

12  Sergeant Hyden to other people in the unit?

13    A.   About some of the things I disagreed with

14  possibly, yes.

15    Q.   Can you think of any now?

16    A.   I remember disagreeing with the idea of having

17  a contest of about who could produce the most

18  statistics, traffic tickets and things of that nature.

19    Q.   Why don't you tell me about that contest?

20    A.   Well, I recall that there was a contest,

21  Sergeant Hyden said there was going to be -- well,

22  call it a contest.  Whoever produced the most

23  statistics over a certain period of time -- and I

24  don't recall the exact period of time.

W&F
WILCOX & FETZER LTD.
Registered Professional Reporters

Jeffrey D. Hill - Sanfrancesco

115

1    Q.    You don't remember when the contest took place?

2    A.    Not off the top of my head.  And I remember --

3    and I don't remember exactly who -- couple officers

4    also saying that they felt that it was such a small

5    unit that that was probably a bad idea.  It was going

6    to cause some friction between the officers.

7    Q.    You don't know who said that?

8    A.    I don't remember who said that.

9    Q.    Okay.

10   A.    And I don't recall the time frame exactly, but

11   it encompassed a period where Corporal Hoff had spent

12   quite a bit of time patrolling in her vehicle, which I

13   remember -- and like I say I don't remember the exact

14   officers feeling that it was a lot easier -- and it --

15   in my opinion, as a mounted officer, it is a lot

16   easier to generate things of that nature from a

17   vehicle versus being on a horse.

18   Q.    To generate?

19   A.    Traffic tickets, things of that nature.

20   Q.    Did traffic tickets make up part of the

21   contest?  I mean, exactly what was the contest?

22   A.    It was who could have the most contacts.  When

23   you're talking about that, tickets are part of that,

24   yes.

Jeffrey D. Hill - Sanfrancesco

116

1    Q.    What else make up contacts besides traffic

2    tickets?

3    A.    Written warnings, written crime prevention

4    checks, arrests.

5    Q.    And you do all those things from horseback?

6    A.    You can, yes.

7    Q.    Have you done any of those from horseback?

8    A.    Yes.

9    Q.    What was the prize for the contest?

10    A.    If I recall, it was either one or two comp days

11    or a week's worth of free lunches, something of that

12    magnitude.

13    Q.    So what is your, I guess, concern about this

14    contest relative to the relationship between Sergeant

15    Hyden and Corporal Hoff?

16    A.    Well, it reflected back on a time period where

17    it was almost an immediate -- like it went back in

18    time a little bit. We're going to have a contest not

19    from this date forward. There was some time behind.

20    And it was time when Corporal Hoff had spent a lot of

21    that time working in her vehicle because of -- I

22    believe because of an injury she sustained. And I

23    recall officers in the unit having some comments about

24    that, and that I believe Officer Hennessey was upset

**W&F**

WILCOX & FETZER LTD.
Registered Professional Reporters

Jeffrey D. Hill - Sanfrancesco

117

1    more than -- I don't want to say more than most, but

2    as much as most, if not more, because, I guess, he

3    would have been close to her in statistics.  I just

4    personally felt it was a -- like I said, it was a not

5    a good idea with such a small unit.

6    Q.    Well, you said that for a portion of the

7    contest period that Corporal Hoff was riding in a car.

8    What about for the rest of the contest period, were

9    any other officers riding in a patrol vehicle?

10   A.    I don't know.

11   Q.    Was it possible that they were?

12   A.    It's possible.

13   Q.    Now, you said that the prize or whatever you

14   mean to call it was either one or two days off?

15   A.    I believe it was two.

16   Q.    Was it your opinion that Sergeant Hyden did

17   this on purpose to give Corporal Hoff some time off?

18   A.    Yes.

19   Q.    What do you base that on?

20   A.    The fact that Corporal Hoff always liked to

21   bank as much comp time as she could and that was just

22   what I based it on, the fact that she -- that she

23   possibly needed some days off and that was a way of

24   giving them to her.

Jeffrey D. Hill - Sanfrancesco

118

1    Q.   Do you have any knowledge as to whether or not

2    she didn't have any time, that she did need some days

3    off?

4    A.   I don't recall what the comp book -- we used to

5    keep a comp book, so I don't recall.

6    Q.   At any point in time during, let's say, 2004

7    through 2006, who would you say made the highest

8    number of contacts in the mounted unit?

9    A.   Either Officer Hennessey or Corporal Hoff.

10   Q.   Aside from whether or not Corporal Hoff was in

11   a vehicle during this contest period, it's also quite

12   possible that she could have still been the winner any

13   way, or Officer Hennessey, is that correct?

14   A.   I don't know.  You're asking me if it was

15   possible?

16   Q.   I am.

17   A.   I don't know.  She spent a majority in the

18   vehicle.  That's what I remember.

19   Q.   And you're also telling me that at any given

20   time either Officer Hennessey or Corporal Hoff were

21   the highest producers in the unit?

22   A.   Producing what?

23   Q.   Contacts, wasn't that the subject of the

24   contest?

**W&F**

WILCOX & FETZER LTD.
Registered Professional Reporters

Jeffrey D. Hill - Sanfrancesco

119

1    A.    Yeah.  Contacts.  I didn't know if you were

2    still talking about contacts.

3    Q.    Yes?

4    A.    In contacts, yes.

5    Q.    What other types negative things have you ever

6    said that Sergeant Hyden or any of her directives?

7    A.    And any of her what?

8    Q.    Directives.

9    A.    You'll have to explain what you mean

10   directives.  You mean directions or directives?

11   Q.    Directions.

12   A.    I don't recall what else I may have said.

13   Q.    You don't recall ever criticizing any direction

14   she may have given to you or to others as part of the

15   mounted unit?  I just want to clarify.

16   A.    There could be other things, but right now,

17   like I said, unless you have some documentation where

18   I could reflect back on, there could be other items

19   but right now I don't recall.

20   Q.    Now, your supervisors prior to Sergeant Hyden

21   were who?

22   A.    Are we going back to when I got hired or --

23   Q.    In the mounted.  I'm sorry.

24   A.    Okay.  It was Lieutenant Crowell for a very

Jeffrey D. Hill - Sanfrancesco

120

1    short period of time.  And before that it was Captain,

2    then Lieutenant Setting.

3        Q.    What was your --

4        A.    It was captain -- he's now Captain Setting,

5    then Lieutenant Setting.

6        Q.    What was your relationship like with them?  How

7    would you explain it?  Is it a good relationship?

8    Were you friendly with them.

9        A.    Good professional relationship.

10       Q.    Did you ever socialize with either of them

11   outside of the mounted patrol unit?

12       A.    I believe I visited Captain Setting one time in

13   the very beginning stages to look at a barn he had

14   built with -- like a game room type barn, but other

15   than that, no extreme social circumstances, no.

16       Q.    Did you ever attend any card games that were

17   held at the house of Captain Setting or Crowell?

18              Sorry.  What's his rank?

19       A.    Which?

20       Q.    Is it Lieutenant Crowell?

21       A.    Yes.  I was invited to a card came at Captain

22   Setting's, but no, I did not attend.

23       Q.    Did you ever socialize with Sergeant Hyden

24   outside of work?

**W&F**

**WILCOX & FETZER LTD.**
Registered Professional Reporters

Jeffrey D. Hill - Sanfrancesco

121

A.    That I can recall, a Christmas party, a ski trip.  There could have been other times that were brief but not that I recall.

Q.    How did you get along with everyone in the unit?  And I'm talking about the years 2004 through 2006?

A.    It differed in time frames.

Q.    How so?

A.    Before the complaint, relations with my co-workers were very simple.  After the complaint and the fact that it's my opinion that it took Captain Hitch so long to get around to investigating it, there was a lot of tension within the unit just based on the fact that the complaint was there.  So at that time I felt that there might have been some strained relationships with some of the members of the unit.

