*Jeffrey D. Hill v. New Castle County, et al.*
C. A. No. 07-228 (GMS)
Plaintiff's Answering Brief In Opposition Of Defendants' Motion For Summary Judgment

# APPENDIX C

# NEW CASTLE COUNTY
# POLICE DEPARTMENT



## STANDARD OPERATING PROCEDURE

### Mounted Patrol Unit



*A NATIONALLY ACCREDITED POLICE AGENCY*

NCC2562

# MOUNTED POLICE UNIT

# GOALS AND OBJECTIVES

1.  The Mounted Unit patrols target communities in an effort to reduce the selected crimes of burglary, theft, criminal mischief, robberies, and other serious quality of life crimes, by producing a more personalized police service, by being informative and educating the general public.

2.  To Patrol high crime residential communities throughout New Castle County in order to get back to the basics of people in the communities knowing who we are and not being apprehensive about talking to the police. The general public is the eyes and ears for the police department, and the Mounted Unit has the ability to break down the barriers of communication.

3.  To provide in-service training for officers twice a month.

4.  To have each officer assigned to the unit attend a five-day mounted school sponsored by the National Mounted Services Organization for advanced training, and obtain National Certification.

5.  To have Mounted officers patrol known drug areas.

6.  The unit will be utilized in patrol functions in the communities and county parklands and in special situations such as searches, riot control, parades, etc.

7.  To keep abreast of the problem areas in the County by monitoring Traffic Services Unit reports, attending OPS meetings to review crime trends, and participating in Criminal Investigation Unit weekly unit meetings, thus directing our attention to these areas.

8.  To cross train the Mounted and Parks Units to fulfill all requests for service in the community efficiently.

9.  To utilize the Auxiliary Rider Program so that the Mounted Unit can be used for special events as well as pro-active police work in the communities.

# NEW CASTLE COUNTY DEPARTMENT OF PUBLIC SAFETY

## DIVISION OF POLICE

## MOUNTED PATROL UNIT

## CHAIN OF COMMAND

| Name/Rank | Title |
|---|---|
| 1. Colonel David F. McAllister | Chief of Police |
| 2. Captain Mark Hitch | Uniform Support Section Commander |
| 3. Sergeant Nicole Hyden | Mounted/Parks Unit Commander |

# NEW CASTLE COUNTY POLICE

# MOUNTED PATROL UNIT

# STANDARD OPERATING PROCEDURES

## February 2004

# TABLE OF CONTENTS

I.      STAFFING

II.     SPECIAL DUTIES

III.    OTHER RELATED DUTIES

IV.     MINIMUM SKILL REQURED

V.      CAREER SPECIALITIES

VI.     AUXILIARY RIDERS

# DEPARTMENT OF PUBLIC SAFETY

# DIVISION OF POLICE

## Memorandum

FROM:     COLONEL DAVID F. MCALLISTER
          CHIEF OF POLICE

TO:       ALL POLICE PERSONNEL

DATE:     February 18, 2004

SUBJECT:  MPU STAFFING, RESPONSIBILITIES AND DEPLOYMENT

---

1.1   UNIT COMMANDER:  A supervisor of at least a Sergeant's rank.

1.2   Mounted Patrol Officer:  Five officers of the rank of Patrol Officer, Patrol Officer First Class, or Corporal shall have the primary function described in Section 3.0 – Officer's Responsibilities.

**JOB CLASSIFICATION:  SUPERVISOR MOUNTED PATROL UNIT**

RANK ASSIGNMENT:  POLICE SERGEANT

I.    **General Description:**  Supervise unit consisting of assigned officers.  Consult with legal department and fiscal unit regarding stable management, veterinary services, horse donations, horse purchases, equipment and stables.  Knowledge in riding, care, nutritional and medical needs of horses; as well as tack equipment and use.  Devise a mounted training curriculum for new officers assigned to the unit.  Also, responsible for continuous training of existing officers assigned to the mounted patrol  Use OPS meeting and Crime Analysis Unit generated statistics and information sharing to deploy MPU officers to areas needing special attention or a tactical response.  Track and report all unit functions in a monthly report detailing unit activity.

II.   **Specific Duties:**

    A. Patrol Supervisor – paperwork correction, officer evaluations, time cards, schedules and monthly reports.

    B. Conduct all training for personnel and horses.

    C. Purchase horses and equipment.  Conduct equipment and uniform inspections.

    D. Attend all departmental meetings for department heads including staff meetings and all OPS meetings and information sharing.  Use information from staff meetings and OPS for MPU Officer Deployment.

III.    **Other Related Duties:**

    A.  Attend special events such as parades, schools and other public relations functions.

    B.  Work special details using the mounts for crowd control, riot situations, missing persons, terrain searches, and crime scene protection.

    C.  Work with and assist other police departments, social agencies and special departmental functions.

    D.  Have knowledge of care and maintenance of equines.

    E.  Set up special events and training schools for MPU officers.

IV.    **Minimum Skills Required:**

    A.  Know or be familiar with Title 11, 16 and 21. Know how to classify types of crimes. Know or be familiar with departmental directives and policies.

