*Jeffrey D. Hill v. New Castle County, et al.*
C. A. No. 07-228 (GMS)
Plaintiff's Answering Brief In Opposition Of Defendants' Motion For Summary Judgment

# APPENDIX G

# EMPLOYEE PERFORMANCE REPORT

**SECTION A   PERSONNEL INFORMATION**

| NAME (LAST) | (FIRST) | (MIDDLE) | DATE OF THIS REPORT |
|---|---|---|---|
| HILL | JEFFREY | D. | 05/28/03 |

| TITLE | DEPARTMENT | DIVISION | ANNIVERSARY DATE |
|---|---|---|---|
| OFFICER FIRST CLASS | POLICE | MPU | 9/28/92 |

**SECTION B   TYPE OF REPORT**
- [X] ANNUAL
- [ ] SPECIAL
- [ ] PROBATIONARY (STATUS)
- [ ] PROBATIONARY (FINAL)

**SECTION C   PERFORMANCE FACTORS**   Performance Factors evaluated "Needs Improvement" or "Unsatisfactory" must be explained in comments section

**C-3 PERFORMANCE LEVEL** — INDICATE BY AN "X" MARK

**C-1 MANDATORY FACTORS**   EXAMINE ALL MANDATORY FACTORS

| Factor | UN-SATISFACTORY | IMPROVEMENT NEEDED | SATISFACTORY | VERY GOOD | OUT-STANDING |
|---|---|---|---|---|---|
| 1. Attendance: Absenteeism; punctuality; remaining on the job. | | | | | X |
| 2. Quality of work: Accuracy; Neatness; Thoroughness; Competence. | | | | X | |
| 3. Work Habits: Observes work and Safety rules; follows instructions. | | | | X | |
| 4. Initiative: Self Starter; finds work to do; self motivated. | | | | X | |
| 5. Dependability: The degree to which the employee can be relied upon to get the job done. | | | | | X |
| 6. Relations with other employees: Cooperativeness; ability to get along with co-workers. | | | | | X |
| 7. Quantity of work: Amount of acceptable work accomplished. | | | | | X |
| 8. Adaptability: Ability to adjust to new or different assignments. | | | | X | |
| 9. Judgement and common sense: Ability to make sound decisions and take correct action. | | | | X | |

**C-2 OPTIONAL FACTORS**   EVALUATE OPTIONAL FACTORS APPROPRIATE TO JOB

| Factor | UN-SATISFACTORY | IMPROVEMENT NEEDED | SATISFACTORY | VERY GOOD | OUT-STANDING |
|---|---|---|---|---|---|
| 1. Public Contact: Manner in dealing with and helping the public. | | | | | X |
| 2. Planning and Organizing work: Effective and efficient utilization of time and resources. | | | | X | |
| 3. Communications (Oral and written): Effective expression; how well ideas are understood by others. | | | | X | |
| 4. Supervisory Ability: Leadership; getting work done through others; training subordinates. | | | | | |
| 5. Management Ability: Effective and economical management of Dept., Div. or Programs. | | | | | |
| 6. Other (Specify) | | | | | |

**SECTION D   EVALUATOR'S COMMENTS**   Attach additional sheets if necessary

**SECTION E   EMPLOYEE DEVELOPMENT**   Give suggestions as to what employees can do to develop or improve performance and what the evaluator can do to assist him.

**SECTION F   OVERALL EVALUATION**   The overall evaluation should be consistent with the above factor ratings and comments.

**F-1   ANNUAL**
- [X] Satisfactory or above. Employee is eligible for annual merit increase.
- [ ] Improvement needed. Performance is less than satisfactory; employee must be given a special rating in 3 months to re-determine eligibility for annual merit increase.

**F-2   SPECIAL**
- [ ] Satisfactory or above.
- [ ] Unsatisfactory.

NOTE   If the rating is to determine employee's eligibility for an annual merit increase, a rating of satisfactory makes him eligible, a rating of unsatisfactory makes him ineligible.

**F-3   PROBATIONARY (Status)**
- [ ] Satisfactory or above. Satisfactory progress is being made towards completing probationary period.
- [ ] Improvement needed. Performance must improve in order to satisfactorily complete probationary period.

**F-4   PROBATIONARY (Final)**
- [ ] Satisfactory or above. Employee is eligible for permanent appointment.
- [ ] Unsatisfactory. Employee is ineligible for permanent appointment.

| SECTION G   SIGNATURE OF EVALUATOR | DATE | SECTION J   SIGNATURE OF EMPLOYEE | DATE |
|---|---|---|---|
| [signature] | 7.28.03 | [signature] | 9/3/03 |

| SECTION H   SIGNATURE OF REVIEWER | DATE |
|---|---|
| Capt. Mitch [signature] | 08/05/03 |

| SECTION I   SIGNATURE OF DEPARTMENT HEAD | DATE |
|---|---|
| [signature] | 8/8/03 |

**SECTION K   EMPLOYEE'S COMMENTS**

- [ ] Check here if you would like to discuss report with reviewer.

