*Jeffrey D. Hill v. New Castle County, et al.*
C. A. No. 07-228 (GMS)
Plaintiff's Answering Brief In Opposition Of Defendants' Motion For Summary Judgment

# APPENDIX H

New Castle County Division of Police
Traffic
Directive 61

2. Operational Procedures:

   a. All operators shall perform the necessary calibration tests in accordance with the guidelines set forth by Superior Court and the recommendations specified by the radar manufacturer.

   b. A Radar Log shall be maintained by the radar operator and kept in the vehicle in which the unit is installed. **(61.1.9.b)**

3. Proper Care and Upkeep:

   a. Radar equipment shall be maintained by the Traffic Services Unit (TSU).

      1) The Fleet Manager shall coordinate the regular maintenance, calibration, and repair of all agency radar units.

         a) All agency radar units and tuning forks shall be certified annually by the designated agency or vendor.

         b) Radar tuning forks will be kept with the radar unit to which they were assigned.

         c) Radar units assigned to a particular vehicle shall remain in the assigned vehicle unless authorized for reassignment.   **(61.1.9.c, d)**

   b. Police vehicle speedometers shall be certified by the Traffic Services Unit through the use of radar.

      1) The radar unit will be placed in service for this purpose in the same manner as is consistent with current training and court decisions regarding the use of radar as a speed measuring device. **(61.1.9.d)**

4. Operator Training and Certifications:

   a. Personnel operating radar will be certified as radar operators after successful completion of a 40-hour National Highway Traffic Safety Association (NHTSA) course.

***CONFIDENTIAL INFORMATION Protected by and subject to the Joint Proposed Confidentiality Stipulation and Order ordered on June 11, 2008 by Hon. Gregory M. Sleet in Case No. 07-228***