*Jeffrey D. Hill v. New Castle County, et al.*
C. A. No. 07-228 (GMS)
Plaintiff's Answering Brief In Opposition Of Defendants' Motion For Summary Judgment

# APPENDIX K

*[Handwritten at top: "THIS DOCUMENT WAS PROVIDED AT GRIEVANCE #1 THE NUMBERS ARE WRONG!"]*

# Mounted Unit Statistics

## October thru December 2004:

| Hill | 32 contacts |
|---|---|
| Hoff | 100 |
| Guyton | 80 |
| Henasey | 102 |
| Brown | 79 |

*[Handwritten note: "TIMESHEETS PRIOR TO DEC 2004 WERE NOT COMPUTERIZED THEREFORE THEY WERE NOT SAVED. THESE NUMBERS COULD NOT BE VERIFIED"]*

Weekend days worked:
| Hill | 1 |
|---|---|
| Hoff | 5 |
| Guyton | 3 |
| Henasey | 5 |
| Brown | 5 |

## January thru April 2005:

*[Handwritten: "WRONG"]*  *[Handwritten: "ONLY FEB & APRIL = 45 CONTACTS"]*

| Hill | 24 contacts |
|---|---|
| Hoff | 98 |
| Guyton | 27 |
| Henasey | 59 |
| Brown | 43 |

Weekend days worked:
| Hill | 3 |
|---|---|
| Hoff | 4 |
| Guyton | 2 |
| Henasey | 4 |
| Brown | 4 |

## May thru August 2005:

Hill      63 contacts    ACTUAL = 72
Hoff      165
Guyton    113
Henasey   157
Brown     96

Weekend days worked:
Hill      1
Hoff      2
Guyton    3
Henasey   1
Brown     4