*Jeffrey D. Hill v. New Castle County, et al.*
C. A. No. 07-228 (GMS)
Plaintiff's Answering Brief In Opposition Of Defendants' Motion For Summary Judgment

# APPENDIX M

Case 1:07-cv-00228-GMS   Document 42-24   Filed 07/15/2008   Page 2 of 2

**CHRISTOPHER A. COONS**
COUNTY EXECUTIVE

**GUY H. SAPP**
DIRECTOR OF PUBLIC SAFETY



### DEPARTMENT OF POLICE
# Memorandum
### #06-040

TO:         ALL POLICE PERSONNEL

FROM:    MAJOR STUART A. SNYDER  n/col. AA.
              ACTING CHIEF OF POLICE

SUBJECT: <u>PERSONNEL TRANSFERS</u>

DATE:     MARCH 13, 2006

---

### TO BE READ AT ALL ROLL CALLS

On <u>Monday, March 20, 2006</u>, 0001 hours, the below-listed transfers will become effective:

**Cpl. Jeffrey Hill** from the Mounted Patrol Unit to Patrol, Squad C.

**Cpl. Joseph Lavelle** from Patrol, Squad D, to the Evidence and Supply Unit.

**Cpl. Christian Stamm** from Patrol, Squad A, to the Police Athletic League.

**Cpl. Rosemarie Williams** from Patrol, Squad C, to the Mounted Patrol Unit – TDY.

**OFC Seth Polk** from Patrol, Squad C, to the Criminal Investigations Unit, Property Squad.

**OFC Wesley Reynolds** from the Police Athletic League to Patrol, Squad A.

**Detective Gustavo Zeissig** from the Criminal Investigations Unit, Property Squad, to Patrol, Squad C.