*Jeffrey D. Hill v. New Castle County, et al.*
C. A. No. 07-228 (GMS)
Plaintiff's Answering Brief In Opposition Of Defendants' Motion For Summary Judgment

# APPENDIX N

# New Castle County
# Employee Grievance Form

```
RECEIVED
APR - 5 2006
CHIEF'S OFFICE
```

**DISTRIBUTION- PART 1**
Original- 2 copies Department Director
1 copy-Union Steward

Today's Date: April 5, 2006

Refer to: *FOP/06-06*

| STEP 1 |
| --- |

### Instructions

PART 1-Employee completes the original and three copies of this form. Send original and two copies to the Director of **YOUR DEPARTMENT.**

Part 2- The Director of the Department will give his decision within _____ working days after the grievance has been submitted to him. The original copy of the form is to be returned to the employee. One copy is sent to the area Steward.

| EMPLOYEE'S NAME<br>Cpl. Jeff Hill 2390 | DEPARTMENT<br>Police | SECTION OF CONTRACT INVOLVED<br>F.O.P. CONTRACT SEC 19a.<br>DISCIPLINARY ACTION |
| --- | --- | --- |

CHECK APPLICABLE BOX

☐ No decision has been rendered in the grievance discussed with the Director of the Dept. on _____

☐ The Grievant is not satisfied with the disposition discussed with the Director of the Dept. on _____

☐ System-wide Grievance

**DESCRIPTION OF THE GRIEVANCE AND REMEDY SOUGHT:**

**SEE ATTATCHED**

EMPLOYEE'S SIGNATURE _Jeff Hill 2390_

AREA STEWARD'S SIGNATURE _Ch. Newell 2286_

HOME ADDRESS
51 Mailly Dr.
Townsend, DE 19734

| PART 2 |
| --- |

| DISTRIBUTION- PART 2<br><br>Original-Employee<br>1 copy-Union Steward | Date received by Director of Department<br><br><br>Decision of Director: |
| --- | --- |

| Date decision presented to Grievant: | Signature |
| --- | --- |

Grievance: Cpl. Jeff Hill, grievant, was summarily transferred from the Mounted Unit to the Patrol Division on March 20, 2006. This transfer was a direct result of having made a complaint against a superior officer, Sgt. A. Nicole Hyden. This transfer is viewed as a form of punishment for having done nothing but report a violation.

Remedy: Re-instate Cpl. Jeff Hill as a Mounted Officer and transfer him back to the Mounted Unit. Ensure that he is treated fairly by any and all supervisors.

# New Castle County
# Employee Grievance Form

RECEIVED

APR - 5 2006

CHIEF'S OFFICE

DISTRIBUTION- PART 1
Original- 2 copies Department Director
1 copy-Union Steward

Today's Date: April 5, 2006_____

Refer to: _FOP/06-07_

| STEP 1 | |
|---|---|
| **Instructions** | Part 2- The Director of the Department will give his decision within _____ working days after the grievance has been submitted to him. The original copy of the form is to be returned to the employee. One copy is sent to the area Steward. |
| PART 1-Employee completes the original and three copies of this form. Send original and two copies to the Director of **YOUR DEPARTMENT.** | |

| EMPLOYEE'S NAME | DEPARTMENT | SECTION OF CONTRACT INVOLVED |
|---|---|---|
| Cpl. Jeff Hill 2390 | Police | F.O.P. SEC. 74 VIA DIRECTIVE 26 SEC 2.18 CONDUCT TOWARD SUBORDINATE OFFICER |

CHECK APPLICABLE BOX

☐ No decision has been rendered in the grievance discussed with the Director of the Dept. on _____

☐ The Grievant is not satisfied with the disposition discussed with the Director of the Dept. on _____

☐ System-wide Grievance

DESCRIPTION OF THE GRIEVANCE AND REMEDY SOUGHT:

