*Jeffrey D. Hill v. New Castle County, et al.*
C. A. No. 07-228 (GMS)
Plaintiff's Answering Brief In Opposition Of Defendants' Motion For Summary Judgment

# APPENDIX S

# NEW CASTLE COUNTY

# DEPARTMENT OF PUBLIC SAFETY

# MEMORANDUM

**TO:** CAPTAIN MARK HITCH

**FROM:** CPL. JEFFREY D. HILL  #2390

**SUBJECT:** HARASSMENT AND THREATENING DISCIPLINE

**DATE:** DECEMBER 15, 2005

---

Sir,
Over approximately the past year writer has experienced some harassing and threatening behavior by his supervisor Sgt. Nicole Hyden. This situation became hostile on 10-04-05 when Sgt. Hyden threatened writers position as a Mounted Police Officer.
On this date 10-04-05 Sgt. Hyden requested a meeting with writer in the mounted office. This meeting was taking place one day after the unit had responded back from the national police mounted competition. During this meeting Sgt. Hyden immediately began telling writer he had not done what she requested of him during the competition. This was in reference to the horse writer was using for the competition. (Tonka). Sgt. Hyden stated that writer had not cleaned the horses sheath and that could have cost us the competition. Writer explained that this was an oversight and due to the numerous things writer was preparing for it had slipped his mind. Sgt. Hyden then stated that she was going to make writer clean the sheath of every horse in the barn but changed her mind. Writer then reminded Sgt. Hyden that he had taken first place in the competition and was not sure what she was so angry about. Sgt. Hyden then began telling writer that his statistics in the unit were low and that was also a problem.

Writer then asked Sgt. Hyden why she was bringing theses issues up just a few hours after returning from the competition. Writer felt he performed extremely well placing
first and second in two of three categories against riders from all over the country and Canada. Writer further asked Sgt. Hyden was she considering discipline towards him. Sgt. Hydens response was that you saw what happened to Dave Devine he got transferred out of the parks/mounted unit. Writer then told Sgt. Hyden he felt she was singling him out for some reason and was very disappointed that she would not only threaten his position but also that she had not congratulated him or stated one kind word about his performance at the competition. Sgt. Hyden became very agitated by these words from writer at which time the meeting was ended.

Writer feels that for some reason Sgt. Hyden does not like him on a personal or professional level and has made it very clear on several occasions over the past year.

Writer is requesting a meeting to further elaborate on some of the issues that have been occurring over the past year.

Writer did file a formal complaint with Capt. Setting on 10-26-05 who was the mounted commander at the time.

Writer wants to state for the record that he is dedicated to the mounted patrol as can be attested to in his personal accomplishments in this position.