*Jeffrey D. Hill v. New Castle County, et al.*
C. A. No. 07-228 (GMS)
Plaintiff's Answering Brief In Opposition Of Defendants' Motion For Summary Judgment

# APPENDIX E
# PART 2

**06348**    **Hoff, Darla L.**
Pay Group:    BW1     Dept#:    070320     Location:    P;
Plan/Union:    005/FOP     Grade/Step:    24 / 9     **C POLICE DEPARTMENT**
Pay Run#:    F02     Period Ending:    01/04/2004     **TIME SHEET**
Acct Cd:

*Merit due 1/4/*

## REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| 8 | 8 |   |    |   |     |     | 8 | 8 | 8 |    | 8 |     |     |       |

## SHIFT REGULAR

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## SICK/VACATION     (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## LEAVE HOURS WITH PAY

| | | 4H 4A | 8H | 8AD | | | | | | | 8H | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## LEAVE HOURS WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total: _____ 80

EMPLOYEE SIGNATURE:

SUPERVISOR SIGNATURE:

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 68 |     |     |     |     |     |     | LAD 12 |     |     |     |     |     |     |     |         |     |

MERIT DUE:          DATE REC'D :          TOTAL:          80

NCC3275

**06348**　　**Hoff, Darla L.**

| | |
|---|---|
| Pay Group: | BW1 |
| Plan/Union: | 005/FOP |
| Pay Run#: | F04 |
| Acct Cd: | |

| | |
|---|---|
| Dept#: | 070320 |
| Grade/Step: | 24 / 9 |
| Period Ending: | 01/18/2004 |

Location:

.C POLICE DEPARTMENT
**TIME SHEET**

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | | | 80 |

### SHIFT REGULAR

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### SICK/VACATION   (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### LEAVE HOURS WITH PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### LEAVE HOURS WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2 | 2 | | | | | | | | | 4 |

### SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

Total: ___ 84

EMPLOYEE SIGNATURE:

SUPERVISOR SIGNATURE: _Sgt. N. Chih. Hyc._

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | | | | | | | | | | 4 | | | | | | |
| | | | | | | | | | | | | | | | | |

MERIT DUE:　　　　DATE REC'D :　　　　TOTAL: ___ 84

NCC3276

**06348**
**Hoff,Darla L.**

| | |
|---|---|
| Pay Group: | BWI |
| Plan/Union: | 005/FOP |
| Pay Run#: | F06 |
| Acct Cd: | |

Dept#: 070320
Grade/Step:
Period Ending:
Location:
24 / 10
02/01/2004

# POLICE DEPARTMENT
## TIME SHEET

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | | | 72 |

### SHIFT REGULAR

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

### SICK/VACATION    (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITH PAY

| $8^H$ | | | | | | | | | | | $8^H$ |
|-------|---|---|---|---|---|---|---|---|---|---|-------|

### LEAVE HOURS  WITHOUT PAY

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME STRAIGHT

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME @ TIME & 1/2

| 8 | | | 2 | | | | | | | | 10 |
|---|---|---|---|---|---|---|---|---|---|---|----|

### SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Total: _____ 90

EMPLOYEE SIGNATURE: _____

SUPERVISOR SIGNATURE: Sgt D. DiIlio Myer #2347

#### DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80 | | | | | | | | | | 2 | | 8 | | | | |
| | | | | | | | | | | | | | | | | |

MERIT DUE: _____        DATE REC'D : _____        TOTAL: _____ 90

NCC3277

06348

Pay Group:       **Hoff, Darla L.**
Plan/Union:  BW1     Dept#:  070320
Pay Run#:   005/FOP  Grade/Step:
Acct Cd:     F08      Period Ending:  24 / 10    Location:  P
                                  02/15/2004

# POLICE DEPARTMENT
## TIME SHEET

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
|   | 8 | 8 | 8  | 8 |     |     | 8 | 8 | 8 | 8  | 8 |     |     | 72 |

### SHIFT REGULAR

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### SICK/VACATION   (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### LEAVE HOURS WITH PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8$^{H}$ | | | | | | | | | | | | | | 8$^{H}$ |

### LEAVE HOURS WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3½ | | | | | | | | | | | | | | 3½ |

### SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

Total: 83½

EMPLOYEE SIGNATURE: _____

SUPERVISOR SIGNATURE: Sgt. R. Vails ___ 8231

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY.

