**Christopher A. Coons**
County Executive



**Gregg E. Wilson**
County Attorney

## OFFICE OF LAW

August 1, 2008

*<u>Via Electronic Filing</u>*

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    **Brief in Excess Pagination**
            <u>**Hill v. New Castle County**</u>, C.A. No. 07-228 (GMS)

Dear Chief Judge Sleet:

    This is in response to Plaintiff's Motion to File a Brief in Excess Pagination filed with the Court on July 29, 2008. Defendant does not object to Plaintiff's Motion.

    I am available at Your Honor's convenience should you have any questions or concerns.

    Respectfully submitted,

    /s/ Megan Sanfrancesco

    Megan Sanfrancesco
    First Assistant County Attorney
    (I.D. No. 3801)

cc:    Timothy J. Wilson, Esquire (I.D. No. 4323)
        Jeffrey K. Martin, Esquire (I.D. No. 2407)