IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY D. HILL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No.: 07-228 (GMS) |
| NEW CASTLE COUNTY POLICE | ) |
| DEPARTMENT, a division of New | ) |
| Castle County; and NEW CASTLE | ) |
| COUNTY, a municipal corporation, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 5th day of September, 2008, IT IS HEREBY ORDERED that the above-captioned action is referred to the Honorable Mary Pat Thynge, United States Magistrate Judge, for purposes of mediation.[1]  The dates set forth in the Scheduling Order (D.I. 11) for submission of the pretrial order, the pretrial conference and the trial are hereby postponed until the parties have completed mediation.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

---

[1] The Scheduling Order entered in this action (D.I. 11) sets forth a paragraph referring this case to the magistrate judge for purposes of mediation.  It appears from the docket that this action was not mediated.  The court finds that the parties would benefit from mediation.