Q.    What do you mean by the relationships were simple?

A.    There was not as much, I want to say, friction.  Like there's not so much tension in the air.

Q.    Are you saying that you had tension with other members of the mounted unit aside from your perceived tensions with Sergeant Hyden, after you filed the complaint?

Jeffrey D. Hill - Sanfrancesco

122

1    A.    Not outwardly.  It just, like I said, seemed

2   like there was tension within the unit.  I -- and this

3   is my opinion that I felt certain officers and I --

4    Q.    Like who?

5    A.    Like Officer Hennessey just my -- I felt that

6   he felt that my complaint was causing friction and he

7   distanced himself from me as a personal friend.

8    Q.    Did he ever discuss this with you?

9    A.    Not that I recall.

10    Q.    Did you ever have discussion with him at all

11   about the complaint?

12    A.    At one time I remember having a discussion with

13   him, yes.

14    Q.    And what was the nature of that discussion?

15    A.    It was after I was transferred out, and I was

16   down Myrtle Beach and he was there as well with some

17   friends.  And I remember him saying something of the

18   nature that I hadn't telephoned him in a while.  And I

19   just explained to him that, you know, we have each

20   other's number and, like I said, I felt that he had

21   distanced himself from me prior to me being

22   transferred out because of his treatment towards me

23   while I was in the mounted unit.  And I told him about

24   it.  I said this -- you know, he asked me what was

Jeffrey D. Hill - Sanfrancesco

123

1    wrong, and I just said I didn't think -- my impression

2    from him from when I was -- the latter part of the

3    mounted unit, was he didn't want to be my friend any

4    more.  My opinion was because he felt that I

5    so-called, quote/unquote, rocked the boat.

6                    MR. MARTIN:  Off the record.

7                    (Discussion off the record.)

8    BY MS. SANFRANCESCO:

9        Q.    Had your attitude or your demeanor in the

10   mounted unit changed from the time that you filed the

11   complaint to the time that you were transferred?

12       A.    Probably so.

13       Q.    How so?

14       A.    Well, the unit was somewhere, like I said, I

15   strived to be for a long time.  So the treatment I was

16   receiving from Sergeant Hyden and after filing the

17   complaint, the tension that was in the air, like I

18   said, it just -- it made me curious as to why I

19   received this treatment.  So I was stressed.

20   Stressed -- it created a stressful environment for me.

21       Q.    So how did you act at work?  If it was

22   different, how did you act?

23       A.    I don't recall exactly how I acted.  I know I

24   was stressed.  I don't know how it projected to other

Jeffrey D. Hill - Sanfrancesco

124

1  people, but that's how I felt.

2      Q.    Would you describe yourself as aloof or I

3  believe in the grievance level the term was used that

4  you were in a fog.  Does that ring any bells with you?

5      A.    It does ring some bells.

6      Q.    When did that happen?

7      A.    When did?

8      Q.    This was after you filed the complaint, that's

9  how you felt?

10     A.    I felt like that prior to filing the complaint.

11 It just didn't -- in my opinion it didn't hit home

12 until the meeting that Sergeant Hyden had with me

13 where I felt she threatened to have me thrown out of

14 the unit.  That's when the stress went to a different

15 level for me.

16     Q.    Did you feel that you were in a fog prior to

17 filing the complaint?

18     A.    At times.

19     Q.    And your feeling was based on stress or some

20 other reason?

21     A.    Well, like I said, there were incidents that

22 had occurred since December 2004, which made me feel

23 that way.  As they became more frequent, I would say

24 that the stress level went up on me.  So did I go from

Jeffrey D. Hill - Sanfrancesco

125

1    a -- as you said, a fog, I -- the stress level went

2    up.

3      Q.    When you were in the this fog, can you remember

4    what your attitude was towards work or what your

5    demeanor was while at work?

6      A.    It varied.  I would assume it varied from

7    different places at different times.

8      Q.    How about during role call?

9      A.    It could have differed in role call.

10     Q.    How so?

11     A.    I said it could have.  I don't recall how if

12   differed.  I said it could have differed.

13     Q.    How did Sergeant Hyden treat you after you

14   filed the complaint?

15     A.    As long as it was work-related, strictly

16   business.  There were times when we would -- after the

17   complaint was filed, that we would maybe do a trial

18   ride or training with the horses where it just

19   appeared that Sergeant Hyden was willing to assist

20   other people but alienated me, especially if we did

21   something on sort of like a work-related personal

22   thing like trial rides.  They're work.  They are

23   something we do, and we take the horses out and let

24   them run.  But they're also kind of personal because

Jeffrey D. Hill - Sanfrancesco

126

1   we're not on the street, doing complaints.  Any time

2   we did that after the complaint I was totally

3   alienated.  I wasn't spoken to.

4      Q.   Was there time that you needed assistance that

5   she didn't help you during the trial rides?

6      A.   I don't think "assistance" is a good word.  It

7   wasn't about assistance.  The trail ride is a -- is

8   different than a -- you're not out looking to -- as

9   much looking for help with different gaits of the

10  horses or things of that nature.  It's a trial ride.

11  It's relaxing trail ride where it's for the benefit of

12  the horses as well.  So it was like out in the field

13  or through the woods or things of that nature.

14     Q.   Did she not talk to you during this time?

15     A.   After the complaint, never.

16     Q.   Did she talk to everyone else on the unit who

17  was out on the trail ride?

18     A.   One particular trial ride I did notice that.

19     Q.   Did she talk to everyone but you?

20     A.   On one particular trail ride, yes.

21     Q.   Do you remember who was on that trail ride?

22     A.   People in the mounted unit.  I don't know if

23  everybody was there that day, but it's a unit-

24  participated trail ride.



Jeffrey D. Hill - Sanfrancesco

127

1    Q.    Do you remember discussing with anybody, hey,

2    Sergeant Hyden talked to everybody but me on this

3    trial ride?  Did you ever discuss that?

4    A.    I may have, but I don't recall if I did.

5    Q.    Are there any other ways that you can think of

6    that she treated you in a certain way after you filed

7    the complaint?

8    A.    Not that I can recall.

9    Q.    Now before the complaint, had you been on a

10   trial ride with Sergeant Hyden before?

11   A.    I'm sure I have, yes.

12   Q.    And did she always talk to you for the other

13   trail rides?

14   A.    I remember being at least talked to.  Like I

15   said, we are all in a group.  It's not like we are a

16   separated when we are out on a trail ride.  So that

17   one incident stood out in my mind, but other ones,

18   there might have been times I don't recall.

19   Q.    Was it your opinion that she was intentionally

20   alienating you on that trail ride we just discussed?

21   A.    Yes.

22   Q.    Why do you think that is?

23   A.    It is my opinion that Sergeant Hyden was trying

24   to point out to maybe her -- maybe point out from her

**W&F**

Jeffrey D. Hill - Sanfrancesco

128

1    standpoint that I was a problem and I was -- being the

2    fact that I made this complaint against her, that that

3    was causing friction in the unit, and it was my fault

4    that there was friction in the unit.

5    Q.    But it's your opinion she was trying to convey

6    that by not talking to you during a trail ride?

7    A.    As well as changing things that occurred around

8    the office.

9    Q.    Like what?

10    A.    Where somebody may, I say, get dressed.

11    Partially sometimes times we would get -- we didn't

12    have very good facilities for locker rooms.  So there

13    would be times where people might not be completely

14    clothed, and we always just kind of did it.  But it

15    just -- I remember her -- it was shortly after I made

16    the complaint, and I don't remember how many days.

17    She had a meeting with the unit and she said, "From

18    this day on things are going to change.  No more

19    joking around."  Something of that nature.  And

20    everything is by the book.  And this was within days

21    of the complaint.  So that was my opinion that she

22    was -- you know, I made the complaint -- was trying to

23    alienate me from the rest of the unit.