    B.  Conduct investigations on complaints against officers and work with other units during officer investigations.

    C.  Cite subordinates on outstanding accomplishments. Cite subordinates on wrong doings or violations.

    D.  Is or has previously been a member of the Mounted Patrol Unit and a graduate of the New Castle County Mounted Training Academy.

    E.  Have excellent riding abilities and riding techniques and be a Departmental Certified Instructor.

    F.  Possess knowledge in horse medication and veterinary needs of the horse.

    G.  Possess good working knowledge of stable management and tack equipment.

    H.  Knowledge of maintenance and operation of the Mounted Patrol Truck and Trailer.

    I.  Knowledge of departmental budgets and equipment purchasing polices.

2

**V.    Career Specialties:**

Courses that enhance skills, knowledge and abilities required to be Supervisor of Mounted Patrol Unit.

A.    Horse anatomy.

B.    Training and maintenance of horses.

C.    Stall and stable care of horses.

D.    Feed and bedding of horses.

E.    First aid for injuries and illnesses.

F.    Care and maintenance of tack equipment.

G.    Trailering of horses.

H.    Crowd and riot control on horseback.

I.    Care handling, and discharging of a weapon from horseback.

J.    Community relations.

K.    Public speaking.

L.    Arresting and prisoner control from horseback.

M.    Laws of search and seizure.

N.    Search warrant techniques.

O.    Basic criminal investigation.

P.    Knowledge of asset seizure.

Q.    Certified instructor school.

R.    Effective communications skills.

**VI.    Auxiliary Riders:**

A. All personnel that are graduates of the New Castle County Mounted Patrol Training Academy are cleared as Auxiliary riders in the MPU. However, auxiliary riders will not operate the trucks and trailers without being trained and cleared by the Unit Commander.

3

## MOUNTED PATROL UNIT

**1.0    USE OF MOUNTED PATROL UNIT**

1.1    The Mounted Patrol Unit will be utilized for daily patrol and park assignments. The unit will be assigned on a daily basis to work identified problem areas. These areas are determined by information generated by the Crime Analysis Unit and the OPS meetings. Also, the unit is available to Patrol Lieutenants, Community Services and the Criminal Investigations Unit for special operations, tactical situations, and community relations or crime control.

1.2    The main purpose of the Mounted Patrol Officer is to perform police duties while on horseback. The Mounted Patrol Officer shall respond to routine and emergency calls for service in the area under patrol.

1.3    The Mounted Patrol Unit is used to assist in locating lost or missing persons lost or abandoned articles in criminal investigations. The MPU will be used to assist on crime scene searches, crowd control, strikes, crime prevention assignments, special traffic assignments, parades, and special events.

**2.0    SUPERVISOR RESPONSIBILITIES**

2.1    The Mounted Unit Supervisor shall review all reports for thoroughness accuracy and insure its prompt completion.

2.2    A monthly report shall be submitted to the Uniform Support Commander with a complete summary of the Mounted Unit caseload.

2.3    The supervisor shall prepare a weekly schedule for the week's assignments and provide the staff and the emergency communications center with copies.

2.4    The mounted supervisor is also responsible for coordinating with the patrol division and Criminal Investigations Unit Commander of the MPU's location and mission on a daily basis.

2.5    Record and insure that all in-service Mounted Patrol Training is properly updated and supervised for safety and professionalism.

2.6    Inspect all Mounted equipment including tack, trucks, trailers, uniforms, stables and office for cleanliness and proper upkeep.

2.7    Investigate, file, and forward all reports to the Uniform Support Section Commander regarding injuries caused by equines on patrol.

2.8    Train and certify all new officers transferred to the Mounted Patrol Unit.

4

2.9    Coordinate special assignments with Community Services Unit, colonel McAllister's office and special community groups.

2.10    Insure that all mounts purchased are under contract to be returned to the owner if they do not meet the needs of the department.

2.11    Train all new mounts for policing and special events.

2.12    Retire all mounts to their original owner after completion of service with the New Castle County Mounted patrol. If the original owner does not want the mount returned the supervisor will find a suitable retirement home for the mount.

## 3.0    RESPONSIBILITIES AND PROCEDURES OF MOUNTED PATROL OFFICERS

3.1    Mounted Patrol Officers will be fully responsible and accountable for the actions of their assigned mount, while in the performance of duty.

3.2    Mounted officers shall immediately notify the Mounted Unit Supervisor if their mount causes an injury to any person or property damage.

3.3    If an injury occurs, a written report will be submitted. Any medical reports will be obtained and photographs taken of the injury. All reports and photographs will be submitted immediately to the Mounted Unit Supervisor for follow-up investigation.

3.4    Mounted officers may keep their mounts in the trailers at headquarters while on official business for a period of one hour, provided the outside temperature is not above 80 degrees. If the need arises for the horses to be in the trailer in excess of one hour the Mounted Supervisor will be contacted.

3.5    Upon the duration of each tour, the Mounted Officers are responsible for care and maintenance of the trucks, trailers, tack and equines.

3.6    All equine injuries or equipment damage will be reported to the Mounted Unit Supervisor.

3.7    All Mounted Patrol Officers will attend in-service training at least two times a month. The Mounted Patrol Unit supervisor or an equine specialist will conduct the training.