On signing this report, I certify that it was discussed with me. I do not necessarily agree with the evaluator's conclusions.

- [ ] Employee
- [ ] Personnel
- [ ] Department

0000001

# NEW CASTLE COUNTY

# DEPARTMENT OF PUBLIC SAFETY

## EMPLOYEE PERFORMANCE EVALUATION ADDENDUM

EMPLOYEE:           Ofc. Jeffrey Hill

EVALUATOR:          Lt. Elmer M. Setting

SENIORITY DATE:     September 28, 1992

REVIEW DATE:        May 28, 2003

EVALUATION PERIOD:  May 28, 2002 through May 28, 2003

### EVALUATOR'S COMMENTS

**Section D:**

This evaluation encompasses the period that you have been under my supervision from May 28, 2002 to May 28, 2003.

### SECTION C-1: MANDATORY FACTORS

1. **Attendance:**

During this evaluation period, you have missed no days of work due to sickness. You have recognized the importance of reporting to work to assure adequate staffing levels and uninterrupted service to the public. You are punctual when reporting for duty and will remain after hours when it is required. This dedication to the department does not go unnoticed.

You have earned an **Outstanding** rating in this category.

2. **Quality of Work:**

The quality of your work is commendable. Your reports, memorandums and correspondence are legible, very accurate and complete. You have never been late with correspondence, reports or memorandums

You have earned a **Very good** rating in this category.

### 3. Work Habits:

When you are at work, you are always conscious of your time management and professional demeanor. You are a self-starter and need no direction in completing assignments. You report for duty early every day, allowing yourself enough time to properly prepare your gear and mount. When on patrol you generate a significant amount of self-initiated activity.

You have earned a **Very good** rating in this category.

### 4. Initiative:

Your initiative is recognized in your constant self-initiated investigations when on patrol. Also, it is noted the amount of time you spend working with your horse and taking care of your gear.

You have earned a **Very good** rating in this category.

### 5. Dependability:

When you are given an assignment, you can be counted on to complete it in a timely fashion. You are able to handle your assignments in an effective and efficient manner. Very often you have been asked to change your schedule and work weekends without supervision and you can always be counted on. When given difficult assignments you have always managed to handle any issue without problems or complaint.

You have earned an **Outstanding** rating in this category.

### 6. Relations with Other Employees:

The nature of our job requires us to work with other employees under varied and often hectic circumstances. You have always shown an excellent working relationship with other officers. You are, without a doubt, the type of officer that is willing to help a brother or sister officer.

You have an earned an **Outstanding** rating in this category.

### 7. Quantity of Work:

You are consistent in your quantity of work; when you are on patrol you always generate self-initiated activity. In the Mounted Patrol it can become difficult to find violations due to the high visibility of the horses. You always manage to keep finding investigations and ways to help the community.

You have earned an **Outstanding** rating in this category.

### 8. Adaptability:

Your ability to handle changes in Mounted Patrol procedures, administrative duties and training situations is to be commended.

You have earned a **Very Good** rating in this category.

### 9. Judgment and Common Sense:

Your decisions are based on departmental policy, county, state and federal laws, and a complete evaluation of the situation at hand. A Mounted Officer is constantly put in crowd situations where judgment and common sense make the difference between order and chaos. As a Mounted Officer, you have always made excellent judgment calls and used common sense in crowd situations.

You have earned a **Very good** rating in this category.

## C-2 OPTIONAL FACTORS

### 1. Public Contact:

Public contact is a huge part of being a Mounted Patrol Officer and you excel in this area. It is your ability to communicate with both citizens and officers that puts you a cut above the average. You are always professional and helpful to all citizens. It is your calm, professional demeanor that has resolved many incidents that could have been explosive.

You have earned an **Outstanding** rating in this category.

### 2. Planning and Organizing Work:

You are very effective in prioritizing and organizing your assignments. You complete your assignments in a timely and efficient manner. You do not have to be reminded to maintain deadlines or daily assignments.

You have earned a **Very good** in this category.

3. **Communications:**

Your reports and memorandums are concise and very accurate. You are able to explain your actions and thoughts very effectively, both orally and in writing. It is easy to read and understand your reports, documents, etc

You have earned a **Very good** rating in this category

## EMPLOYEE DEVELOPMENT

Your initiative and attention to detail are an asset to this unit. I respect your abilities and am thankful for the assistance and support you have provided thus far.

Continue to increase your knowledge of departmental procedures, investigative techniques and criminal law. Also, you should continue to educate yourself departmentally and professionally as you seek promotional opportunities.

Maintain your outstanding work ethic, positive attitude and your willingness to help and teach others. Each officer must seek out the role for which he or she is best suited, and the department receives maximum benefit.