SEE ATTATCHED

EMPLOYEE'S SIGNATURE _J.H. 2390_

AREA STEWARD'S SIGNATURE _Cpl. O'Farrell 2282_

HOME ADDRESS
51 Mailly Dr.
Townsend, DE 19734

| PART 2 | |
|---|---|
| DISTRIBUTION- PART 2 | Date received by Director of Department |
| Original-Employee<br>1 copy-Union Steward | Decision of Director: |

| Date decision presented to Grievant: | Signature |
|---|---|
| | |

NCC1501

Grievance: Cpl. Jeff Hill, grievant, was not treated with respect by his superior officer, Sgt. A. Nicole Hyden. On several occasions he was treated in a less than civil manner.

During April 2005 Cpl. Jeff Hill was directed by Sgt. Hyden to drop of mail at HQ, specifically Capt. Setting's office. Cpl. Hill inquired as to where that office was located. Sgt. Hyden made the statement "You should know you spend enough time under the Captain's desk." Another incident occurred in October 2005 at the National Mounted Officer Competition. Cpl. Hill received a first & second place in two of the three categories in the competition. This was a great accomplishment that reflected highly upon the whole unit. Sgt. Hyden did not acknowledge the accomplishment but turned her back and walked away upon notification. To add further insult she chastised Cpl. Hill about the cleanliness of his horse during the competition. She indicated that she was considering having Cpl. Hill clean every horse in the barn. She stated that this was "strike two" and that strike three would be a transfer from the unit.

Remedy: Cpl. Hill should be treated in a fair manner by Sgt. Hyden or any other supervisor that may be in charge of the Mounted Unit. Cpl. Hill Should be reinstated as a Mounted Officer and not made to suffer the punishment of transfer for reporting a superior's mistreatment.

RECEIVED

APR - 5 2006

CHIEF'S OFFICE

# New Castle County
## Employee Grievance Form

| DISTRIBUTION- PART 1 | Today's Date: April 5, 2006 |
|---|---|
| Original- 2 copies Department Director<br>1 copy-Union Steward | Refer to: _FOP/06-08_ |

### STEP 1

**Instructions**

PART 1-Employee completes the original and three copies of this form. Send original and two copies to the Director of YOUR DEPARTMENT.

Part 2- The Director of the Department will give his decision within _____ working days after the grievance has been submitted to him. The original copy of the form is to be returned to the employee. One copy is sent to the area Steward.

| EMPLOYEE'S NAME<br>Cpl. Jeff Hill 2390 | DEPARTMENT<br>Police | SECTION OF CONTRACT INVOLVED<br>F.O.P. Sec. 74 via Merit System<br>Rule 26.03.802 - Evaluation |
|---|---|---|

CHECK APPLICABLE BOX

☐ No decision has been rendered in the grievance discussed with the Director of the Dept. on _____

☐ The Grievant is not satisfied with the disposition discussed with the Director of the Dept. on _____

☐ System-wide Grievance

**DESCRIPTION OF THE GRIEVANCE AND REMEDY SOUGHT:**

SEE ATTATCHED

_JD 2390_

EMPLOYEE'S SIGNATURE _____

AREA STEWARD'S SIGNATURE _Cpl. G. Powell 2282_

| HOME ADDRESS |
|---|
| 51 Mailly Dr.<br>Townsend, DE 19734 |

### PART 2

| DISTRIBUTION- PART 2 | Date received by Director of Department |
|---|---|
| Original-Employee<br>1 copy-Union Steward | Decision of Director: |

| Date decision presented to Grievant: | Signature |
|---|---|

NCC1503

Grievance: Cpl. Jeff Hill, grievant, has not received a performance evaluation due to him as of September 2005. Merit System Rule Sec. 26.03.802 Period of evaluation reads "all employees except temporary workers shall be evaluated annually four (4) months prior to their anniversary date."

Remedy: Provide Cpl. Hill with a performance evaluation immediately and comply with Merit System standards.