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80  |     |     |     |     |     |     |     |     |     | 3½  |     |     |     |     |         |     |
|     |     |     |     |     |     |     |     |     |     |     |     |     |     |     |         |     |

MERIT DUE:        DATE REC'D :       TOTAL:     83½

NCC3278

06348          **Hoff,Darla L.**
Pay Group:    BW1          Dept#:  070320        Location:      P:
Plan/Union:   005/FOP      Grade/Step:            24  /  10
Pay Run#:     F10          Period Ending:  02/29/2004
Acct Cd:

## POLICE DEPARTMENT
## TIME SHEET

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
|   | 8 |   |    | 8 |     |     | 8 | 8 | 8 | 8  | 8 |     |     | 56 |

### SHIFT REGULAR

|   |   | 8 | 8 |   |   |   |   |   |   |   |   |   |   | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|

### SICK/VACATION    (PLEASE USE S OR V NEXT TO HOURS )

|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITH PAY

| $8^H$ |   |   |   |   |   |   |   |   |   |   |   |   |   | $8^H$ |
|-------|---|---|---|---|---|---|---|---|---|---|---|---|---|-------|

### LEAVE HOURS  WITHOUT PAY

|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME STRAIGHT

|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME @ TIME & 1/2

|   |   |   |   |   |   |   |   | \ |   |   |   |   |   | \ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SHIFT OVERTIME @ TIME & 1/2

|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total: ___ 81 ___

EMPLOYEE SIGNATURE: _____

SUPERVISOR SIGNATURE: ___ Sgt. HP ___

### DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80  | 16  |     |     |     |     |     |     |     |     |     |     |     |     |     |         |     |
|     |     |     |     |     |     |     |     |     |     |     |     |     |     |     |         |     |

MERIT DUE: _____    DATE REC'D: _____    TOTAL: ___ 96 ___

NCC3279

**06348**    **Hoff,Darla L.**
Pay Group:     BWI     Dept#:  070320     Location:      I
Plan/Union:    005/FOP     Grade/Step:
Pay Run#:    F12     Period Ending:    03/14/2004
Acct Cd:

24  /   10

## NCC POLICE DEPARTMENT
## TIME SHEET

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| 8 | 8 | 8 | 8 | 8 | | | | 8 | 8 | 8 | 8 | 8 | | 80 |

### SHIFT REGULAR

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SICK/VACATION    (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITH PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total: _____ 80

EMPLOYEE SIGNATURE:

SUPERVISOR SIGNATURE: _____

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY.

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80 | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

MERIT DUE:          DATE REC'D:          TOTAL: _____ 80

NCC3280

**06348**
Hoff, Darla L.

Pay Group: BW1
Plan/Union: 005/FOP
Pay Run#: F14
Acct Cd:

Dept#: 070320  Location: PS
Grade/Step: 24 / 10
Period Ending: 03/28/2004

## DEPARTMENT TIME SHEET

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| 8 | 8 | 8 | 8 | 8 | | | 8 | | 8 | 8 | 8 | | | 72 |

### SHIFT REGULAR

| | | | | | | | | | 8 | | | | | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SICK/VACATION    (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITH PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total: 80

EMPLOYEE SIGNATURE:

SUPERVISOR SIGNATURE:

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80 | 8 | | | | | | | | | | | | | | | |

MERIT DUE:            DATE REC'D :        TOTAL:    88

NCC3281

N    Noble, Darla L.

| | | | | | | | | Pay Group: | BWI | Dept#: | 070320 | Location: | PS |
April 1, 2004 Contract Raise

Pay Group: BWI
Plan/Union: 005/FOP
Pay Run#: F16
Acct Cd:

Dept#: 070320
Grade/Step: 24 / 10
Period Ending: 04/11/2004
Location: PS

| 3/29 | 3/30 | 3/31 | 4/1 | | | | | | | | | | | **REGULAR** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **M** | **T** | **W** | **TH** | **F** | **SAT** | **SUN** | **M** | **T** | **W** | **TH** | **F** | **SAT** | **SUN** | **TOTAL** |
| 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | | | | |

**SHIFT REGULAR**

**SICK/VACATION    (PLEASE USE S OR V NEXT TO HOURS )**

**LEAVE HOURS WITH PAY**

| | | | | | | | | | | H8 | | | | 8 |

**LEAVE HOURS  WITHOUT PAY**

**OVERTIME STRAIGHT**

**OVERTIME @ TIME & 1/2**

| | | | | | | | | | | 4 | | | | |

**SHIFT OVERTIME @ TIME & 1/2**

**EMPLOYEE SIGNATURE:**                    **TOTAL HOURS:** 84

**SUPERVISOR SIGNATURE:**

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| | REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| New Rate | 56 | | | | | | | | | | 4 | | | | | | |
| Old Rate | 24 | | | | | | | | | | | | | | | | |

**MERIT DUE:**

**DATE REC'D :**                    **TOTAL PAY HOURS:**

NCC3282

**06348**    **Hoff,Darla L.**
Pay Group:   BW1    Dept#:   070320    Location:    1
Plan/Union:  005/FOP    Grade/Step:   24 / 10
Pay Run#:    F18    Period Ending:  04/25/2004
Acct Cd:

## OLICE DEPARTMENT
## TIME SHEET

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| 8 | 8 | 8 |    |   |     |     | 8 | 8 | 8 | 8  | 8 |     |     | 64 |

### SHIFT REGULAR

| | | 8 | 8 | | | | | | | | | | | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|----|

### SICK/VACATION    (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITH PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS  WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME @ TIME & 1/2

| | | | 9 | | | | | | | | 2 | | 11 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total: 91

EMPLOYEE SIGNATURE:

SUPERVISOR SIGNATURE:

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV. | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80 | 16 | | | | | | | | | 11 | | | | | | |
| | | | | | | | | | | | | | | | | |

MERIT DUE:        DATE REC'D :        TOTAL:        107

NCC3283

**06348**
Pay Group:
Plan/Union:
Pay Run#:
Acct Cd:

**Hoff,Darla L.**
Dept#:  070320
Grade/Step:
Period Ending:

BW1
005/FOP
F20

Location:          PS
24  /  10
05/09/2004

## NCC POLICE DEPARTMENT
## TIME SHEET

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| 8 | 8 | 8 |    | 8 |     |     | 8 | 8 | 8 | 8  | 8 |     |     | 72    |

### SHIFT REGULAR

| | | | 8 | | | | | | | | | | | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SICK/VACATION    (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITH PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME @ TIME & 1/2

| | | | 4 | 5 | | | | | | | | | | 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total: _____ 89

EMPLOYEE SIGNATURE:

SUPERVISOR SIGNATURE:

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY.

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80  | 8   |     |     |     |     |     |     |     |     | 9   |     |     |     |     |         |     |
|     |     |     |     |     |     |     |     |     |     |     |     |     |     |     |         |     |

MERIT DUE: _____          DATE REC'D : _____          TOTAL: _____ 89

NCC3284

06348        Hoff, Darla L.
Pay Group:      BW1        Dept#: 070320    Location:        PS
Plan/Union:     005/FOP    Grade/Step:      24  /  10
Pay Run#:       F22        Period Ending:   05/23/2004

POLICE DEPARTMENT
TIME SHEET

## REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| 8 | 8 | 8 | 8 | 8 |  |  | 8 | 8 | 8 | 8 |  |  |  | 72 |

## SHIFT REGULAR

|  |  |  |  |  |  |  |  |  |  |  | 8 |  |  | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## SICK/VACATION        (PLEASE USE S OR V NEXT TO HOURS )

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## LEAVE HOURS WITH PAY

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## LEAVE HOURS WITHOUT PAY

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## OVERTIME STRAIGHT

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## OVERTIME @ TIME & 1/2

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## SHIFT OVERTIME @ TIME & 1/2

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total:        80

EMPLOYEE SIGNATURE:

SUPERVISOR SIGNATURE:

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80 | 8 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