24    Q.    Is it your opinion that she changed the place

Jeffrey D. Hill

129

1   where people got dressed because you made a complaint?

2   A.   Partially.

3   Q.   Partially.  Is there another reason?

4   A.   I don't know.

5   Q.   How can you say partially then?

6   A.   Because the meeting and the dates of the change

7   was right after I made the complaint.  We had been

8   getting dressed like that in that forum for years.

9   Q.   But you're not aware any other reason why she

10   would have decided to the change the dressing?

11   A.   If there was another reason, she didn't explain

12   it.

13   Q.   Did she do anything else that was different, in

14   relation to you?

15   A.   Like I said, it just alienated me, in my

16   opinion, from other -- like I said, trail ride was an

17   example.  There could be other things, but like I

18   said, off the top of my head, I don't recall any other

19   exact examples, but there could be.

20   Q.   And you filed the complaint in December of '05

21   or earlier?

22   A.   No.  It was October '05.

23   Q.   So it was after this point that that's when

24   that happened?

Jeffrey D. Hill - Sanfrancesco

130

1    A.    Yes.

2    Q.    Is it your testimony that Sergeant Hyden

3    alienated you from the time you filed a complaint

4    until the time you were transferred out of the mounted

5    unit?

6    A.    At times.

7    Q.    And what was she like at other times?

8    A.    If it was work-related, obviously we had to

9    have a relationship.  So we did.  If it wasn't

10   work-related, sometimes yes, sometimes no.

11   Q.    Did you ever socialize with her outside of work

12   after you made the complaint?  You had mentioned a ski

13   trip earlier.

14   A.    Yes.  Yes.

15   Q.    When was that?

16   A.    You know, I think it was -- I think it was

17   after Christmas but before January.  It was right in

18   that time frame between the end of '05 and '06.  It

19   was right -- I forget the exact dates.

20   Q.    So you had filed the complaint and then at some

21   point thereafter you went on a ski trip?

22   A.    Yes.

23   Q.    And Sergeant Hyden was on the ski trip?

24   A.    Yes.



Jeffrey D. Hill - Sanfrancesco

131

1 Q. Who else was on the ski trip?

2 A. Everybody in the mounted unit with the

3 exception of I think it was Officer Guyton.

4 Q. Where did you go?

5 A. Poconos?  I think it was the Poconos.

6 Q. How did you get there?

7 A. We drove in, I think, two or three vehicles.

8 Q. Did you drive in the vehicle that Sergeant

9 Hyden was in?

10 A. No.  Well, not to there I did not, no.

11 Q. Did you drive with her coming home from there?

12 A. No.

13 Q. Did you spend any time with her in a vehicle

14 during the trip?

15 A. Yes.  Very short period of time.

16 Q. Did she talk to you?

17 A. I don't recall.  It was a trip up the mountain

18 in my truck.  So everybody was in there.  I don't

19 recall if she talked to me exactly.

20 Q. Did you ever go skiing with her while you were

21 there?

22 A. Yes.

23 Q. Did you ride up on the chair lift with her?

24 A. I think so.

**W&F**

**WILCOX & FETZER LTD.**

Registered Professional Reporters

Jeffrey D. Hill - Sanfrancesco

132

1   Q.   Did you talk to her on the chair lift, or did

2   she talk to you?

3   A.   I believe we talked.

4   Q.   How was she when you talked.

5   A.   Normal.

6   Q.   Normal as opposed to?

7   A.   Not how it was -- not how things were being

8   dealt with at work.

9   Q.   And did you guys stay at a hotel or a condo or

10  where did you stay?

11  A.   Some kind of like townhouse, rented townhouse.

12  Q.   And all of you stayed in the one townhouse?

13  A.   Yes.

14  Q.   How did Sergeant Hyden treat you during your

15  stay at the townhouse?

16  A.   Normal as opposed to, I'd say, work.

17  Q.   Did you do --

18  A.   As opposed to work, working environment.

19  Q.   Just to clarify for the record, the way she

20  treated you with the working environment was different

21  how?

22  A.   I was more alienated at work.

23  Q.   But she didn't alienate you while you were on

24  the ski trip?

Jeffrey D. Hill - Sanfrancesco

133

1    A.    No.  Not to my knowledge, no.

2    Q.    Did you share meals with her during the ski

3    trip?

4    A.    Yes.

5    Q.    Did she prepare meals for you?

6    A.    I believe her and -- I believe she did, yes.

7    Q.    And did you interact with her throughout that

8    ski trip?

9    A.    Yes.

10    Q.    Why do you think it was that she treated you

11    this way on the ski trip but you're saying she was

12    treating you differently at work?

13    A.    Different environment, the fact that we were

14    all there, possibly the holidays.  I'm guessing on her

15    opinion.  I don't -- I don't know.  That's...

16    Q.    Is it your opinion that she still didn't like

17    you during this time?

18    A.    Yes, to a certain extent.

19    Q.    You've indicated before that, after the

20    complaint was filed, there was some strained

21    relationships because it took Captain Hitch so long to

22    investigate your complaint.  Can you explain what you

23    meant by that?

24    A.    Well, from the time I made the first complaint,

Jeffrey D. Hill - Sanfrancesco

134

1    which was verbally to Captain Setting, there was a few

2    weeks at least that went by, and I received a

3    telephone call from Captain Setting.  Telling me that

4    he was being relieved of his duty as the mounted

5    commander and Captain Hitch was taking over and that

6    he would be in contact with me fairly shortly to

7    follow up on my investigation.

8        Q.    So if you made the complaint to Captain Setting

9    in October of 2005 --

10       A.    Right.

11       Q.    -- do you remember when you initially made that

12   complaint?

13       A.    The exact date, no.  Like I said, it was on the

14   phone.

15       Q.    Would it have been on or about October 26,

16   2005, towards the end of October?

17       A.    Possibly.

18       Q.    So your understanding is that Captain Setting

19   didn't contact you until a few weeks after that,

20   again, in follow-up to your complaint?

21       A.    Sometime in that range.  I'm not sure exactly

22   how long it was before he contacted me.

23       Q.    Would it be likely that it was in the next

24   month sometime, November?

**W&F**
WILCOX & FETZER LTD.
Registered Professional Reporters

Jeffrey D. Hill - Sanfrancesco

135

1    A.    Probably in November.

2    Q.    And then Captain Hitch took over, and do you

3    know when Captain Hitch took over the mounted unit.

4    A.    No, not the exact date.

5    Q.    And when did Captain Hitch contact you about

6    your complaint?

7    A.    I believe it was sometime in December.  I'm not

8    exactly sure.

9    Q.    And how did he contact you and what did he say?

10   A.    I think it was originally by phone, and he

11   asked me to put it in a drafted style memo, my

12   complaint.

13   Q.    And you eventually did put that complaint in

14   writing, is that correct?

15   A.    Yes.  Part of it.

16   Q.    You kept some of it out?

17   A.    No.

18   Q.    What did you do?

19   A.    At the conclusion of the memo, he had a meeting

20   with me to elaborate further on the complaint.

21   Q.    And you discussed other things with him at the

22   meeting?

23   A.    A lot of other things.

24   Q.    I don't mean to jump around, but I don't want

Jeffrey D. Hill - Sanfrancesco

136

1    to get ahead of myself, so I'm going to ask you some

2    other questions.  But we will go back into your

3    complaint in detail.

4              The mounted unit, generally what exactly

5    do you do there, or did you do there?

6              MR. MARTIN:  Can you give us a time frame

7    that you are looking into?

8              MS. SANFRANCESCO:  Just talking about the

9    unit as a whole, what they do as opposed to what other

10   units in the police department do.