3.8    One Mounted Officer will go 10-8 in a fully marked patrol vehicle to assist the officers on horses daily. The officer operating the "assist car" will respond to MPU officers who have made an arrest and transport all prisoners for the unit.

3.9    During adverse weather conditions the Mounted Patrol Officers will do maintenance on equipment and equines. If no maintenance is necessary the Mounted Patrol Unit will respond to headquarters in vehicles and assist the patrol division.

3.10    Mounted Patrol Offices will not go on private property unless it is an emergency situation or the owner is requesting their assistance.

5

# DONATION AGREEGMENT

THIS _____ day _____, 20  , _____
(hereinafter referred to as "Donor" desires to donate to the New Castle County Mounted Police patrol Program, a horse with the following description (hereinafter referred to as "horse"):

Name:_____        Height:_____

Breed:_____        Age:_____

Color:_____        Markings:_____

This donation is subject to the following conditions:

1.   The County shall have the use of the horse for a term of thirty (30) days for a trial period.  If at any time during this trial period the County determines that the horse is not suited for its needs, the County may return the horse to the Donor and the Donor must accept the return of said horse.

2.   During this trail period the county may subject the horse to a complete examination by a veterinarian.  If the veterinarian does not certify the horse to be in fit condition, the County may return the horse to the Donor and the Donor must accept the return of said horse.

3.   The County shall accept responsibility for any injuries the horse may suffer during the trial period.  It shall not be responsible for any illness contracted by the horse during this period.  If said illness renders the horse unfit for the County's needs, the County may return the horse to the Donor and the Donor must accept the return of said horse.

4.   The county agrees to use the horse solely in the Mounted Patrol.  The County agrees to return the horse to the Donor when it is no longer of use to the Mounted Patrol.

5.   Upon return to the Donor, the county shall not be held responsible for any injury or illness the horse may have suffered while in the custody of the County.

_____        _____
Witness                                   Donor

                                          _____
                                          Date

                                          Accepted:

_____        _____
                                          Colonel David F. McAllister
                                          Chief of Police

# EQUINE HEALTH RECORD
## NEW BOLTON CENTER
### FIELD SERVICE
### 215-444-0900, 444-5800

Horse's Name_____ Breed_____ Sex_____ Color_____ Date of Birth_____

Owner_____ Address_____

Phone_____(H)_____(W_____

| VACCINE | ADULTS | FOALS | BROODMARES |
|---|---|---|---|
| Tetanus toxoid | Annually | 2, 3, 6 mo | 10 mo of pregnancy |
| Influenza | 0-4 times a year | 2, 3, 6 mo | 10 mo of pregnancy |
| Phinopneumontis | 0-4 times a year | 2, 3, 6 mo | 3, 5, 7, 9 mo of pregnancy |
| E + W Encephalitis | Annually, in the Spring | If indicated | Annually, in the Spring |
| Rabies | Annually, if indicated | 6 mo, then annually | Annually, if indicated |

## DATES GIVEN

| YEAR | TETANUS TOXOID | INFLUENZA | | | RHINOPNEUMONITIS | | | E+W ENCEPH | RABI |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

OTHER VACCINES:_____

Adults should be dewormed every 6-8 weeks, foals every 4 weeks with appropriate deworming products recommended by your veterinarian.

| YEAR | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| | Date | | | | | | | | |
| | Drug | | | | | | | | |
| | Date | | | | | | | | |
| | Drug | | | | | | | | |
| | Date | | | | | | | | |
| | Drug | | | | | | | | |
| | Date | | | | | | | | |
| | Drug | | | | | | | | |

## DENTAL CARE

| Date examined | Results of examination |
|---|---|
| | |
| | |
| | |
| | |

### DATE COGGINS TEST PERFORMED

### DATE OF TRIMMING/SHOEING

# GENERAL MEDICAL HISTORY

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# MOUNTED UNIT

# RECORDS RETENTION

| ITEM | RETENTION INSTRUCTIONS |
|---|---|
| Duty Rosters | Retain permanently |
| Yearly Statistical Report | Retain permanently |
| NPBA Reports (Search Reports) | Retain permanently |
| Horse File (Contract-Donation) | Retain permanently |
| Farrier Schedule | Retain 1 Fiscal Year; Destroy |
| Contract Bids (Farrier, Veterinarian Carousel Stables) | Retain 1 Fiscal Year; Replace |
| Weekly Mounted Unit Schedule | Retain 3 Months; Destroy |
| General Correspondence | Purge Annually |
| Veterinarian Records | Retain until horse/dog is no longer used; destroy |

Any questions or difficulties encountered with records retention (storage of the original, microfilm and/or distribution) should be referred to the Records Retention Officer for the Department of Police (Commander of the Records Unit).

**NOTE:**    The above retention period is the Records Center Retention period. When records become used infrequently or storage is a problem, the records can be boxed and labeled, then sent to the Records Center through the County Police Records Retention Officer.

Records of a confidential nature should be boxed, labeled and given to the Records Retentioin Officer for proper destruction.