# EMPLOYEE PERFORMANCE REPORT

## SECTION A  PERSONNEL INFORMATION

| NAME (LAST) | (FIRST) | (MIDDLE) | DATE OF THIS REPORT |
|---|---|---|---|
| Hill | Jeffrey | D. | 08-27-04 |

| TITLE | DEPARTMENT | DIVISION | ANNIVERSARY DATE |
|---|---|---|---|
| Officer First Class | Police | Mounted | 9-28-92 |

## SECTION B  TYPE OF REPORT

- [X] ANNUAL
- [ ] SPECIAL
- [ ] PROBATIONARY (STATUS)
- [ ] PROBATIONARY (FINAL)

## SECTION C  PERFORMANCE FACTORS

Performance Factors evaluated "Needs Improvement" or "Unsatisfactory" must be explained in comments section

### C-3 PERFORMANCE LEVEL — INDICATE BY AN "X" MARK

### C-1 MANDATORY FACTORS  EXAMINE ALL MANDATORY FACTORS

| Factor | UN-SATISFACTORY | IMPROVEMENT NEEDED | SATISFACTORY | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|---|
| 1. Attendance: Absenteeism; punctuality; remaining on the job. | | | | | X |
| 2. Quality of work: Accuracy; Neatness; Thoroughness; Competence. | | | | | X |
| 3. Work Habits: Observes work and Safety rules; follows Instructions. | | | | X | |
| 4. Initiative: Self Starter; finds work to do; self motivated. | | | | X | |
| 5. Dependability: The degree to which the employee can be relied upon to get the job done. | | | | | X |
| 6. Relations with other employees: Cooperativeness; ability to get along with co-workers. | | | | | X |
| 7. Quantity of work: Amount of acceptable work accomplished. | | | | X | |
| 8. Adaptability: Ability to adjust to new or different assignments. | | | | | X |
| 9. Judgement and common sense: Ability to make sound decisions and take correct action. | | | | | X |

### C-2 OPTIONAL FACTORS  EVALUATE OPTIONAL FACTORS APPROPRIATE TO JOB

| Factor | UN-SATISFACTORY | IMPROVEMENT NEEDED | SATISFACTORY | VERY GOOD | OUTSTANDING |
|---|---|---|---|---|---|
| 1. Public Contact: Manner in dealing with and helping the public. | | | | | X |
| 2. Planning and Organizing work: Effective and efficient utilization of time and resources. | | | | | X |
| 3. Communications (Oral and written): Effective expression; how well ideas are understood by others. | | | | | X |
| 4. Supervisory Ability: Leadership; getting work done through others; training subordinates. | | | | | |
| 5. Management Ability: Effective and economical management of Dept, Div. or Programs. | | | | | |
| 6. Other (Specify) | | | | | |

## SECTION D  EVALUATOR'S COMMENTS    Attach additional sheets if necessary

See Attached Addendum

## SECTION E  EMPLOYEE DEVELOPMENT

Give suggestions as to what employees can do to develop or improve performance and what the evaluator can do to assist him.

See Attached Addendum

## SECTION F  OVERALL EVALUATION

The overall evaluation should be consistent with the above factor ratings and comments.

**F-1 ANNUAL**
- [X] Satisfactory or above. Employee is eligible for annual merit increase.
- [ ] Improvement needed. Performance is less than satisfactory; employee must be given a special rating in 3 months to re-determine eligibility for annual merit increase.

**F-2 SPECIAL**
- [ ] Satisfactory or above.
- [ ] Unsatisfactory.

NOTE: If the rating is to determine employee's eligibility for an annual merit increase, a rating of satisfactory makes him eligible, a rating of unsatisfactory makes him ineligible.

**F-3 PROBATIONARY (Status)**
- [ ] Satisfactory or above. Satisfactory progress is being made towards completing probationary period.
- [ ] Improvement needed. Performance must improve in order to satisfactorily complete probationary period.

**F-4 PROBATIONARY (Final)**
- [ ] Satisfactory or above. Employee is eligible for permanent appointment.
- [ ] Unsatisfactory. Employee is ineligible for permanent appointment.

| SECTION G  SIGNATURE OF EVALUATOR | DATE | SECTION J  SIGNATURE OF EMPLOYEE | DATE |
|---|---|---|---|
| [signed] | 08-27-04 | OFC. [signed] 2390 | 9-8-04 |

| SECTION H  SIGNATURE OF REVIEWER | DATE | SECTION K  EMPLOYEE'S COMMENTS |
|---|---|---|
| Capt. Mark [signed] 2268 | 8-30-04 | |

| SECTION I  SIGNATURE OF DEPARTMENT HEAD | DATE | |
|---|---|---|
| [signed] 2276 | 9/2/04 | [ ] Check here if you would like to discuss report with reviewer. |

On signing this report, I certify that it was discussed with me. I do not necessarily agree with the evaluator's conclusions.