NCC3285

MERIT DUE:        DATE REC'D :        TOTAL:        88

06348          Hoff,Darla L.
Pay Group:    BW1          Dept#:  070320      Location:    PS
Plan/Union:   005/FOP      Grade/Step:   24 / 10
Pay Run#:     F24          Period Ending:   06/06/2004
Acct Cd:

## OLICE DEPARTMENT
## TIME SHEET

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
|   | 8 | 8 | 8  | 8 |     |     | 8⁺ᴴ | 8 |   | 8  | 8 |     |     | 64 |

### SHIFT REGULAR

| 8 | | | | | | | 8 | | | | | | | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SICK/VACATION    (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITH PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME @ TIME & 1/2

| | | | | | 8ᵃ | | | | | | | | | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total:  88

EMPLOYEE SIGNATURE:

SUPERVISOR SIGNATURE:   SGT. Hml # 2340

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80  | 16  |     |     |     |     |     |     |     |     |     |     | 8   |     |     |         |     |

MERIT DUE:          DATE REC'D :          TOTAL:  104

NCC3286

**06348**     **Hoff,Darla L.**

Pay Group:     BW1          Dept#:  070320       Location:      PS
Plan/Union:    005/FOP      Grade/Step:    24  /  10
Pay Run#:      F26          Period Ending:  06/20/2004
Acct Cd:

**OLICE DEPARTMENT**
**TIME SHEET**

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| 8 | 8 | 8 | 8 |   |     |     | 8 | 8 | 8 | 8 | 8 |     |     | 72 |

### SHIFT REGULAR

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SICK/VACATION     (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITH PAY

| | | | 8ᴴ | | | | | | | | | | | 8ᴴ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME @ TIME & 1/2

| 1 | | | 8ᴴ | 8 | 8 | | | | | | | | | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total:  105

EMPLOYEE SIGNATURE:

SUPERVISOR SIGNATURE:

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80  |     |     |     |     |     |     |     |     |     | 17  |     | 8   |     |     |         |     |
|     |     |     |     |     |     |     |     |     |     |     |     |     |     |     |         |     |

MERIT DUE:          DATE REC'D :          TOTAL:     105

NCC3287

**06348**    **Hoff,Darla L.**

Pay Group:  BW1       Dept#:  070320      Location:       PS
Plan/Union:  005/FOP    Grade/Step:     24  /  10
Pay Run#:  F28        Period Ending:   07/04/2004
ct Cd:

# POLICE DEPARTMENT
## TIME SHEET

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| 8 | 8 | 8 |    | 8 |     |     | 8 | 8 |   | 8  | 8 |     |     | 64 |

### SHIFT REGULAR

| | | | 8 | | | | | | 8 | | | | | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SICK/VACATION    (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITH PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS  WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | 12 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total: _____

EMPLOYEE SIGNATURE: 

SUPERVISOR SIGNATURE: _S. F. Hoyle_

**DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY.**

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | QTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80 | 16 |     |     |     |     |     |     |     |     | 12 | 12 |     |     |     |         |     |
|     |     |     |     |     |     |     |     |     |     |     |     |     |     |     |         |     |

MERIT DUE:           DATE REC'D:        TOTAL:    120

NCC3289

06348    **Hoff, Darla L.**

| | |
|---|---|
| Pay Group: | BW1 |
| Plan/Union: | 005/FOP |
| Pay Run#: | F30 |
| ...ct Cd: | |

Dept#: 070320   Location:   PS
Grade/Step:   24 / 10
Period Ending:   07/18/2004

## ...OLICE DEPARTMENT
## TIME SHEET

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| | 8 | | | | | | | | | | | | | 8 |

### SHIFT REGULAR

| | | | 8 | 8 | 8 | | | | | | | | 8 | 32 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SICK/VACATION    (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | 8ˢ | 8ˢ | 8ˢ | 8ᵛ | | | | 32 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITH PAY

| 4ᴴ | | | | | | | | | | | | | 8ᴴ | |
|----|---|---|---|---|---|---|---|---|---|---|---|---|----|---|

### LEAVE HOURS WITHOUT PAY

### OVERTIME STRAIGHT

### OVERTIME @ TIME & 1/2

| | | 2 | 2 | | | | | | | | 4 | | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SHIFT OVERTIME @ TIME & 1/2