11   A.    Well, first and foremost, they work on

12   horseback primarily.  Different patrol functions and

13   enforcement, demonstrations, parades, competitions,

14   things of that nature.

15   Q.    You patrolled on horseback and off horseback?

16   A.    I'm sorry?

17   Q.    You patrolled on and off horseback?

18   A.    When?

19   Q.    When you were in the mounted unit?

20   A.    At times.  Mostly horseback, but other times

21   off horseback.

22   Q.    At the time you left the unit, who were the

23   officers of the unit?

24   A.    When I left, it was Corporal Hoff, Sergeant

Jeffrey D. Hill - Sanfrancesco

137

1    Hyden, Corporal Hoff, myself, corporal -- well,

2    Officer Hennessey, Officer Guyton, and Officer Brown.

3        Q.   Had there ever been any issues with the

4    viability of the mounted unit?

5        A.   What?

6        Q.   The viability of the mounted unit?

7        A.   Had --

8        Q.   Had there ever been any issue as to whether or

9    not the unit was in danger of being cut out or whether

10   or not they were going to do away with it?

11       A.   There had been discussions, yes.

12       Q.   When was that, do you know?

13       A.   There's always -- seemed like there was

14   discussion on different times.

15       Q.   Do you know why that was?

16       A.   No, I don't.

17       Q.   What was the name of your horse when you were

18   in the unit, when you left, let's say?

19       A.   My primary mount was Darby.

20       Q.   Had that changed over the years?  I mean, had

21   you had different horses?

22       A.   Primarily, no.  He was my primary horse.  I

23   utilized other horses before for different reasons,

24   but he was my primary mount.

Jeffrey D. Hill - Sanfrancesco

138

1    Q.    That's a male horse?

2    A.    Mount?  He's my horse.

3    Q.    What --

4    A.    He's my primary mount.  I'm sorry.  My primary

5    horse, yes.

6    Q.    Darby was a male?

7    A.    Oh.  Yes.

8    Q.    You're saying he.  I just want to make sure.

9             Explain the atmosphere out there.  And the

10   reason I'm asking is because, you know, you're not a

11   typical unit where you're in police headquarters but

12   you're out at Carousel Park.  How is that different

13   from your typical unit in the police department?

14   A.    How is the mounted unit different?

15   Q.    Yeah.

16   A.    Well, we are the ones that patrol on horseback

17   with animals.  I mean, there are K9 officers, but we

18   patrol on horses.  It's in a different location than

19   headquarters.  It's -- I'm -- go ahead.  I'm sorry.

20   Q.    What's the atmosphere like?

21   A.    I'm not sure I understand what you're saying.

22   Q.    Is it a casual working environment?  Is it a,

23   you know, strict working environment?

24   A.    It depends on what facet of where you are

**W&F**

**WILCOX & FETZER LTD.**
Registered Professional Reporters

Jeffrey D. Hill - SanFrancesco

139

1    during the day, what you're doing.

2      Q.    How would you compare it to patrol work that

3    you are doing now?

4      A.    How would I compare it on what level?

5      Q.    On any level.

6      A.    It's different.  The hours are different.  What

7    you -- how you patrol is different.  The areas you

8    patrol are different.  The danger level is different.

9    What you're responding to is different.  There are a

10   lot of different things between the two.

11     Q.    You explained that Darby was a male.  Did you

12   have a preference for male horses or female horses?

13     A.    Not that I can recall.  We didn't have that

14   many.  But I don't recall if I had a preference

15   between male or female horses.

16     Q.    What's your relationship with Corporal Hoff?

17     A.    When?

18     Q.    Let's start with, how long have you known

19   Corporal Hoff?

20     A.    We attended high school together, I think, one

21   year.  But we knew each other but not really that

22   well.  We kind of knew of each other.  It was a small

23   school.  So we didn't -- we weren't personal friends.

24     Q.    After high school, when was the next time that

Jeffrey D. Hill - Sanfrancesco

140

1    you saw her, or had you seen her throughout the years?

2        A.    I remember she used to work at Macy's.  I think

3    it was Macy's at the Christiana Mall.  I'd seen her

4    there before.  She used to date a friend of mine.  I

5    had seen her there before.

6        Q.    Who was that?

7        A.    Lieutenant Schrieber.

8              So I had seen her around, like I said.

9        Q.    Had she dated Lieutenant Schrieber prior to

10   becoming county police officers or was it during?

11       A.    During.

12       Q.    Did you and Corporal Hoff go to the academy

13   together?

14       A.    We were -- yes and no.  Well, the academy, yes.

15   We were hired at different times, but we did start the

16   academy at the same time, yes.

17       Q.    When were you hired?  When was she hired?

18       A.    I was hired September -- I believe the exact

19   date was 28th, 1992.

20       Q.    Do you know when she was hired?

21       A.    The exact date of the academy start, I don't

22   recall, but it was January of '93.

23       Q.    Is that considered her start date?

24       A.    For her I believe it was, yes.

Jeffrey D. Hill - Sanfrancesco

141

1    Q.    Why is that?

2    A.    There were some people they hired early.  There

3    was probably four or five of us that worked around the

4    building doing different tasks.  Like I said, there

5    was -- I was the first one hired.  Then other officers

6    were hired between September and January.  Then the

7    rest of the people's start date was on the first day

8    of the academy.

9    Q.    But you were both in the academy class?

10   A.    Yes.

11   Q.    Would consider her a friend?

12   A.    When?

13   Q.    Did you ever consider her a friend?

14   A.    At times, absolute -- at times, yes.

15   Q.    How about now?

16   A.    I don't know.

17   Q.    You don't know?

18   A.    I don't know.  I don't have -- I don't work

19   with her any more, so I -- I brush paths with her

20   maybe once, maybe once or so.  I don't even recall.

21   Q.    Would you say there was ever a sense of

22   competitiveness between you a Corporal Hoff?

23   A.    From her, yes.

24   Q.    How about from you?

Jeffrey D. Hill - Sanfrancesco

142

1   A.   No.  Not that I recall.

2   Q.   Did it matter to you how she did her job?

3   A.   At times.

4   Q.   Can you explain why?

5   A.   Well, in my opinion it sometimes, in result of

6  doing her jobs, she would make every effort to -- I'm

7  talking about the overall job, not just talking about

8  patrol.  She would go out of her way to make other

9  officers try to look bad.

10   Q.   How would she do that?

11   A.   Just she was competitive with everything,

12  everything, and she would make it known that she was

13  better than everybody else at -- in her mind at

14  everything, just about everything.

15   Q.   Can you think of any examples of how she did

16  that?

17   A.   Different officers handle different things

18  differently, how they get their work done.  Maybe -- I

19  can't recall every incident.  If she did something

20  that was good, let's say, or maybe grabbed a good

21  arrest or maybe shined her boots at home instead of at

22  work, she would just brag about how maybe hers were

23  shinier.  In my opinion, that was fine that she was

24  shiny, but she'd point out everybody else was subpar.

Jeffrey D. Hill - Sanfrancesco

143

1    Q.    Did she ever point out that you were subpar?

2    A.    Yes.

3    Q.    On what occasions?

4    A.    Several occasions, all of which I don't recall.

5    Like I said everything -- most everything in my

6    opinion was competition.  So there was so many things

7    that -- I believe other officers had verbalized the

8    same opinion as well.

9    Q.    Other officers on the mounted patrol unit?

10   A.    Yes.

11   Q.    Do you remember any of those officers?

12   A.    No.  I do recall Sergeant Hyden having a

13   meeting with us in regards to that exact topic.

14   Q.    How did that meeting take place?

15   A.    From what I can recall, she had the meeting

16   with us.

17   Q.    Sergeant Hyden had the meeting with you?

18   A.    Yeah.

19   Q.    Is it your testimony that she initiated that

20   meeting?