- [ ] Employee
- [ ] Personnel
- [ ] Department

0000006

New Castle County Police
Employee Performance Report
OFC. Jeffrey D. Hill

This evaluation encompasses the period of 5-28-03 to 5-28-04. I have been your supervisor in the Mounted Unit from September 1, 2004 until present. During that period of time I have had the opportunity to observe you in many capacities. When I have been on vacation you have substituted as the acting sergeant of the Mounted and Parks Units. You have proven that you are not only a capable police officer, but also have the ability to supervise. It can sometimes be difficult to supervise your peers in temporary situations but you handled the transition well and adapted easily to your new responsibilities. I felt at ease when absent from work knowing that you were attending to the units' daily assignments and duties.

You have not used any sick time during this evaluation period and I have knowledge of you reporting to work when you clearly were not feeling well. Your dedication has not gone unnoticed.

You are dependable and very flexible. You have always willingly adjusted to the ever changing schedule the Mounted Unit is subjected to. When assignments have been altered at the last minute you are understanding and adjust your priorities accordingly. You are a hard worker and have always produced good results when working.

You relate well to all citizens of the communities we serve and I have observed you to be friendly, courteous, and informative at the many demonstrations we attend. Your relationship with co-workers can only be described as excellent. You are constantly helping your partners and are an example of a team player, something which is mandatory in this unit.

Your written and oral communications are outstanding. You are articulate and your reports and other paperwork are virtually without flaw. You represent the New Castle County Police in a positive way when you communicate with the public and are always appropriate with all age groups.

You accept the additional responsibilities the Mounted Unit requires without complaint. You work in extreme conditions while riding the horses in the summer and winter, something that can cause additional strain on your work day. However, I have never heard you complain and are always willing to tackle your daily assignments.

You are a good rider and have a great relationship with your mount, Darby. You have established a level of trust with him and therefore he is willing to work for you effectively. I was able to witness this bond between you and your mount at the University of Delaware Championship Game. Amongst thousands of people and the pandemonium of the event in general, you were able to maintain a level of calm with your mount. You effectively moved thousands of people off of the playing field while keeping yourself, partners, other police officers on the ground, and the civilians safe from harm. You should be commended for a job well done that day. Clearly all of the training you have done with your mount has paid off.

In summary, OFC. Hill you have worked for the New Castle County Police for almost twelve years, with the majority of the time being served as a patrol officer. You have adjusted to your new assignment successfully and I believe you to be an excellent police officer. Remember that riding is a continual learning process and there is never any one right approach to every situation. Keep an open mind to different training techniques and constantly educate yourself on horsemanship. Your riding can only get better with training and new approaches. I encourage you to become more involved in the administrative side of the job. You should consider testing for Sergeant at the next posting and request management and supervisory training as it becomes available.

I have enjoyed working with you the last year and look forward to another successful year.

# EMPLOYEE PERFORMANCE REPORT

## SECTION A  PERSONNEL INFORMATION

| NAME (LAST) | (FIRST) | (MIDDLE) | DATE OF THIS REPORT |
|---|---|---|---|
| Hill | Jeffrey | D. | 03-17-06 |

| TITLE | DEPARTMENT | DIVISION | ANNIVERSARY DATE |
|---|---|---|---|
| Corporal | Police | MPU | 09-28-92 |

## SECTION B  TYPE OF REPORT

[X] ANNUAL
[ ] SPECIAL
[ ] PROBATIONARY (STATUS)
[ ] PROBATIONARY (FINAL)

## SECTION C  PERFORMANCE FACTORS

Performance Factors evaluated "Needs Improvement" or "Unsatisfactory" must be explained in comments section

### C-3 PERFORMANCE LEVEL (INDICATE BY AN "X" MARK)

**C-1 MANDATORY FACTORS  EXAMINE ALL MANDATORY FACTORS**

| Factor | UN-SATISFACTORY | IMPROVEMENT NEEDED | SATISFACTORY | VERY GOOD | OUT-STANDING |
|---|---|---|---|---|---|
| 1. Attendance: Absenteeism; punctuality; remaining on the job. | | | | | X |
| 2. Quality of work: Accuracy; Neatness; Thoroughness; Competence. | | | | | X |
| 3. Work Habits: Observes work and Safety rules; follows instructions. | | | | X | |
| 4. Initiative: Self Starter; finds work to do; self motivated. | | | X | | |
| 5. Dependability: The degree to which the employee can be relied upon to get the job done. | | | | X | |
| 6. Relations with other employees: Cooperativeness; ability to get along with co-workers. | | | | X | |
| 7. Quantity of work: Amount of acceptable work accomplished. | | | X | | |
| 8. Adaptability: Ability to adjust to new or different assignments. | | | | | X |
| 9. Judgement and common sense: Ability to make sound decisions and take correct action. | | | | X | |