Total: 88

EMPLOYEE SIGNATURE: _____

SUPERVISOR SIGNATURE: _____

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 10 | 32 | | | | | | | | | 8 | | | | 32 | | |

MERIT DUE:        DATE REC'D :        TOTAL:   120

NCC3288

**06348**     **Hoff, Darla L.**

Pay Group:     BWI     Dept#: 070320     Location: PS
Plan/Union:    005/FOP     Grade/Step:
Pay Run#:      F32     Period Ending: 08/01/2004
Acct Cd:

## POLICE DEPARTMENT
## TIME SHEET

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|----|----|-----|---|---|---|----|----|----|-----|-------|
| 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | | | 80 |

### SHIFT REGULAR

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### SICK/VACATION     (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### LEAVE HOURS WITH PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### LEAVE HOURS WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### OVERTIME @ TIME & 1/2

| | | 2 | | | | | | | | | | | | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

Total: 82

EMPLOYEE SIGNATURE: _____

SUPERVISOR SIGNATURE: _A/SG___ _____ 2290

**DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY**

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80 | | | | | | | | | | 2 | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

MERIT DUE:          DATE REC'D :          TOTAL:      82

NCC3290

**06348    Hoff,Darla L.**

Pay Group:      BW1
Plan/Union:     005/FOP
Pay Run#:       F34
Acct Cd:

Dept#:   070320
Grade/Step:
Period Ending:

24 / 10
08/15/2004

Location:        P

**NCC POLICE DEPARTMENT**
**TIME SHEET**

**REGULAR**

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | | | 80 |

**SHIFT REGULAR**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**SICK/VACATION    (PLEASE USE S OR V NEXT TO HOURS )**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**LEAVE HOURS WITH PAY**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**LEAVE HOURS  WITHOUT PAY**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**OVERTIME STRAIGHT**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**OVERTIME @ TIME & 1/2**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**SHIFT OVERTIME @ TIME & 1/2**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EMPLOYEE SIGNATURE: _____    TOTAL HOURS: 80

SUPERVISOR SIGNATURE: _Sgt. Hope #2347_

**DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY**

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80 | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

MERIT DUE:

DATE REC'D :

TOTAL PAY HOURS:  80

06348    Hoff, Darlah

Pay Group:    BW1    Dept#:    070320    Location:    PS
Plan/Union:    005/FOP    Grade/Step:    24  /  10
Pay Run#:    F36    Period Ending:    08/29/2004
Acct Cd:

## CC POLICE DEPARTMENT
## TIME SHEET

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
|   |   | 8 | 8  | 8 |     |     | 8 | 8 | 8 | 8  | 8 |     |     | 64    |

### SHIFT REGULAR

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### SICK/VACATION    (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8M | 8V | | | | | | | | | | | | | 16 |

### LEAVE HOURS WITH PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### LEAVE HOURS WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | | 6 | | | | | | | | | | 8 |

### SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

EMPLOYEE SIGNATURE: _____    TOTAL HOURS:    88

SUPERVISOR SIGNATURE:    Sgt. Hyd

**DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY**

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 64  |     |     |     |     |     |     |     |     |     | 8   |     |     |     | 16  |         |     |
|     |     |     |     |     |     |     |     |     |     |     |     |     |     |     |         |     |

MERIT DUE:

DATE REC'D :    TOTAL PAY HOURS:    88

NCC3292

Pay Group:   BW1
Plan/Union:  005/FOP
Pay Run#:    F38
Acct Cd:

Dept#:  070320
Grade/Step:  24 / 10
Period Ending:  09/12/2004

Location:  P5

**NCC POLICE DEPARTMENT**
**TIME SHEET**

## REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| 8 | 8 | 8 | 8 | 8 | | | H8 | 8 | 8 | 8 | 8 | | | 80  72 |

### SHIFT REGULAR

### SICK/VACATION   (PLEASE USE S OR V NEXT TO HOURS )

### LEAVE HOURS WITH PAY
8H ... 8

### LEAVE HOURS WITHOUT PAY

### OVERTIME STRAIGHT

### OVERTIME @ TIME & 1/2
4 ... H8 ... 12

### SHIFT OVERTIME @ TIME & 1/2

EMPLOYEE SIGNATURE: _____    TOTAL HOURS: 92

SUPERVISOR SIGNATURE: _____

**DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY**

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80 | | | | | | | | | | 4 | | 8 | | | | |