21   A.    I don't recall who initiated.

22   Q.    Do you know where the meeting was or when it

23   was?

24   A.    No.  In the mounted office.  I don't recall the

**W&F**

WILCOX & FETZER LTD.

Registered Professional Reporters

Jeffrey D. Hill - Sanfrancesco

144

1  exact time.

2     Q.    What was the meeting about?

3     A.    I don't recall the exact -- what was said, but

4  it was the topic was how she was -- how other officers

5  felt about how Corporal Hoff was acting and her

6  competitive nature towards everybody.

7     Q.    Was Corporal Hoff's work ethic ever an issue

8  during that meeting?

9     A.    I don't recall.

10    Q.    How would you describe Corporal Hoff's work

11 ethic?

12    A.    On what level?

13    Q.    Well, how would you characterize her as a

14 police officer?

15    A.    Depends on what you're doing.  And it all

16 depends.

17    Q.    Was she the type of person who would go out of

18 her way to get things done or who would she wait and

19 let other people do things for her?

20    A.    She would get things done.

21    Q.    How about her contacts?  You said she was a

22 high producer in terms of contacts?

23    A.    Certain things, yes.

24    Q.    Was that fairly consistent?

**W&F**

Jeffrey D. Hill - Sanfrancesco

145

1    A.    I believe so.

2    Q.    You worked with her on the mounted patrol.  Did

3    you work with her in any other capacity before you

4    were in the mounted unit?

5    A.    I don't think so.

6    Q.    Are you aware of what others may think of

7    Corporal Hoff's work ethic, how she performs as a

8    police officer?

9    A.    Well, different levels.  There's a lot of

10   different levels, like I said.  Everybody felt that

11   her -- that she was a very cutthroat individual and

12   that was relayed lots of times.  You'd hear people

13   talk.

14   Q.    Cutthroat in terms of her personality?

15   A.    Yes.

16   Q.    What about how she was as an officer?  Would

17   you want her to back you up if you were in a dangerous

18   situation or a --

19   A.    It depends on when.  Towards the end of my time

20   frame in the mounted unit, I would probably likely say

21   maybe not.

22   Q.    Towards end of your time in the mounted unit,

23   you've already discussed how you had changed somewhat.

24   Let's talk about before you filed the complaint.

**W&F**

Jeffrey D. Hill - Sanfrancesco

146

1   Would your opinion be different then?

2      A.    Possibly.

3      Q.    What role if any did Corporal Hoff play in

4   connection with the matters leading up to your

5   complaint?

6      A.    Repeat that, please.

7      Q.    What role, if any, did Corporal Hoff play in

8   connection with the matters leading up to your

9   complaint?

10     A.    She's -- well, she was witness to lots of

11  things that occurred.  She was in the mounted unit.

12  So that's the main issue.  She witnessed a lot of

13  things.  And like I say, it's my belief that she

14  reported directly to Sergeant Hyden on a lot of

15  different topics.

16     Q.    At Sergeant Hyden's request or on her own?

17     A.    I don't know.

18     Q.    You think she told Sergeant Hyden things about

19  you?

20     A.    Yes.

21     Q.    You think she did that -- you had talked about

22  earlier about how you think that she did things to

23  make other officers look bad.  Do you think she was

24  trying to make you look bad to Sergeant Hyden?

Jeffrey D. Hill - Sanfrancesco

147

1    A.    At times.

2    Q.    Why do you think she was trying do that?

3    A.    My opinion is to make herself look better and,

4    being that I'm senior to her, possibly have me put out

5    of the unit.

6    Q.    Did you ever do anything to make Corporal Hoff

7    look bad?

8    A.    Not that I recall.

9    Q.    Misty was a horse that was donated to Carousel,

10   right?

11   A.    Yes.    I believe so.

12   Q.    Do you recall when she was donated?

13   A.    Not the exact time, no.

14   Q.    When did you first learn that she was being

15   donated?

16   A.    I don't recall.

17   Q.    Do you remember who your horse was when she was

18   donated?

19   A.    I believe my horse was Darby.

20   Q.    Do you know who everyone else -- who their

21   horses were at the time?

22   A.    I believe Officer Guyton, Walton, horse was

23   Walton.    Officer Hennessey, there was a time frame

24   between horses where one horse had passed away.    So I

Jeffrey D. Hill - Sanfrancesco

148

1    don't recall.  I think we had Ben then, but I'm not

2    sure.  Officer Brown was Elvis.  I don't know who

3    Sergeant Hyden was riding then, what horse.

4        Q.    How about Corporal Hoff?

5        A.    She was riding Laura.

6        Q.    Did you express an interest in riding Misty to

7    Sergeant Hyden?

8        A.    Well, we immediately learned that the horse was

9    going to be -- Darla was going to be riding the horse,

10   so, no, not at that time.

11       Q.    What do you mean you immediately learned?

12       A.    I remember the horse being in one of its stalls

13   and the first time I remember seeing the horse and I

14   don't remember who made the statement.  I said, "Wow,

15   that's a nice booking horse."  Somebody in the

16   mounted, I don't remember who, other than Corporal

17   Hoff, said, "Don't bother.  That's Darla's horse."

18       Q.    Had it already been assigned to Corporal Hoff

19   at that time?

20       A.    To my knowledge that's what that meant, yes.

21       Q.    Did you ever have an opportunity to ride Misty?

22       A.    During training, yes, I did.

23       Q.    Was she already assigned to Corporal Hoff at

24   this time?

149

1    A.    In my opinion she was.

2    Q.    But you don't know that for a fact?

3    A.    She rode her primarily, so I would say it was

4    my opinion that she was.

5    Q.    What's your understanding of how Corporal Hoff

6    got to ride Misty or got to be assigned to Misty?

7    A.    I don't know.  My opinion is she was riding

8    her.  There was no -- I don't know how.  I don't know

9    how it occurred that she was assigned to that horse.

10    Q.    What about Tonka, when did Tonka arrive at

11    Carousel?

12    A.    I don't remember the exact time.

13    Q.    Was it any time between 2004 and 2006?

14    A.    It may have been.  I don't remember the exact

15    time we got Tonka.  It might have been around that

16    time frame.  If you have some documents you can show

17    me when he was there, I would be able to reflect

18    easier on that.

19    Q.    Was Tonka assigned to anyone?

20          Was Tonka a male or female horse?

21    A.    Male.

22    Q.    When Tonka arrived at Carousel, was he assigned

23    to anyone?

24    A.    No.

Jeffrey D. Hill - Sanfrancesco

150

1    Q.    Did anyone or did everyone ride Tonka?

2    A.    At different times.

3    Q.    And when you'd get to ride the horse, I mean,

4    what do you do?  Do you get on patrol, go out to the

5    courtyard?  What do you do?

6    A.    It depends on the horse's level of experience

7    with patrol.

8    Q.    Do you recall what everybody did with Tonka?

9    A.    Everybody probably spent different time levels

10   with the horse, sometimes taking the horse out on

11   patrol or around the barn and then patrol to try to

12   get the horse acclimated to police work.

13   Q.    Do you think you did that as well?

14   A.    Yes.

15   Q.    The complaint indicates that you trained Tonka

16   prior to a competition.  Do you remember what

17   competition that was?

18   A.    It was the 2005 competition, national

19   competition.

20   Q.    And how did you train her?

21   A.    Well, he.

22   Q.    Him.  Sorry.

23   A.    What happened, I was -- my horse had a

24   discoloration on his coat.  Being that I was going to

Jeffrey D. Hill - Sanfrancesco

151

1  be the one, I volunteered to do the uniform mount

2  judging, which is kind of a white glove inspection, I

3  guess you could say, everything.  That would not have

4  passed for that portion of the competition.  So Tonka

5  was really the only other choice of horses that I

6  could use, and use him for one portion, you got to use

7  that same horse for the entire competition.  So I

8  started -- being that I knew it was just more than the

9  mounted judging, white glove so-called.  I knew I was

10  going to have to use that horse also for equitation

11  portions, which is like the riding ability.  So I was

12  spending -- Corporal Davis spent some time trying to

13  get him acclimated to ring work, and I spent a lot of

14  time doing the same.  To the point I rode him so much

15  he was -- his coat was starting to get a little worn.