**C-2 OPTIONAL FACTORS  EVALUATE OPTIONAL FACTORS APPROPRIATE TO JOB**

| Factor | UN-SATISFACTORY | IMPROVEMENT NEEDED | SATISFACTORY | VERY GOOD | OUT-STANDING |
|---|---|---|---|---|---|
| 1. Public Contact: Manner in dealing with and helping the public. | | | | | X |
| 2. Planning and Organizing work: Effective and efficient utilization of time and resources. | | | | | X |
| 3. Communications (Oral and written): Effective expression; how well ideas are understood by others. | | | | | X |
| 4. Supervisory Ability: Leadership; getting work done through others; training subordinates. | | | | | |
| 5. Management Ability: Effective and economical management of Dept., Div. or Programs. | | | | | |
| 6. Other (Specify) | | | | | |

## SECTION D  EVALUATOR'S COMMENTS
Attach additional sheets if necessary

See attached for details.

## SECTION E  EMPLOYEE DEVELOPMENT
Give suggestions as to what employees can do to develop or improve performance and what the evaluator can do to assist him.

See attached for details

## SECTION F  OVERALL EVALUATION
The overall evaluation should be consistent with the above factor ratings and comments.

**F-1  ANNUAL**
[X] Satisfactory or above. Employee is eligible for annual merit increase.
[ ] Improvement needed. Performance is less than satisfactory: employee must be given a special rating in 3 months to re-determine eligibility for annual merit increase.

**F-2  SPECIAL**
[ ] Satisfactory or above.
[ ] Unsatisfactory.
NOTE  If the rating is to determine employee's eligibility for an annual merit increase, a rating of satisfactory makes him eligible, a rating of unsatisfactory makes him ineligible.

**F-3  PROBATIONARY (Status)**
[ ] Satisfactory or above. Satisfactory progress is being made towards completing probationary period.
[ ] Improvement needed. Performance must improve in order to satisfactorily complete probationary period.

**F-4  PROBATIONARY (Final)**
[ ] Satisfactory or above. Employee is eligible for permanent appointment.
[ ] Unsatisfactory. Employee is ineligible for permanent appointment.

| SECTION G  SIGNATURE OF EVALUATOR | DATE 3-17-06 | SECTION J  SIGNATURE OF EMPLOYEE CPL. [signature] 2396 | DATE 4-20-06 |
|---|---|---|---|
| SECTION H  SIGNATURE OF REVIEWER [signature] | DATE 4-3-06 / 4/3/06 | SECTION K  EMPLOYEE'S COMMENTS  SEE ATTACHED MEMO REFERENCE COMMENTS | |
| SECTION I  SIGNATURE OF DEPARTMENT HEAD [signature] | DATE 4/7/06 | [ ] Check here if you would like to discuss report with reviewer. | |

On signing this report, I certify that it was discussed with me. I do not necessarily agree with the evaluator's conclusions.

[ ] Employee     [ ] Personnel     [ ] Department

0000009

# New Castle County Police
# Employee Performance Report
# CPL. Jeff Hill #2390

This evaluation encompasses the period of 5-23-04 to 5-23-05. I have been your supervisor in the Mounted Unit during this period of time. When I have been on vacation or assigned other tasks aside from the Mounted Unit, you have substituted as acting sergeant during this evaluation period.

For the most part, you have handled your status of acting sergeant appropriately. However, there was one day in December 2004 where you did not follow through with a direct order from myself. I was on vacation and entrusted you with the supervisory responsibilities of the unit for that day. The colonel had given the mounted unit strict orders to respond out to the area of Rte. 9, Memorial Drive corridor and no other area until further notice. He stated he did not want the unit to attend any other activities or assignments other than that area and he requested strict enforcement while on patrol. I relayed this information to you and all members of the unit prior to leaving for vacation. During that day I discovered the mounted unit was not in the assigned area. I spoke with you telephonically and questioned why the officers were not on their horses in the aforementioned area. You replied the civilian employee, Conrad DeMatteis, had asked that the radar units be calibrated. I informed you there were other times this could be done, and it did not take the entire unit to accomplish this task. I instructed you to have officers respond out to their assigned area as soon as possible. Due to the delay in their assignment, officers were on patrol on their mounts for a very short period of time that day. I do not believe you made a good decision as an acting supervisor on this particular date.

You have not used any sick time during the aforementioned period of time and for this, you should be commended. The mounted unit is exposed to elements patrol officers do not experience on a daily basis. You have worked on extremely hot days, cold blustery temperatures, as well as in rainy conditions. You have been on your mount during these not so friendly weather conditions with no reprieve from a patrol car or other shelter. As a result, everyone in the unit experiences sickness, as have you, but you

always report for duty no matter how you feel. Other than an occasional delay due to traffic problems, you have reported to work on time.

You have continued to be flexible in shift changes. The mounted unit, although not on call, is often asked to work different shifts at short notice due to unforeseen circumstances. You have always accommodated the department by adjusting your shift and work assignment according to need.