MERIT DUE:

DATE REC'D :        TOTAL PAY HOURS: 92

NCC3293

Pay Group: BWI
Plan/Union: 005/FOP
Pay Run#: F40
Acct Cd:

Dept#: 070320
Grade/Step: 24 / 10
Period Ending: 09/26/2004

Location:

**NCC POLICE DEPARTMENT**

**TIME SHEET**

**REGULAR**

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|---|---|-----|-----|---|---|---|----|---|-----|-----|-------|
|   | 8 | 8 | 8 | 8 |   |   | 8 | 8 | 8 | 8 | 8 |   |   | 72 |

**SHIFT REGULAR**

| 8 | | | | | | | | | | | | | | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**SICK/VACATION**   (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**LEAVE HOURS WITH PAY**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**LEAVE HOURS  WITHOUT PAY**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**OVERTIME STRAIGHT**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**OVERTIME @ TIME & 1/2**

| | | | | 1 | 1 | | | | | | | 2 | 4 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**SHIFT OVERTIME @ TIME & 1/2**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EMPLOYEE SIGNATURE: _____

SUPERVISOR SIGNATURE: _Sgt. Hyr_____

TOTAL HOURS: 84

**DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY**

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80 | 8 | | | | | | | | | 4 | | | | | | |
| | | | | | | | | | | | | | | | | |

MERIT DUE:

DATE REC'D :

TOTAL PAY HOURS: 92

NCC3294

**06348**
Pay Group:  BWI
Plan/Union:  005/FOP
Pay Run#:  F42
Acct Cd:

**Hoff,Darla L.**
Dept#:  070320
Grade/Step:
Period Ending:

Location:   PS

24  /  10
10/10/2004

# NCC POLICE DEPARTMENT
## TIME SHEET

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | | | 80 |

### SHIFT REGULAR

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### SICK/VACATION     (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### LEAVE HOURS WITH PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### LEAVE HOURS  WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | | | 8 | | | | | | | | | | 12 |

### SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

EMPLOYEE SIGNATURE:

SUPERVISOR SIGNATURE: _(signature)_

TOTAL HOURS: ___92___

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 40 | | | | | | | | | | 8 | | | | | | |
| 40 | | | | | | | | | | 3 | | | | | | |
| | | | | | | | | | | 1 | | | | | | |

MERIT DUE:

DATE REC'D : _Jeanne_  0703203180~~01~~    TOTAL PAY HOURS: _92_

**NCC3295**

06348
Pay Group:  BW1
Plan/Union:  005/FOP
Pay Run#:  F44
Acct Cd:

Hoff,Darla L.
Dept#:  070320
Grade/Step:  24 / 10
Period Ending:  10/24/2004

Location:  PS

## NCC POLICE DEPARTMENT
### TIME SHEET

**REGULAR**

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
|   | 8 |   | 8  |   |     |     | 8 | 8 |   | 8  |   |     |     | 40    |

**SHIFT REGULAR**

|   | 8 |   | 8 |   |   | 8 |   | 8 |   | 32 |
|---|---|---|---|---|---|---|---|---|---|----|

**SICK/VACATION**   (PLEASE USE S OR V NEXT TO HOURS )

|   |   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|

**LEAVE HOURS WITH PAY**

| H8 |   |   |   |   |   |   |   |   |   | H8 |
|----|---|---|---|---|---|---|---|---|---|----|

**LEAVE HOURS  WITHOUT PAY**

|   |   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|

**OVERTIME STRAIGHT**

|   |   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|

**OVERTIME @ TIME & 1/2**

|   | 1 |   |   |   |   |   |   |   |   | 1 |
|---|---|---|---|---|---|---|---|---|---|---|

**SHIFT OVERTIME @ TIME & 1/2**

|   |   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|

EMPLOYEE SIGNATURE: _____

SUPERVISOR SIGNATURE: _____

TOTAL HOURS:  81

### DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80  | 32  |     |     |     |     |     |     |     |     | 1   |     |     |     |     |         |     |

MERIT DUE:

DATE REC'D :

TOTAL PAY HOURS:  113

NCC3296

06348          **Hoff,Darla L.**
Pay Group:   BW1        Dept#:  070320      Location:        P.
Plan/Union:  005/POP    Grade/Step:         24 /   10
Pay Run#:    F46        Period Ending:      11/07/2004
Acct Cd:

### NCC POLICE DEPARTMENT
### TIME SHEET

**REGULAR**

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
|   |   |   |    |   |     |     |   |   |   |    |   |     |     |       |

**SHIFT REGULAR**

|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

**SICK/VACATION    (PLEASE USE S OR V NEXT TO HOURS )**

| V8 | V8 | V8 | V8 | V8 |   |   | V8 |   | V8 | V8 | V8 |   |   | 72√ |
|----|----|----|----|----|---|---|----|---|----|----|----|---|---|-----|

**LEAVE HOURS WITH PAY**

|   |   |   |   |   |   |   | H8 |   |   |   |   |   |   | H8 |
|---|---|---|---|---|---|---|----|---|---|---|---|---|---|----|

**LEAVE HOURS  WITHOUT PAY**

|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

**OVERTIME STRAIGHT**

|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

*Rockwood*                **OVERTIME @ TIME & 1/2**      *Rockwood*

| 6 |   |   |   |   |   |   | 5 |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**SHIFT OVERTIME @ TIME & 1/2**

|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

**EMPLOYEE SIGNATURE:** _____     **TOTAL HOURS:** 80

**SUPERVISOR SIGNATURE:** _____

**DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY**

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 8   |     |     |     |     |     |     |     |     |     | 11  |     |     |     | 72  |         |     |
|     |     |     |     |     |     |     |     |     |     |     |     |     |     |     |         |     |

**MERIT DUE:**

**DATE REC'D :**                    **TOTAL PAY HOURS:**  91

06348
Hoff, Darla L.
Pay Group:      BW1
Plan/Union:     005/FOP
Pay Run#:       F48
Acct Cd:

Dept#:  070320
Grade/Step:     24  /  10
Period Ending:  11/21/2004

Location:     PS

## NCC POLICE DEPARTMENT
## TIME SHEET

**REGULAR**

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
|   |   |   |    |   |     |     | 8 | 8 | 8 | 8  | 8 |     |     | 40    |

**SHIFT REGULAR**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

**SICK/VACATION**     (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| √8 | √8 | √8 | | √8 | | | | | | | | | | 32 |

**LEAVE HOURS WITH PAY**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H8 | | | | | | | | | | | | H8 |

**LEAVE HOURS  WITHOUT PAY**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

**OVERTIME STRAIGHT**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

**OVERTIME @ TIME & 1/2**    *Rockwood*

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3 | 4½ | | | | | | | | 3 |

**SHIFT OVERTIME @ TIME & 1/2**

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

EMPLOYEE SIGNATURE:

SUPERVISOR SIGNATURE:

TOTAL HOURS:  80 83

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 48  |     |     |     |     |     |     |     |     | 7½  |     |     |     |     | 32  |         |     |
|     |     |     |     |     |     |     |     |     |     |     |     |     |     |     |         |     |

MERIT DUE:

DATE REC'D :

TOTAL PAY HOURS:  89½

NCC3298

**06348**          **Hoff,Darla L.**
Pay Group:    BW1          Dept#:    070320    Location:    PS
Plan/Union:   005/FOP      Grade/Step:   24 / 10
Pay Run#:     F50          Period Ending:  12/05/2004
Acct Cd:

# NCC POLICE DEPARTMENT
## TIME SHEET

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| 8 | 8 | 8 | | 8 | | | 8 | 8 | 8 | 8 | 8 | | | 64 72 |

### SHIFT REGULAR

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### SICK/VACATION      (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### LEAVE HOURS WITH PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 8 | H 8 | | | | | | | | | | | H 86 |

### LEAVE HOURS  WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

### OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8 | | | | | | | | | | | | | 8 |

### SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

EMPLOYEE SIGNATURE: _____          TOTAL HOURS: _____ 88

SUPERVISOR SIGNATURE: _____

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80  |     |     |     |     |     |     |     |     |     | 5   |     | 8   |     |     |         |     |