16  So I was riding him every day, just trying to get him

17  acclimated to, like I said, that type of atmosphere,

18  where his gaits, things of that nature, so I was

19  riding him quite a bit training him for that portion

20  of the competition.

21      Q.    Did other people train him?

22      A.    I recall other people had been on him, but I

23  know Corporal Davis spent some time and then when,

24  because -- I don't think we were sure right away who

Jeffrey D. Hill - Sanfrancesco

152

1  was going to be using him, but then all of a sudden I

2  was thrust into that capacity because I had to use him

3  because my horse having the discoloration of the coat.

4  So from that point in time, I rode him a lot.

5      Q.   Was Tonka taken out on patrol?

6      A.   During that time, I don't -- if he was, it

7  wasn't very often because we didn't want him, I guess

8  you can say, banged up for that portion of the

9  judging.

10     Q.   Do you consider taking the horse out on patrol

11  to be training?

12     A.   Different type of training, yes.  But not for a

13  competition like we were going to be, but yes.

14     Q.   What type of training?

15     A.   I'm sorry?

16     Q.   What type of training if not for a competition?

17     A.   Patrol work training.

18     Q.   Now, the complaint also indicates that Sergeant

19  Hyden assigned Tonka to Corporal Hoff.  Is that your

20  understanding?

21     A.   When?

22     Q.   I can't tell you because the complaint doesn't

23  say.  But paragraph B of the top of that page, which

24  is page 5 of the amended complaint --

Jeffrey D. Hill - Sanfrancesco

153

1    A.    I'm sorry.  Top of page 4, 5 you said?

2    Q.    5.

3    A.    Okay.

4    Q.    It says, "After the competition and after Tonka

5    had been properly trained," so after the competition,

6    we're talking the October 2005 competition?

7    A.    Right.

8    Q.    "Corporal Hill requested that he continue to be

9    permitted to work with Tonka.  Sergeant Hyden denied

10   this request and assigned Tonka, now newly trained, to

11   work with Hoff."

12   A.    Okay.

13   Q.    Do you know how Tonka got assigned to Corporal

14   Hoff?

15   A.    After the competition and after the horse, in

16   my opinion, had performed very well, I was very

17   excited about the horse and I went to Sergeant Hyden

18   and I explained that I didn't want to forfeit my horse

19   Darby, but I wanted to be permitted to work with Tonka

20   as much as I possibly could because he impressed me so

21   much during the competition.  And so Sergeant Hyden

22   told me, Darla is going to be riding or Corporal Hoff

23   is going to be riding Tonka.  To me that meant that,

24   she was going to be working with him more than anybody

Jeffrey D. Hill - Sanfrancesco

154

1    else, so my request -- I took that as a denial.

2       Q.    Did she work with Tonka prior to the

3    competition, Corporal Hoff that is?

4       A.    I don't recall.  The horse had been ridden by

5    different people, but I'm sure she had been on him.

6       Q.    Do you have any idea as to whether or not she

7    expressed an interest to being assigned to riding

8    Tonka prior to the competition?

9       A.    Prior to the competition, I don't recall.

10      Q.    The complaint also talks about last minute

11   overtime.  How was overtime offered in the mounted

12   unit, or how did it become available?

13      A.    Well, when you say overtime, you're talking

14   about comp time as well as anything outside of your

15   normal, in my opinion, outside of your normal

16   workweek.

17      Q.    Again the workweek was?

18      A.    It depends.  Anything outside of your typical,

19   I guess you could say, 40-hour workweek.

20      Q.    So how did that become available?

21      A.    How did it become available?  I don't know.

22      Q.    Or how was it offered?

23      A.    Sometimes we have people sign up for different

24   events that may occur.

Jeffrey D. Hill - Sanfrancesco

155

1  Q.   Would a sign-up sheet go around for that?

2  A.   I believe it was -- some things were just on

3  the calendar, like the desk calendar I was talking

4  about earlier.

5  Q.   What do you mean that some things were on the

6  calendar?

7  A.   An assignment may come in, for example,

8  possibly by phone, and somebody would write it down on

9  the calendar, or it would come in from the

10  administrative side of headquarters and it would get

11  written down on the calendar.

12  Q.   Who got assigned to that event once it got

13  written down on the calendar?  How did that come

14  about?

15  A.   Some -- majority of the -- sometimes it was

16  volunteer.  Sometime it wasn't.

17  Q.   Would you guys sign up on the calendar that you

18  were going to take that event?

19  A.   Sometimes, yes.

20  Q.   Other times how did it work?

21  A.   There would be times where Corporal Hoff would

22  come in, maybe on a Monday, explain how she was

23  offered to come in on the weekend, do certain things.

24  Most of those things were not the type of things that

Jeffrey D. Hill - Sanfrancesco

156

1  were written on the calendar, not events, like parades

2  or anything like that.  Other things.  And those were

3  all by word of mouth from Corporal Hoff.

4     Q.   Was Corporal Hoff the only one that got those

5  type of assignments?

6     A.   If she was outside of it, she was the only one

7  that would come in to work and I guess, my opinion

8  would be, talk about it, gloat about it, things of

9  that nature.

10    Q.   Is it possible that others could have received

11 similar overtime and not come in and talked about it

12 or gloated about it?

13    A.   I don't know.

14    Q.   You don't know if that's possible?

15    A.   I don't know if they did.  I guess it's

16 possible.

17    Q.   Is it your opinion that Sergeant Hyden offered

18 this last minute overtime to Corporal Hoff and not to

19 anyone else?

20    A.   It's my opinion, yes, sometimes that did occur.

21    Q.   What do you base that on?

22    A.   I don't know if -- I can only speak from my

23 personal experiences that I was never -- when events

24 are on the calendar for the weekend, you know in

Jeffrey D. Hill - Sanfrancesco

157

1   advance.  So if Corporal Hoff will come in and speak

2   about what she did on her weekend, this was something

3   myself and possibly other officers were not aware of.

4   So I never received any -- maybe phone calls asking if

5   I wanted to partake in any of that.

6       Q.   So this is your own personal opinion that this

7   is how it occurred, is that correct?

8       A.   No.  It was, like I said, it was word of mouth

9   from Corporal Hoff that she had done these things over

10  the weekend.  I don't know how they were --

11      Q.   That's not my question.  My question to you is,

12  is it your personal belief that Sergeant Hyden

13  intentionally offered this last minute overtime to

14  Corporal Hoff to the exclusion of everyone else?

15      A.   At times.

16      Q.   That's your opinion?

17      A.   Yes.

18      Q.   Did any other officer express that opinion?

19      A.   I don't recall if they did.

20      Q.   The complaint also talks a lot about some

21  injuries that Corporal Hoff sustained after she fell

22  down some steps.  Do you remember when the first time

23  was you became aware that Corporal Hoff sustained some

24  type of injury like that?

Jeffrey D. Hill - Sanfrancesco

158

1    A.    I believe she spoke about two different

2    injuries.

3    Q.    What's the first one?

4    A.    Falling down steps I believe.

5    Q.    Was this on or off duty?

6    A.    I believe it was off duty.

7    Q.    Do you know where that happened?

8    A.    If I recall, it happened at her residence.

9    Q.    And what was the injury?

10   A.    I believe it was her back.  I don't know the

11   extent.