You relate well to the public in whatever capacity you are working in. You are friendly and informative to those who are interested in your career and mount, and firm but professional with violators of the law. You understand the importance of the mounted unit being a public relations tool and also an enforcer of the law at the same time.

Your written and oral communication skills are very good. I rarely returned paper work to you for correction. When you speak with the public, other officers and officials, you are articulate and professional.

Regarding the quantity of work and your general initiative, I had discussed with you during this evaluation period that I would like to see you become more proactive. Since coming to the mounted unit in the fall of 2004, one of my main goals was to make the mounted unit more operational and proactive in the communities it is assigned to. I explained to you and everyone else in the unit that since the unit is not complaint driven and is highly visible, daily contacts should be considerably higher than officers assigned to patrol. The neighborhoods the unit is usually assigned to are in dire need of deliberate monitoring. Statistics provided to the unit by the crime analysis unit demonstrate the level of crime and disruption the communities are experiencing at the time. Therefore, the mounted unit has been directed to initiate a zero tolerance approach to these communities to deter further crime and improve the quality of life for the citizens living in those areas. This can be accomplished easily by officers on their mounts and it has been proven time and time again that while the mounted unit is in these neighborhoods, crime does decline. I depend on every officer in the unit to maintain the same quality of service on a daily basis and there were several times where you were not policing at the same level as your peers. It did not happen often and after I spoke to you, in fact, your daily contacts did increase.

Your relationship with your peers has been very good during this evaluation period. For the most part, you have worked with them and considered their own personal issues regarding weekend assignments, evening shifts, and change in work shift. You have exercised good common sense while working with your peers on patrol and have provided them with appropriate support.

In conclusion, during this evaluation period you have served the mounted unit well. You have proven to be a good officer who is adaptable and executes common sense decisions. You have been entrusted with temporary supervisory responsibilities and asked to police areas of the county plagued with crime. You have executed orders appropriately and responded to assignments without complaint. Continue to diversify yourself and look to make some good quality arrests. Remember, proactive policing is the main approach to producing good quality arrests.

# New Castle County

# Police Department

# Memorandum

**To:** LT. COLONEL W. SCOTT McLAREN
     ACTING CHIEF OF POLICE

**Through:** CHAIN OF COMMAND

**From:** CPL. JEFFREY D. HILL #2390

**Subject:** ATTACHMENT TO 2005 EVALUATION

**Date:** APRIL 20, 2006

---

Sir,
This memo is in reference to page two paragraph two of writers 2005 evaluation. In this paragraph Sgt. Hyden states that writer did not follow a direct order given by her in December of 2004.
On this date in December 2004 writer was aware that the Mounted unit was to be in the Rt-9 Memorial drive area. And do recall Sgt. Hyden telling myself and the unit this.
On the morning in question Ofc. Brown received a telephone call in the Mounted office from Conrad Dematteis. Conrad told Ofc. Brown that he and writer had a scheduled meeting at the Duncan road office to get their radar units calibrated. Conrad also advised that this meeting at Duncan road had already been scheduled by Ofc. Henasey and that it was imperative that we attend due to the company who does the caliberating coming from New Jersey and was only available once a month. Ofc. Brown then relayed this information to writer.
Writer then made the decision as the acting Sergeant to have himself and Ofc. Brown respond to Duncan road for this calibration. (which took approximately one hour). During this time writer advised the rest of the unit to respond to the assignment in the Rt-9 area and that he and Ofc. Brown would be joining them after calibration was complete. As soon as the calibration was complete writer and Ofc. Browm immediately responded to the Rt-9 area and joined the unit with the assignment.
In writers evaluation Sgt. Hyden stated that it did not take the entire unit to accomplish the task of vehicle calibrations. I assure you that the only two people who conducted

vehicle calibrations were myself and Ofc. Brown. The rest of the Mounted unit responded to their assignment as directed. Writer is not sure why Sgt. Hyden believes the entire unit was involved in vehicle calibrations.

Writer did not disregard a direct order by Sgt. Hyden but made a supervisory decision on the date in question. Writer believes it was the correct one. This assignment only took approximately one hour by writer and Ofc. Brown and did not impact the entire unit.