MERIT DUE:

DATE REC'D :          TOTAL PAY HOURS: _____ 93

NCC3299

**06348**    Hoff,Darla L.

| | | |
|---|---|---|
| Pay Group: | BW1 | Dept#: 070320   Location:   PS |
| Plan/Union: | 005/FOP | Grade/Step:   24 / 10 |
| Pay Run#: | F52 | Period Ending:   12/19/2004 |
| Acct Cd: | | |

## NCC POLICE DEPARTMENT
### TIME SHEET

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| 8 | 8 | 8 | 8 | 8 | | | | | 8 | 8 | 8 | | | ~~80~~ |

### SHIFT REGULAR

| | | | | | | | 8 | 8 | | | | | | ~~16~~ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SICK/VACATION    (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITH PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME @ TIME & 1/2

x RW

| 3 | | | | 5 | | | | | | | | | | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EMPLOYEE SIGNATURE: _(signature)_     **TOTAL HOURS:** 83

SUPERVISOR SIGNATURE: _(signature)_

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80 | 16 | | | | | | | | | 3 | | | | | | |
| | | | | | | | | | | | | | | | | |

MERIT DUE:

DATE REC'D :     **TOTAL PAY HOURS:** 107

NCC3300

HOFF URKLA C.

PIE 1-2-05

070320

# NCC POLICE DEPARTMENT
## TIME SHEET

### REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| 8 | 8 | 8 |    |   |     |     | 8 | 8 |   | 8  |   |     |     | 48 |

### SHIFT REGULAR

| | | | | | | | | 8 | | | | | | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SICK/VACATION     (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### H  LEAVE HOURS WITH PAY         H

| | | 4H 4IAD 8 | | | | | | | 8 | | | | 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### LEAVE HOURS  WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### * R/W   OVERTIME @ TIME & 1/2

| | | 5 | | | 1 | | 2 | | | | | | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EMPLOYEE SIGNATURE: _____    TOTAL HOURS:   83

SUPERVISOR SIGNATURE:  A/SGT _____

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 76  | 8   |     |     |     |     |     | 4   |     |     | 8   |     |     |     |     |         |     |
|     |     |     |     |     |     |     | LPD |     |     |     |     |     |     |     |         |     |

MERIT DUE: _____

DATE REC'D : _____         TOTAL PAY HOURS:  96

**06348**       **Hoff,Darla L.**
Pay Group:    BWI          Dept#:  070320    Location:    PS
Plan/Union:   005/FOP      Grade/Step:                          **NCC POLICE DEPARTMENT**
Pay Run#:     G03          24 / 10
Acct Cd:                   Period Ending:  01/16/2005           <u>TIME SHEET</u>

*Merit Promotion to Corporal @ 5/10 ox 1/4/05 (received in PPE: 3/3/05)*

REGULAR

| M | T | W | TH | F | SAT | SUN | M | T | W | TH | F | SAT | SUN | TOTAL |
|---|---|---|----|---|-----|-----|---|---|---|----|---|-----|-----|-------|
| 8 | 8 | 8 | 8 | 8 | | | 8 | 8 | 8 | 8 | 8 | | | 80 |

SHIFT REGULAR

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SICK/VACATION    (PLEASE USE S OR V NEXT TO HOURS )

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

LEAVE HOURS WITH PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

LEAVE HOURS  WITHOUT PAY

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

OVERTIME STRAIGHT

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Rockwood*

OVERTIME @ TIME & 1/2

| | | 5 | | 1 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SHIFT OVERTIME @ TIME & 1/2

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

EMPLOYEE SIGNATURE:                              TOTAL HOURS:

SUPERVISOR SIGNATURE:

DO NOT WRITE BELOW THIS LINE FOR FISCAL USE ONLY

| REG | SHF | OST | ATB | ATV | CTE | CTU | LVO | OHF | OTP | OTH | SH1 | HTH | SCK | VAC | SPA/SPU | NPA |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|---------|-----|
| 80 | | | | | | | | | | 6 | | | | | | |
| | | | | | | | | | | | | | | | | |

MERIT DUE:

DATE REC'D :                           TOTAL PAY HOURS:    86

NCC3302