12   Q.    How did you find out about this injury?

13   A.    I believe she was spending time in the car, and

14   I don't remember how it got talked about or who

15   brought it up or whether she did or not.  I don't

16   recall.  I just know that it was common knowledge that

17   she was injured and hurt her back falling down at

18   home.  I don't remember the form it was discussed in.

19   Q.    You don't recall if she ever told you this?

20   A.    I don't recall if she told me that.

21   Q.    Is it your opinion that she rode in the car

22   because she was injured?

23   A.    Yes.

24   Q.    How long did she ride in the car?

Jeffrey D. Hill - Sanfrancesco

159

1    A.    I don't recall the time frame.

2    Q.    Did you ever ride in the car when you were sick

3    or injured?

4    A.    Yes.

5    Q.    How many times?

6    A.    I recall when I pulled a hamstring and rode in

7    the car for a short period of time.

8    Q.    Was this under Sergeant Hyden.

9    A.    Yes, I believe so.

10    Q.    How about other people when they were sick or

11    injured, were they permitted to ride in the car, the

12    chase car?  That's what you call it?

13    A.    Yes.  Probably so.

14    Q.    Do you ever recall Andy Guyton, Bill Brown

15    riding chase car when they didn't feel well or had an

16    injury?

17    A.    I recall at least Officer Guyton.

18    Q.    How about Officer Hennessey?

19    A.    I don't recall if he did or not I don't

20    remember.

21    Q.    This injury where Corporal Hoff fell down the

22    stairs, was Sergeant Hyden aware of this injury to

23    your knowledge?

24    A.    To my knowledge she was, yes.

Jeffrey D. Hill - Sanfrancesco

160

1    Q.    What do you base that on?

2    A.    Well, the fact that she was riding multiple

3    days in the car.

4    Q.    So multiple days now.  You don't know how many

5    days she rode in the car?

6    A.    Exactly how many, no.

7    Q.    The complaint on page 6, paragraph F, it states

8    that Corporal Hoff sustained an injury -- sorry.

9    Bottom of page 5.  It's mounted unit policy for

10   officers injured on the job or at home to be required

11   to report to Omega.  I'm summarizing.  Corporal Hoff

12   was injured after she fell down her steps.  However,

13   Sergeant Hyden permitted Corporal Hoff to continue

14   working without being examined at Omega.  Is that your

15   opinion, that Sergeant Hyden allowed Corporal Hoff to

16   continue working without sending her to Omega?

17   A.    It is my belief that after -- yes.  After a

18   certain time period, yes, she continued to let her

19   ride in the car.

20   Q.    Do you have any facts that would support that,

21   that Sergeant Hyden knew that she was injured and

22   didn't send her to Omega?

23   A.    Yes.  There was an incident where we were in

24   the office and Corporal Hoff was speaking freely.  And

Jeffrey D. Hill - Sanfrancesco

161

1    I do recall Sergeant Hyden being in the office.  And I

2    don't recall if there was anybody else in there or

3    not.  But Corporal Hoff had made that statement, that

4    she had been examined by her personal doctor and that

5    his opinion was she shouldn't be riding anymore,

6    riding horses anymore, and...

7       Q.   Corporal Hoff was saying this in the office?

8       A.   Yes.

9       Q.   To who?

10      A.   To -- she was saying it as a general.  I don't

11   know if she was directing it at Sergeant Hyden or not.

12   I recall that I was -- it wasn't like -- I was doing

13   something.  I don't remember what, but something.

14   Very small office.  I heard it.  I heard her say that.

15   And I was on the other side of the office.  So I

16   assumed anybody else that was in there heard the same

17   thing that I did.

18      Q.   So do you have any knowledge one way or the

19   other whether Corporal Hoff was ever examined by

20   Omega?

21      A.   I believe she was eventually.

22      Q.   Eventually.

23           Now, paragraph F on page 6 talks about it

24   was not until Captain Settings -- it says Settings,

**W&F**

WILCOX & FETZER LTD.
Registered Professional Reporters

Jeffrey D. Hill - Sanfrancesco

162

1    but assume you mean Setting -- caught wind of her

2    injury and actually called Sergeant Hyden and asked

3    what was going on with Corporal Hoff's injury that

4    Sergeant Hyden finally sent Corporal Hoff to Omega.

5    Is that your understanding?

6       A.    Yes.

7       Q.    How did you become aware of that?

8       A.    She hadn't been to Omega, and I believe that --

9    exact dates I don't know.  This was around the time of

10   the complaint.  I don't remember exactly when.

11      Q.    Around the time of your complaint to Captain

12   Setting?

13      A.    Around the time of my complaint against

14   Sergeant Hyden.  I don't know if it was to Captain

15   Hitch or to Setting at that point.  I don't recall the

16   exact date.  But I recall that Corporal Hoff had not

17   been to Omega, that she was still experiencing some

18   back injuries because she talked about frequently how

19   painful her back situation was.  And like I said, I

20   recall her saying her own doctor told her she

21   shouldn't be riding.  So I assumed that meant she was

22   examined by her own personal doctor.  I then remember

23   Captain Setting calling over the office, and then I

24   believe it was the very next day Darla went to Omega.

Jeffrey D. Hill - Sanfrancesco

163

1    So it was in my opinion that Captain Setting...

2    Q.    Is what's contained in this paragraph F, is

3    that your opinion or do you have any facts that can

4    support that?  Because what you just told me was

5    Captain Setting called the office and then the next

6    day Corporal Hoff went to Omega.  Is it your opinion

7    that Corporal Hoff went to Omega because Captain

8    Setting called the office that day?

9    A.    I don't know if it was that day or not.  But it

10   was my opinion that Captain Setting made sure she went

11   to Omega and got out.

12   Q.    Did you ever talk about this with Captain

13   Setting?

14   A.    I believe I did talk about -- that might have

15   been part of something I talked about when I spoke to

16   him.  I don't recall whether it was or not.

17   Q.    When you had called him to make the initial

18   complaint?

19   A.    It could have been.

20   Q.    So could this have been something he was

21   following up on then?

22   A.    Possibly.  I don't recall if it was or not.

23   Q.    Is it then your understanding that Corporal

24   Hoff did get seen at Omega?

**W&F**

WILCOX & FETZER LTD.
Registered Professional Reporters

Jeffrey D. Hill - Sanfrancesco

164

1    A.    Yes.

2    Q.    And do you know what the rules of examination

3    were?

4    A.    No.  I can only assume.

5    Q.    Well, did she come back to work or was she out

6    for a while?

7    A.    She came back to work.

8    Q.    Was she participating as a member of the

9    mounted unit?

10    A.    Yes.

11    Q.    Is it your opinion that the communication lines

12    between Sergeant Hyden and Corporal Hoff were more

13    open than the communications with the male officers as

14    it says in the complaint?

15    A.    Yes.

16    Q.    Can you give me an example?

17    A.    You could just -- well, there were times where

18    I know Corporal Hoff explained it.  She was friends

19    with Nicole -- I am sorry -- Sergeant Hyden and took

20    care of her dog.  They took care of each other's dog

21    from time to time.  So I assumed that they had a

22    personal relationship of that magnitude.

23    Q.    Because they looked after each other's dogs

24    that indicated a personal relationship?

Jeffrey D. Hill - Sanfrancesco

165

1    A.    That, and I think somebody -- I forget.

2    Somebody said they went and got their nails done

3    together or something like what.

4    Q.    Are there any other examples that you can think

5    of about their personal relationship?

6    A.    Like I said, I just felt that the lines were

7    more open.  The incident on December where I didn't

8    understand why, if Sergeant Hyden had a problem with

9    something I had done, she had my phone number.  Why

10   not call me?  Why --

11   Q.    I'm sorry.  What incident?

12   A.    We're going back to the December with the radar

13   incident.  That's another incident where I just felt

14   the lines were more open between Corporal Hoff and

15   Sergeant Hyden.  That was one example where everybody

16   has each other's phone number.  If I'm not where you

17   think I should be, why not call me and ask me?