0000014

# EMPLOYEE PERFORMANCE REPORT

## SECTION A  PERSONNEL INFORMATION

| NAME (LAST) | (FIRST) | (MIDDLE) | DATE OF THIS REPORT |
|---|---|---|---|
| Hill | Jeffrey | D. | 06-12-06 |

| TITLE | DEPARTMENT | DIVISION | ANNIVERSARY DATE |
|---|---|---|---|
| Corporal | Police | MPU | 09-28-92 |

## SECTION B  TYPE OF REPORT

- [X] ANNUAL
- [ ] SPECIAL
- [ ] PROBATIONARY (STATUS)
- [ ] PROBATIONARY (FINAL)

## SECTION C  PERFORMANCE FACTORS

Performance Factors evaluated "Needs Improvement" or "Unsatisfactory" must be explained in comments section

### C-1 MANDATORY FACTORS  EXAMINE ALL MANDATORY FACTORS

C-3 PERFORMANCE LEVEL — INDICATE BY AN "X" MARK

| Factor | UN-SATISFACTORY | IMPROVEMENT NEEDED | SATISFACTORY | VERY GOOD | OUT-STANDING |
|---|---|---|---|---|---|
| 1. Attendance: Absenteeism; punctuality; remaining on the job. | | | | | X |
| 2. Quality of work: Accuracy; Neatness; Thoroughness; Competence. | | | | | X |
| 3. Work Habits: Observes work and Safety rules; follows instructions. | | | | X | |
| 4. Initiative: Self Starter; finds work to do; self motivated. | | X | | | |
| 5. Dependability: The degree to which the employee can be relied upon to get the job done. | | | X | | |
| 6. Relations with other employees: Cooperativeness; ability to get along with co-workers. | | X | | | |
| 7. Quantity of work: Amount of acceptable work accomplished. | | | X | | |
| 8. Adaptability: Ability to adjust to new or different assignments. | | | | X | |
| 9. Judgement and common sense: Ability to make sound decisions and take correct action. | | | X | | |

### C-2 OPTIONAL FACTORS  EVALUATE OPTIONAL FACTORS APPROPRIATE TO JOB

| Factor | UN-SATISFACTORY | IMPROVEMENT NEEDED | SATISFACTORY | VERY GOOD | OUT-STANDING |
|---|---|---|---|---|---|
| 1. Public Contact: Manner in dealing with and helping the public. | | | | | X |
| 2. Planning and Organizing work: Effective and efficient utilization of time and resources. | | | X | | |
| 3. Communications (Oral and written): Effective expression; how well ideas are understood by others. | | | | | X |
| 4. Supervisory Ability: Leadership; getting work done through others; training subordinates. | | | | | |
| 5. Management Ability: Effective and economical management of Dept., Div. or Programs. | | | | | |
| 6. Other (Specify) | | | | | |

## SECTION D  EVALUATOR'S COMMENTS    Attach additional sheets if necessary

See attached

## SECTION E  EMPLOYEE DEVELOPMENT    Give suggestions as to what employees can do to develop or improve performance and what the evaluator can do to assist him.

See attached

## SECTION F  OVERALL EVALUATION    The overall evaluation should be consistent with the above factor ratings and comments.

### F-1 ANNUAL
- [X] Satisfactory or above. Employee is eligible for annual merit increase.
- [ ] Improvement needed. Performance is less than satisfactory: employee must be given a special rating in 3 months to re-determine eligibility for annual merit increase.

### F-2 SPECIAL
- [ ] Satisfactory or above.
- [ ] Unsatisfactory.

NOTE  If the rating is to determine employee's eligibility for an annual merit increase, a rating of satisfactory makes him eligible, a rating of unsatisfactory makes him ineligible.

### F-3 PROBATIONARY (Status)
- [ ] Satisfactory or above. Satisfactory progress is being made towards completing probationary period.
- [ ] Improvement needed. Performance must improve in order to satisfactorily complete probationary period.

### F-4 PROBATIONARY (Final)
- [ ] Satisfactory or above. Employee is eligible for permanent appointment.
- [ ] Unsatisfactory. Employee is ineligible for permanent appointment.

| SECTION G  SIGNATURE OF EVALUATOR | DATE | SECTION J  SIGNATURE OF EMPLOYEE | DATE |
|---|---|---|---|
| Sgt. Nicole Hyden | 06-12-06 | CPL. [signature] 2390 | 7-19-06 |

| SECTION H  SIGNATURE OF REVIEWER | DATE |
|---|---|
| [signature] | 06/26/06 |

SECTION K  EMPLOYEE'S COMMENTS
DISAGREE WITH EVALUATION.
SEE ATTACHED MEMO.

| SECTION I  SIGNATURE OF DEPARTMENT HEAD | DATE |
|---|---|
| [signature] | 7/5/06 |

[X] Check here if you would like to discuss report with reviewer.

On signing this report, I certify that it was discussed with me. I do not necessarily agree with the evaluator's conclusions.

- [ ] Employee
- [ ] Personnel
- [ ] Department

0000015

# New Castle County Police
# Employee Performance Report
# CPL. Jeff Hill #2390

## EVALUATOR'S COMMENTS

This evaluation encompasses the period of 5-28-05 to 5-28-06. I have been your supervisor in the Mounted Unit during this period of time until March, 2006, when you were transferred to Patrol Squad C.

You have not used any sick time during the aforementioned period of time and for this, you should be commended. You received an "outstanding" in this section of your evaluation.