18   Q.    Do you know whether or not Sergeant Hyden tried

19   to call you that day of the radar calibration?

20   A.    I don't recall her calling my cell phone.

21   Q.    Is it typical for you to have your cell phone

22   on you at all times?

23   A.    At work, yes.

24   Q.    Is it typical for you to have that cell phone

Jeffrey D. Hill - Sanfrancesco

166

1    on?

2    A.    On patrol, while you're on the horse and while

3    you're possibly in a vehicle, yes.

4    Q.    And at other times?

5    A.    Depends on the circumstances.

6    Q.    When do you have it off?

7    A.    I have it off right now because we are in a

8    deposition hearing, so...

9    Q.    Is it possible that Sergeant Hyden could have

10   tried to call you that day and your phone wasn't on?

11   A.    My phone is always on.  I'll say it's on 99

12   percent of the time whether or not the ringer is on.

13   My cell phone is equipped with caller ID.  So if she

14   would have called that day, I would have seen it.

15   Q.    Nevertheless, she did communicate to you what

16   her concerns were with you on that date, isn't that

17   correct?

18   A.    Eventually, yes.

19            MS. SANFRANCESCO:  Can we go off the

20   record a second?

21            (Discussion off the record.)

22            (Recess taken.)

23   BY MS. SANFRANCESCO:

24   Q.    We had just touched on a couple of reasons as

**W&F**

Jeffrey D. Hill - Sanfrancesco

167

1    to why you thought that Corporal Hoff and Sergeant

2    Hyden were close personal friends.  Who would you

3    consider to be your close personal friends in the

4    police department?

5      A.    Probably my closest personal friend that I do

6    things outside of work would be Lieutenant Schrieber.

7      Q.    And how long have you been friends with him?

8      A.    He was assigned to my squad when I got out of

9    the academy, so I would say that summer of '93 until

10   present.

11     Q.    And you guys do things outside of work, go out

12   for a drink, things like that, hang out on the

13   weekends?

14     A.    Sometimes.

15     Q.    How did Sergeant Hyden treat the other people

16   in the unit compared to you from December 2004 until

17   the time you were transferred?

18     A.    If I got this right, how did she treat other

19   members of the unit?

20     Q.    Mm-hmm.  And we can go through them one by one.

21   Let's start with Officer Hennessey.

22     A.    Just from a standpoint of body language and

23   just like how she interacted with him, it seemed like

24   she liked Officer Hennessey.

Jeffrey D. Hill - Sanfrancesco

168

1    Q.    Did she like him better than she liked you?

2    A.    Yes.

3    Q.    Was she nicer to him than she was to you?

4    A.    At times.

5    Q.    Do you have any examples that maybe, you know,

6    on a particular occasion she showed favoritism to

7    Officer Hennessey over you?

8    A.    I don't recall maybe interacting with him more

9    than me.

10    Q.    And again, this was after you filed a

11    complaint?

12    A.    Possibly.

13    Q.    Do you remember any difference in the way that

14    Sergeant Hyden treated you versus other members of the

15    unit before you filed a complaint?

16    A.    You mean in reference to the other members of

17    the unit?

18    Q.    Yes.

19    A.    Yes.  I mean, the first incident like I recall,

20    like I said, was December of 2004.  So there was a

21    time span between there and the complaint.

22    Q.    You're right.  I mean before December 2004

23    because you said December 2004 is when you said things

24    started changing.

Jeffrey D. Hill - Sanfrancesco

169

1   A.   Correct.

2   Q.   So before that time, how was she towards you

3   compared to everyone else?

4   A.   I don't recall exactly how.  It was a long time

5   ago.  It was professional.

6   Q.   Was she nicer, say, to Officer Hennessey than

7   to you at that time as well?

8   A.   I don't recall back then.

9   Q.   What about Officer Guyton?

10  A.   All these are prior to December 2004?

11  Q.   Let's talk about both prior to and after.

12  A.   Officer Guyton prior to 2004, I really don't

13  recall.  After 2004, there was incidents where he had

14  said to me at times he felt that she didn't like him,

15  but he didn't elaborate.

16  Q.   Never said why he got that feeling he just

17  thought --

18  A.   Well, he felt that she didn't because she

19  was -- he was one -- he remained friendly with me at

20  work under all the circumstances.  Like I said I

21  repeated that Officer Hennessey distanced himself from

22  me at work in the presence of Sergeant Hyden but

23  treated me differently outside of the presence of

24  Sergeant Hyden.  Officer Guyton never treated me any

170

1   differently on any occasion, and he felt that -- he

2   had expressed he felt that after the -- after the

3   complaint was made that she took exception to the fact

4   that he was my friend.

5       Q.   Are you still friends with Officer Guyton?

6       A.   Yes.

7       Q.   Is he still in the mounted unit?

8       A.   Yes.

9       Q.   Does he ever tell you that Sergeant Hyden

10  treats him differently or isn't nice to him?

11      A.   He has.

12      Q.   Since you've been transferred?

13      A.   Yes.

14      Q.   Can you recall any examples?

15      A.   Yes.  He told me -- I believe he said it was a

16  day after I was transferred and it was in form of the

17  role call area.  They were all there.  And when I say

18  they all, I assume everybody in the mounted because I

19  wasn't there.  He said that Sergeant Hyden talked

20  about my transfer.  He said she singled him out and

21  said, "I know you're friends with him.  Is this going

22  to be a problem?"  Being that he was friends with me

23  and I was out.

24      Q.   And did he explain to you what he thought that

Jeffrey D. Hill - Sanfrancesco

171

1  meant when she said that?

2     A.    He said that he felt that it was -- he thought

3  it was odd that she had singled him out and that he

4  felt that possibly that, you know, like he didn't

5  really say like kind of -- he just felt like he was

6  singled out and he didn't think it was the right

7  thing.  He didn't say what he thought the result was

8  going to be, no.

9     Q.    But he didn't say what he sort of took it to

10  mean, meaning what was going to be a problem?

11     A.    Almost as if a possible -- my opinion was in

12  what he said was it was a possible threat.

13     Q.    That Sergeant Hyden was threatening --

14     A.    Was basically saying, "I know you're his

15  friend.  He's not here.  Is this going to be a

16  problem?"

17     Q.    But she didn't say is what going to be a

18  problem?

19     A.    The fact that I'm out and he was my friend.

20  The fact that he's out, meaning me.  In other words,

21  directing at him.  "Corporal Hill is out.  I know

22  you're his friend.  Is this going to be a problem?"

23     Q.    What did he say?

24     A.    He said he didn't know what to say.

**W&F**

WILCOX & FETZER LTD.
Registered Professional Reporters

Jeffrey D. Hill - Sanfrancesco

172

1    Q.    He never responded?

2    A.    He did tell me that he felt that -- he actually

3    said he had thought that he should have been directing

4    that question towards Officer Hennessey because he had

5    known me for such a long period of time.

6    Q.    Had Sergeant Hyden done anything else or said

7    anything else to Officer Guyton in that respect?

8    A.    About my transfer?

9    Q.    No.  In terms of treating him any differently?

10   A.    Not that I can recall.

11   Q.    Now, what about Officer Brown, once again,

12   before December 2004 and after?

13   A.    Right.  His treatment was professional before.

14   His treatment by Sergeant Hyden after 2004, I don't --

15   it seems like it was professional in the workplace.  I

16   don't recall if anything else was -- if he was dealt

17   with on any other level or not.

18          MS. SANFRANCESCO:  I think that's a good

19   place to stop.

20          MR. MARTIN:  Okay.

21          MS. SANFRANCESCO:  Unless you have an

22   objection.

23          MR. MARTIN:  No objection.

24          (Deposition ended at approximately