You continued to be flexible in shift changes and assignments during this evaluation period. You have always accommodated the department by adjusting your shift and work assignment according to need.

You relate well to the public in whatever capacity you are working in. You are friendly and informative to those who are interested in your career and mount, and firm but professional with violators of the law. You understand the importance of the mounted unit being a public relations tool and also an enforcer of the law at the same time.

Your written and oral communication skills are very good. I rarely returned paper work to you for correction. Your reports, traffic citations, and other paperwork are consistently thorough, easy to read, and free of errors.
When you speak with the public, other officers and officials, you are articulate and professional.

Regarding the quantity of work and your general initiative, I had discussed with you last evaluation period that I would like to see you become more proactive in your daily contacts while on patrol. I also mentioned your lack

of teamwork. I had a subsequent discussion with you about this same issue in the fall of 2005. I stressed the importance of proactive policing while in the unit and working at a similar level as your peers. I also discussed with you that you lacked the spirit of team work the mounted unit demands. I reiterated the importance of helping other members of the unit in day to day responsibilities and taking note of when others could use assistance. However, during this evaluation period there were some instances where you failed to execute a teamwork style of working. You have also demonstrated an inability to consider how your work ethic affects others in the unit. Some examples are:

Summer 2005- I advised you in the morning, after roll call, that you had 2 reports not received and to handle same within a reasonable amount of time. I then responded to the Operational meeting at headquarters at 0900 hours. You and the remainder of the unit were assigned to respond to Manor Park that date on mounts and when I left, all officers were preparing to leave for their assignment. After the OPS meeting was completed, I responded to the Manor Park area to speak to members of the unit. It was at that time I discovered officers had not yet been on their mounts and were still at the trailers. I inquired as to why there was a long delay and was told that you had held them up while researching your reports not received. This was a poor judgment call which ultimately delayed an entire unit from its assignment. You were aware that at the end of every day you are given at least an hour for administrative duties. Furthermore, during this period of time, you frequently rode with Ofc. Guyton, who had permission to return earlier to the stables to ultrasound his mount's leg. This allowed for even more available time for you to complete this very simple task.

Fall 2005- The entire unit was assigned to assist the M.E.T. with search warrant and arrest warrant executions. The assignment also included patrol and C.S.U.. Myself, and three other officers were assigned to respond out on mounts. You were designated as the officer riding the all terrain vehicle. As you are aware, preparing a mount for patrol takes considerably more time and preparation than an a.t.v.. On that particular date, Ofc. Guyton needed to ultrasound his mount's leg and Ofc. Henasey had a court appearance at JP Court, making those two officers unavailable to help ready their mounts. Therefore, four horses needed to be cleaned, tacked up and their gear loaded onto the trailers. The trailers also needed to be hayed and watered. Ofc. Brown and myself completed all of these tasks hurriedly while you could not be located. I later found you in the office, fully dressed in your uniform,

0000017

calls staring unhappily at the ground while issues were being discussed and, you appeared generally unenthused. Additionally, other officers noticed your daily contacts were consistently low. They also expressed discontent when you failed to recognize their need for assistance. Because the mounted unit is such a small group of officers with a great expectancy for success, a high level of morale is imperative. You did not contribute to the raising of spirits and morale in the unit due to the aforementioned issues.

## EMPLOYEE DEVELOPMENT

Cpl. Hill, I encourage you to work on your initiative while in your new assignment. While assigned to S.P.U. in patrol division, there are many opportunities for you to positively influence the officers you work with as well as establish a good relationship with the community you serve. S.P.U. allows for a similar approach to the mounted unit in that the complaint load is not as high, allowing for proactive policing approaches. Additionally, the communities are tight knit and smaller, allowing for a good positive rapport with the residents. With your amount of seniority and experience, you have the ability to motivate the younger officers assigned to your area. You have a minimum of 6 years remaining with New Castle County Police. With a renewed approach and outlook, there are plenty of opportunities for you to excel.

# New Castle County

# Police Department

# Memorandum

**To:** LT. COLONEL W. SCOTT McLAREN
ACTING CHIEF OF POLICE

**Through:** CHAIN OF COMMAND

**From:** CPL. JEFFREY D. HILL #2390

**Subject:** ATTACHMENT TO 2006 EVALUATION

**Date:** JULY 19, 2006

---

Sir,
There are several issues brought up in the comment section of my 2006 evaluation that do not reflect writer's work ethic at all. Writer believes these negative comments were only made by Sgt. Hyden due to the complaint writer made against her in Oct. 2005.
Writer did inquire about the comments when writer received this evaluation but Sgt. Hyden would not directly respond to writer's questions. Sgt. Hyden stated writer should put them in memo form. Once again the communication between writer and Sgt. Hyden has broken down.
Writer also believes if these issues that Sgt. Hyden quotes were truly issues they should have all been brought to writer's attention throughout the year (which they were not) and not just during a yearly evaluation.

0000019